Exhibit C



US008612515B2

## (12) United States Patent
### Wood et al.

(10) Patent No.: **US 8,612,515 B2**
(45) Date of Patent: *****Dec. 17, 2013

(54) **SYSTEM, METHOD AND APPARATUS FOR MEDIA SUBMISSION**

(75) Inventors: **Lisa T. Wood**, Danville, CA (US); **Scott M. Lewis**, Danville, CA (US); **Robin T. Fried**, Berkeley, CA (US)

(73) Assignee: **Summit 6 LLC**, Dallas, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/098,090**

(22) Filed: **Apr. 29, 2011**

(65) **Prior Publication Data**

US 2011/0208811 A1    Aug. 25, 2011

**Related U.S. Application Data**

(63) Continuation of application No. 12/831,503, filed on Jul. 7, 2010, which is a continuation of application No. 10/961,720, filed on Oct. 8, 2004, now Pat. No. 7,765,482, which is a continuation of application No. 09/357,836, filed on Jul. 21, 1999, now Pat. No. 6,895,557.

(51) Int. Cl.
 *G06F 15/16* (2006.01)
 *G06F 3/00* (2006.01)

(52) U.S. Cl.
 USPC ........... **709/203**; 709/201; 709/219; 715/744; 715/748; 715/769; 707/999.102

(58) Field of Classification Search
 USPC .................. 709/203, 201, 219; 707/999.101; 715/744, 748, 769
 See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 4,802,008 A | 1/1989 | Walling |
| 4,862,200 A | 8/1989 | Hicks |

(Continued)

FOREIGN PATENT DOCUMENTS

| EP | 0838774 A2 | 4/1998 |
| EP | 0930774 A2 | 7/1999 |

(Continued)

OTHER PUBLICATIONS

McDonald, Glenn, "Pictra Puts Your Photo Album on the Web for Free," PC World, Jun. 13, 1997.

(Continued)

*Primary Examiner* — Alina N Boutah
(74) *Attorney, Agent, or Firm* — Duane S. Kobayashi

(57) **ABSTRACT**

The present invention, generally speaking, provides an improved web-based media submission tool. As with some existing tools, operation of the tool is drag and drop or the user can "click" to browse a directory to select media objects. Unlike existing tools, the tool provides the user an opportunity to confirm the submission, for example by generating a thumbnail image of an image file that has been dragged and dropped. Batch submission is provided for in which a user drags and drops a plurality of images or other media objects. Submission from a web page to a web page is also provided for. The submission tool is configurable to perform a variable amount of intelligent preprocessing on media objects prior to upload. In the case of digital images, the tool can perform sizing and formatting, for example. Information capture is performed with information being uploaded together with the media objects. In an exemplary embodiment, information capture is both user-transparent (e.g., user ID and/or password) and user-visible (e.g., the user can provide captions for media objects). The submission of information about the user and the media objects facilitates automatic integration of the media objects within existing databases.

**53 Claims, 5 Drawing Sheets**



(56)  **References Cited**

U.S. PATENT DOCUMENTS

| Patent Number | Kind | Date | Inventor(s) | Class |
|---|---|---|---|---|
| 5,001,628 | A | 3/1991 | Johnson et al. | |
| 5,063,587 | A | 11/1991 | Semasa et al. | |
| 5,179,637 | A | 1/1993 | Nardozzi | |
| 5,327,265 | A | 7/1994 | McDonald | |
| 5,404,316 | A | 4/1995 | Klingler et al. | |
| 5,477,353 | A | 12/1995 | Yamasaki | |
| 5,493,677 | A * | 2/1996 | Balogh et al. | 382/305 |
| 5,555,388 | A | 9/1996 | Shaughnessy | |
| 5,606,365 | A | 2/1997 | Maurinus et al. | |
| 5,608,542 | A | 3/1997 | Krahe et al. | |
| 5,666,159 | A | 9/1997 | Parulski et al. | |
| 5,666,215 | A | 9/1997 | Fredlund et al. | |
| 5,675,507 | A | 10/1997 | Bobo, II | |
| 5,678,046 | A * | 10/1997 | Cahill et al. | 707/829 |
| 5,694,546 | A | 12/1997 | Reisman | |
| 5,696,850 | A | 12/1997 | Parulski et al. | |
| 5,706,457 | A | 1/1998 | Dwyer et al. | |
| 5,715,397 | A | 2/1998 | Ogawa et al. | |
| 5,729,741 | A | 3/1998 | Liaguno et al. | |
| 5,748,194 | A | 5/1998 | Chen | |
| 5,751,950 | A | 5/1998 | Crisan | |
| 5,754,172 | A | 5/1998 | Kubota et al. | |
| 5,760,916 | A | 6/1998 | Dellert et al. | |
| 5,760,917 | A | 6/1998 | Sheridan | |
| 5,761,404 | A | 6/1998 | Murakami et al. | |
| 5,761,601 | A | 6/1998 | Nemirofsky et al. | |
| 5,764,235 | A | 6/1998 | Hunt et al. | |
| 5,765,152 | A | 6/1998 | Erickson | |
| 5,778,164 | A | 7/1998 | Watkins et al. | |
| 5,778,198 | A | 7/1998 | Kadota | |
| 5,778,430 | A | 7/1998 | Ish et al. | |
| 5,781,725 | A | 7/1998 | Saito | |
| 5,781,773 | A | 7/1998 | Vanderpool et al. | |
| 5,781,901 | A | 7/1998 | Kuzma | |
| 5,787,459 | A | 7/1998 | Stallmo et al. | |
| 5,787,466 | A | 7/1998 | Berliner | |
| 5,790,708 | A | 8/1998 | Delean | |
| 5,794,217 | A | 8/1998 | Allen | |
| 5,799,063 | A | 8/1998 | Krane | |
| 5,802,312 | A | 9/1998 | Lazaridis et al. | |
| 5,802,314 | A | 9/1998 | Tullis et al. | |
| 5,802,518 | A | 9/1998 | Karaev et al. | |
| 5,806,005 | A | 9/1998 | Hull et al. | |
| 5,809,280 | A | 9/1998 | Chard et al. | |
| 5,813,009 | A | 9/1998 | Johnson et al. | |
| 5,819,032 | A | 10/1998 | De Vries et al. | |
| 5,819,092 | A | 10/1998 | Ferguson et al. | |
| 5,835,735 | A | 11/1998 | Mason et al. | |
| 5,844,969 | A | 12/1998 | Goldman et al. | |
| 5,845,299 | A | 12/1998 | Arora et al. | |
| 5,848,415 | A | 12/1998 | Guck | |
| 5,852,435 | A | 12/1998 | Vigneaux et al. | |
| 5,859,956 | A | 1/1999 | Sugiyama et al. | |
| 5,890,170 | A | 3/1999 | Sidana | |
| 5,890,213 | A | 3/1999 | Sokolov | |
| 5,897,622 | A | 4/1999 | Blinn et al. | |
| 5,903,277 | A | 5/1999 | Sutherland et al. | |
| 5,903,728 | A | 5/1999 | Semenzato | |
| 5,907,640 | A | 5/1999 | Delean | |
| 5,913,088 | A | 6/1999 | Moghadam et al. | |
| 5,918,213 | A | 6/1999 | Bernard et al. | |
| 5,923,846 | A | 7/1999 | Gage et al. | |
| 5,926,288 | A | 7/1999 | Dellert et al. | |
| 5,933,646 | A | 8/1999 | Hendrickson et al. | |
| 5,937,232 | A * | 8/1999 | Taguchi et al. | 399/81 |
| 5,953,488 | A | 9/1999 | Seto | |
| 5,956,716 | A | 9/1999 | Kenner et al. | |
| 5,960,411 | A | 9/1999 | Hartman et al. | |
| 5,974,401 | A * | 10/1999 | Enomoto et al. | 705/40 |
| 6,006,231 | A | 12/1999 | Popa | |
| 6,012,068 | A | 1/2000 | Boezeman et al. | |
| 6,017,157 | A | 1/2000 | Garfinkle et al. | |
| 6,018,774 | A | 1/2000 | Mayle et al. | |
| 6,028,603 | A | 2/2000 | Wang et al. | |
| 6,035,323 | A * | 3/2000 | Narayen et al. | 709/201 |
| 6,038,295 | A | 3/2000 | Mattes | |
| 6,058,399 | A * | 5/2000 | Morag et al. | 709/203 |
| 6,058,417 | A | 5/2000 | Hess et al. | |
| 6,058,428 | A | 5/2000 | Wang et al. | |
| 6,076,111 | A | 6/2000 | Chiu et al. | |
| 6,084,581 | A | 7/2000 | Hunt | |
| 6,085,195 | A | 7/2000 | Hoyt et al. | |
| 6,085,249 | A * | 7/2000 | Wang et al. | 709/229 |
| 6,088,732 | A | 7/2000 | Smith et al. | |
| 6,094,684 | A | 7/2000 | Pallmann | |
| 6,097,389 | A | 8/2000 | Morris et al. | |
| 6,104,468 | A | 8/2000 | Bryniarski et al. | |
| 6,119,101 | A | 9/2000 | Peckover | |
| 6,125,352 | A | 9/2000 | Franklin et al. | |
| 6,128,600 | A | 10/2000 | Imamura et al. | |
| 6,128,655 | A | 10/2000 | Fields et al. | |
| 6,133,985 | A * | 10/2000 | Garfinkle et al. | 355/40 |
| 6,167,382 | A | 12/2000 | Sparks et al. | |
| 6,167,442 | A | 12/2000 | Sutherland et al. | |
| 6,167,469 | A | 12/2000 | Safai et al. | |
| 6,167,568 | A | 12/2000 | Gandel et al. | |
| 6,177,934 | B1* | 1/2001 | Sugiura et al. | 715/748 |
| 6,182,116 | B1 | 1/2001 | Namma et al. | |
| 6,182,279 | B1 | 1/2001 | Buxton | |
| 6,199,082 | B1 | 3/2001 | Ferrel et al. | |
| 6,202,061 | B1 | 3/2001 | Khosla et al. | |
| 6,223,190 | B1 | 4/2001 | Aihara et al. | |
| 6,233,590 | B1 | 5/2001 | Shaw et al. | |
| 6,233,600 | B1 | 5/2001 | Salas et al. | |
| 6,237,010 | B1 | 5/2001 | Hui et al. | |
| 6,253,216 | B1 | 6/2001 | Sutcliffe et al. | |
| 6,266,681 | B1 | 7/2001 | Guthrie | |
| 6,275,829 | B1 | 8/2001 | Angiulo et al. | |
| 6,281,874 | B1 | 8/2001 | Sivan et al. | |
| 6,301,586 | B1 | 10/2001 | Yang et al. | |
| 6,301,607 | B2 | 10/2001 | Barraclough et al. | |
| 6,308,188 | B1 | 10/2001 | Bernardo et al. | |
| 6,320,588 | B1* | 11/2001 | Palmer et al. | 345/473 |
| 6,320,672 | B1* | 11/2001 | Itoh | 358/1.9 |
| 6,324,538 | B1* | 11/2001 | Wesinger et al. | 1/1 |
| 6,330,572 | B1 | 12/2001 | Sitka | |
| 6,330,575 | B1 | 12/2001 | Moore et al. | |
| 6,343,302 | B1 | 1/2002 | Graham | |
| 6,353,445 | B1 | 3/2002 | Babula et al. | |
| 6,374,260 | B1 | 4/2002 | Hoffert et al. | |
| 6,381,029 | B1 | 4/2002 | Tipirneni | |
| 6,385,596 | B1* | 5/2002 | Wiser et al. | 705/51 |
| 6,421,429 | B1* | 7/2002 | Merritt et al. | 379/93.17 |
| 6,424,429 | B1* | 7/2002 | Takahashi et al. | 358/1.16 |
| 6,456,591 | B1 | 9/2002 | Mishra | |
| 6,489,954 | B1 | 12/2002 | Powlette | |
| 6,489,980 | B1 | 12/2002 | Scott et al. | |
| 6,501,472 | B1 | 12/2002 | Hunt et al. | |
| 6,502,194 | B1* | 12/2002 | Berman et al. | 726/28 |
| 6,505,160 | B1 | 1/2003 | Levy et al. | |
| 6,510,418 | B1 | 1/2003 | Case et al. | |
| 6,513,069 | B1 | 1/2003 | Abato et al. | |
| 6,516,340 | B2 | 2/2003 | Boys | |
| 6,519,046 | B1* | 2/2003 | Kinjo | 358/1.1 |
| 6,522,418 | B2 | 2/2003 | Yokomizo et al. | |
| 6,532,079 | B1 | 3/2003 | Serex et al. | |
| 6,535,294 | B1* | 3/2003 | Arledge et al. | 358/1.15 |
| 6,535,296 | B1 | 3/2003 | Oak | |
| 6,539,420 | B1 | 3/2003 | Fields et al. | |
| 6,542,936 | B1 | 4/2003 | Mayle et al. | |
| 6,567,983 | B1 | 5/2003 | Shiimori | |
| 6,571,271 | B1 | 5/2003 | Savitzky et al. | 709/200 |
| 6,583,799 | B1 | 6/2003 | Manolis et al. | |
| 6,621,938 | B1 | 9/2003 | Tanaka et al. | |
| 6,628,417 | B1* | 9/2003 | Naito et al. | 358/1.15 |
| 6,657,702 | B1 | 12/2003 | Chui et al. | |
| 6,690,417 | B1 | 2/2004 | Yoshida et al. | |
| 6,693,635 | B1 | 2/2004 | Yokomizo | |
| 6,711,297 | B1 | 3/2004 | Chang et al. | |
| 6,718,340 | B1* | 4/2004 | Hartman et al. | 1/1 |
| 6,721,802 | B1 | 4/2004 | Wright et al. | |
| 6,732,162 | B1* | 5/2004 | Wood et al. | 709/219 |
| 6,799,165 | B1 | 9/2004 | Boesjes | |
| 6,853,461 | B1 | 2/2005 | Shiimori | |

## (56) References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,871,231 B2 | 3/2005 | Morris | |
| 6,895,557 B1 | 5/2005 | Wood et al. | |
| 6,930,709 B1 | 8/2005 | Creamer et al. | |
| 7,010,587 B1 | 3/2006 | Shiimori | |
| 7,032,030 B1 * | 4/2006 | Codignotto | 709/246 |
| 7,036,081 B2 | 4/2006 | Powlette | |
| 7,038,713 B1 * | 5/2006 | Matama | 348/207.2 |
| 7,043,527 B2 | 5/2006 | Shiimori et al. | |
| 7,146,575 B2 | 12/2006 | Manolis et al. | |
| 7,158,172 B2 | 1/2007 | Kawaoka et al. | |
| 7,246,147 B2 * | 7/2007 | Kim et al. | 709/203 |
| 7,257,158 B1 | 8/2007 | Figueredo et al. | |
| 7,263,497 B1 * | 8/2007 | Wiser et al. | 705/51 |
| 7,280,702 B2 | 10/2007 | Chang et al. | |
| 7,308,413 B1 | 12/2007 | Tota et al. | |
| 7,313,604 B2 | 12/2007 | Wood et al. | |
| 7,315,386 B1 | 1/2008 | Shiimori et al. | |
| 7,509,270 B1 | 3/2009 | Hendricks et al. | |
| 7,624,344 B2 | 11/2009 | Mindrum et al. | |
| 7,761,537 B2 | 7/2010 | Wood et al. | |
| 7,765,482 B2 | 7/2010 | Wood et al. | |
| 2002/0067500 A1 | 6/2002 | Yokomizo et al. | |
| 2005/0239454 A1 | 10/2005 | Kawashima et al. | |
| 2005/0262437 A1 | 11/2005 | Patterson et al. | |
| 2008/0201236 A1 | 8/2008 | Field et al. | |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 8-153183 | 6/1996 |
| JP | 11-69072 | 3/1999 |
| JP | 11-184943 | 7/1999 |
| JP | 1076302 A1 | 2/2001 |
| WO | WO 97/04353 A1 | 2/1997 |
| WO | WO 97/39580 A1 | 10/1997 |
| WO | WO 98/36556 A1 | 8/1998 |
| WO | WO 98/49631 A2 | 11/1998 |
| WO | WO 99/19811 A3 | 4/1999 |

### OTHER PUBLICATIONS

Pictra Incorporated website, Oct. 9, 1997.
"Pictra first to make publishing and sharing photo albums over Internet a snap for PC users; award-winning software offers easy, fun way to create digital photo albums to share over Internet," Business Wire, May 12, 1997. (Missing pp. 3-4).
Blatner, David, "The Automatic Publisher," Macworld, May 1999.
Weger, Chuck, "Stick to the Script," American Printer, Dec. 1995.
Lowe et al., "WebReport: A World Wide Web Based Clinical Multimedia Reporting System," 1996.
Lowe et al., "The Image Engine™ HPCC Project. A Medical Digital Library System using Agent-Based Technology to Create an Integrated View of the Electronic Medical Record," Proceedings of ADL, 1996.
Adding Images to the Engine Database, Jun. 25, 1997.
Image Engine Client, Jun. 25, 1997.
Bodoh, Dan, "Making the Most of the Internet for Failure Analysis," Proceedings from the 24th International Symposium for Testing and Failure Analysis, Nov. 15-19, 1998.
Martiner, William, "Visual Basic Programmer's Guide to Web Development," Chapters 1 and 12, John Wiley & Sons, 1997.
Degenhart, Curt, "AOL in a Nutshell: A Desktop Guide to America Online," O'Reilly Media, Jul. 8, 1998.
Popa, Sorin, "WarpRes™ Technology—White Paper," Jan. 14, 1998.
Warp 10 Technologies, Inc., "Rubie's Costumes Warps into High Tech," Jan. 21, 1998.
Kervella et al., "MHEGAM—A Multimedia Messaging System," 1997.
Schurmann, Gerd, "Multimedia mail," Multimedia Systems, Springer Verlag, 1996.
Internet Assistant for PowerPoint, The PowerPoint 95 to World Wide Web Document Converter, Feb. 2, 1996.
Microsoft, Internet Assistant for PowerPoint, Nov. 20, 1996.
Bernard, Ryan, "The Corporate Intranet," 2nd Edition, 1996.
InfoAccess Home Page, Jan. 12, 1998.
InfoAccess, HTML Transit, Jan. 12, 1998.
Postel et al., "File Transfer Protocol," Oct. 1985.
Garner et al., "The application of telepresence in medicine," BT Technology Journal, vol. 15, No. 4, Oct. 1997.
M. Sirbu, "A Content-Type Header Field for Internet Messages," Mar. 1988.
Borenstein et al., "MIME (Multipurpose Internet Mail Extensions): Mechanisms for Specifying and Describing the Format of Internet Message Bodies," Jun. 1992.
N. S. Borenstein, "MIME and Metamail: Making Multimedia Mail More Mainstream," USENIX Conference, Jan. 29, 1993.
Novell, GroupWise, Version 4.1.
Open Mobile Alliance, "Multimedia Messaging Service—Encapsulation Protocol," Version 1.1, Oct. 2002.
ETSI, "Digital Cellular telecommunications system (Phase 2+); Technical realization of the Short Message Service (SMS) Point-to-Point (PP)," GSM 03.40, Version 5.3.0, Jul. 1996.
3rd Generation Partnership Project; Technical Specification Group Terminals; Multimedia Messaging Service (MMS); Functional description; Stage 2, 3G TS 23.140 vesion 0.1.0, Oct. 1999.
CCITT, Information Technology—Digital Compression and Coding of Continuous-Tone Still Images—Requirements and Guidelines, Recommendation T.81, Sep. 1992.
Knowledge Base, "In Unix, what is metamail and how do I use it?," Dec. 2, 2009.
T. Negrino, "Dueling HTML editors," Macworld, Dec. 1996.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit A1 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit A2 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit A3 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit A4 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit As of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit A6 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit A7 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit A8 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit A9 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit A10 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit All of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit A12 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit A13 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit A14 of Defendants' Invalidity Contentions, Sep. 9, 2011.

(56) **References Cited**

OTHER PUBLICATIONS

*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B! of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B2 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B3 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B4 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B5 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B6 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B7 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B8 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B9 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B10 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B11 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B12 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B13 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B14 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B15 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B16 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B17 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B18 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B19 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B20 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B21 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B22 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B23 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B24 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B25 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B26 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B27 of Defendants' Invalidity Contentions, Sep. 9, 2011.
Ethan Wilde, "AppleScript for the Internet," Chapters 6, 9 and 16, Peachpit Press, 1998.
Pruett et al., "Visual Basic Controls Desk Reference CD," Waite Group Press, 1995.
Peal, David, "America Online Official Internet Guide," Second Edition, Osborne/McGraw-Hill, 1998.
Godin, Seth, "You've Got Pictures! AOL's Guide to Digital Imaging," AOL Press, 1998.
Lu et al., "e*World—The Official Guide for Macintosh Users," Hayden Books, 1994.
Tyler et al., "Microsoft FrontPage 98," Sams.net Publishing, 1997.
Lehto et al., "Official Microsoft FrontPage 98 Book," Microsoft Press, 1997.
Barbara Kasser, "Using Microsoft PowerPoint 97," Que Corporation, 1997.
Nokia 9000i Communicator Users Manual, 1998.
Smart Messaging Specification, Revision 1.0.0, Nokia Mobile Phones, Ltd., Sep. 15, 1997.
Microsoft Outlook 98 Step by Step, Microsoft Press, 1998.
Timothy Webster, "The Smart Way to Build Web Sites—NetObjects Fusion Handbook," Hayden Books, 1996.
RealAudio and RealVideo Content Creation Guide Version 5.0, RealNetworks, Inc.
Inside MAPI, Irving De la Cruz and Les Thaler, Microsoft Press (1996).
RealPublisher, Getting Started with RealPublisher, Part 1, Version 5.1, RealNetworks, Inc.
Mobile Data Report, New Software Allows Most Windows Files to be Sent with MASC Mobidem Via Ram, vol. 6, No. 20, Oct. 10, 1994.
Emily Cohen, "Set Your Sites High," PC Magazine, May 26, 1998.
Plante et al., "The NCSA Astronomy Digital Image Library: From Data Archiving to Data Publishing," Sep. 21, 1998.
Augot et al., "Secure Delivery of Images over Open Networks," Proceedings of the IEEE, vol. 87, Issue 7, pp. 1251-1266, Jul. 1999.
Persits, Peter, "Browser-Based File Uploading Under the Microscope," 15 Seconds, Nov. 21, 1998.
Dean, Doug, "Down and Dirty Browser Uploading with a VB ASP Component," Mar. 11, 1999.
Horstmann et al., "Distributed Authoring on the Web with the BSCW Shared Workspace System," StandardView, vol. 5, No. 1, Mar. 1997.
Netscape Communications Corporation, "Creating Web Pages," Apr. 27, 1999.
Steinberg, Jill, "New Start-Up Releases Java Application and Enabling Software," JavaWorld, Oct. 1, 1996.
Bilson, Rob, "Net-It Central 1.0," IDM, Jul. 31, 1997.
Warp 10 Technologies Inc., Jul. 10, 1998.
Pictra Incorporated, Nov. 11, 1998.
Letter from Terry Anderson to Craig Hamway, Oct. 16, 1997.
PictureWorks ADP Demo, May 1, 1998.
Letter from Terry Anderson to Ken Karutz, May 1, 1998.
Email from Scott Lewis to Lisa Wood, Jul. 2, 1998.
Email from Robin Fried to Scott Lewis et al., Jul. 5, 1998.
Email from Scott Lewis to Robin Fried, Jul. 8, 1998.
Email from Robin Fried to Martha White, Jul. 9, 1998.
Email from Robin Fried to Scott Lewis et al., Jul. 9, 1998.
Email from Don Strickland to Lisa Wood et al., Jul. 14, 1998.
Emails from Scott Lewis to Lisa Wood et al., Jul. 17-18, 1998.
PictureWorks Technology, Inc. Board Update, Jun. 20, 1998.
Letter from Terry Anderson, Jul. 22, 1998.
Email from Don Strickland to Lisa Wood et al., Jul. 22, 1998.
Emails from Don Strickland, Jul. 27 and Aug. 7, 1998.

(56) **References Cited**

OTHER PUBLICATIONS

Email from Robin Fried to Scott Lewis et al., Jul. 28, 1998.
Email from Scott Lewis to Lisa Wood et al., Jul. 29, 1998.
Prioritized Activities for Enterprise Team, Jul. 31, 1998.
Email from Don Strickland to Criag Hamway, Aug. 2, 1998.
Board Update from Don Strickland, Aug. 7, 1998.
Email from Lisa Wood, Aug. 10, 1998.
Email from Scott Lewis to Terry Anderson, Aug. 13, 1998.
Letter from Terry Anderson to Randy Kau, Aug. 14, 1998.
Email from Kirby Lunger to Don Strickland et al., Aug. 14, 1998.
Email from Kirby Lunger to Lisa Wood, Aug. 26, 1998.
Email from Terry Anderson to Don Strickland, Aug. 25, 1998.
Email from Kirby Lunger to Lisa Wood, Aug. 31, 1998.
Email from Robin Fried to Scott Lewis et al., Sep. 1, 1998.
Email from Scott Lewis to Lisa Wood et al., Sep. 1, 1998.
Email from Don Strickland to Terry Anderson et al., Sep. 8, 1998.
Email from Scott Lewis to Jeff Paradise, Sep. 11, 1998.
Letter from Terry Anderson to Howard Latham, Sep. 15, 1998.
Email from Scott Lewis to Jim McCarthy, Sep. 17, 1998.
Email from Terry Anderson to Don Strickland et al., Sep. 18, 1998.
Email from Scott Lewis to Lisa Wood et al., Sep. 22, 1998.
Letter from Anthony Delli Colli to Wayne Mangold, Sep. 18, 1998.
Email from Scott Lewis to Lisa Wood et al., Sep. 23, 1998.
Email from Robin Fried to Stu Roberson, Sep. 21, 1998.
Letter from Terry Anderson to Sei-Wai Lee, Sep. 24, 1998.
Email from Scott Lewis to Lisa Wood, Sep. 25, 1998.
Email from Terry Anderson to Lisa Wood et al., Sep. 29, 1998.
Letter from Scott Lewis to Karim El-Fishaway, Oct. 2, 1998.
Email from Anthony Delli Colli to Stu Roberson et al., Oct. 2, 1998.
PictureWorks presentation to eBay, Oct. 16, 1998.
Letter from Scott Lewis to Gary Dillabough, Oct. 20, 1998.
Email from Don Strickland to PWT Employees, Oct. 31, 1998.
Press Release, Moore Data Management Services and PictureWorks Technology Inc., Announce Partnership to Revolutionize Use of Real Estate Photos on the Internet, Nov. 6, 1998.
Press Release, PictureWorks Technology Inc., Streamlines Posting of Photos to the Internet, Nov. 6, 1998.
Email from Laurie Fleming to Andrew Hunter et al., Nov. 13, 1998.
Letter from Scott Lewis to Wayne Graves, Nov. 16, 1998.
Email from Scott Lewis to Terry Anderson et al., Nov. 20, 1998.
Screenshots from Prepare and Post Video, Nov. 20, 1998.
Laura Roe, "New Software Gives Real Estate a View of the Future," National Real Estate Investor, Dec. 1, 1998.
PictureWorks Information, Dec. 9, 1998.
PictureWorks Prepare & Post, Fourth Quarter, 1998.
Prepare & Post Product Overview, Fourth Quarter, 1998.
Letter from Terry Anderson to Neil Shafran, Jan. 12, 1999.
Letter from Stu Roberson to James Rowley, Jan. 29, 1999.
Product Picks, Realtor Magazine, Feb. 1, 1999.
PictureWorks Kodak Presentation, Feb. 24, 1999.
Letter from Don Strickland to Phil Ashe, Mar. 2, 1999.
PictureWorks ADP Presentation, Mar. 11, 1999.
PictureWorks Press Release, "PictureWorks Releases New Free Digital Imaging Software; MediaCenter Offers Essential Tools for Web Imaging," Mar. 31, 1999.
PictureWorks Press Release, "PictureBay.com to Give-Away 30 Digital Cameras in 30 Days," Apr. 12, 1999.
PictureWorks Press Release, "PictureWorks Technology's PictureBay Solves #1 Frustration of eBay Members, Adding Pictures to Auctions," Apr. 12, 1999.
PictureWorks Press Release, "PictureWorks Technology's Rimfire Empowers any Website to Easily Accept, Process, and Display Visitor Photos and Media," Apr. 12, 1999.
Rimfire real-time integrated media brochure, Apr. 12, 1999.
Letter from Terry Anderson to Jonathan Graff, Apr. 26, 1999.
Sales Update, Apr. 30, 1999.
"PictureWorks Plans to Become Powerhouse in Internet Imaging—Exlusive Interview with CEO," The Future Image Report, vol. 7, Issue 1, May 1, 1999.
Email from Laurie Fleming to Terry Anderson et al., May 7, 1999.
Roland Woerner et al., "eBay for Dummies," Chapter 12, May 10, 1999.
Letter from Scott Lewis to Rolan Woerner, May 10, 1999.
Letter from Stu Roberson to Jim Ferras, May 25, 1999.
Rimfire real-time integrated media, May 27, 1999.
Letter from Scott Lewis to Candace Gates, May 28, 1999.
Letter of Intent between PictureWorks Technology, Inc. and Auction Universe, May 31, 1999.
Letter from Scott Lewis to Matthew Lengfelder, Jun. 1, 1999.
"Casio and PictureWorks Announce Co-Branding and Distribution Agreement; MediaCenter Offers Essential Tools for Web Imaging," Jun. 3, 1999.
Sales Update, Jun. 4, 1999.
Email from Laurie Fleming to Terry Anderson et al., Jun. 7, 1999.
PictureWorks pricing for prototype, Jun. 9, 1999.
PictureWorks proposal, Jun. 9, 1999.
PictureWorks scope of work, Jun. 9, 1999.
Letter from Terry Anderson to Amazon, Jun. 9, 1999.
"PictureWorks Announces Co-Branding and Distribution Agreements with On-Line Photo Services Companies," Jun. 14, 1999.
PictureWorks Polaroid presentation, Jun. 15, 1999.
Email from Lisa Wood to Don Strickland et al., Jun. 30, 1999.
East Bay Business Times, "PictureWorks Founder Keeps True to Original Vision," Jul. 2, 1999.
PictureWorks Technology Proposal, Jul. 9, 1999.
Press Release, "PictureWorks Releases New, Free Imaging Weblication; MediaCenter 1.1 Offers Essential Photo Tools for Internet Imaging and Web Publishing, Ideal for Digital Camera Users," Jul. 19, 1999.
Press Release, "Picturebay is the Fastest and Easiest Way to Add Pictures to Auctions," Aug. 3, 1999.
Picturebay Screenshot, Oct. 13, 1999.
Office Action dated Sep. 6, 2002 for U.S. Appl. No. 09/440,461.
Office Action dated Apr. 21, 2003 for U.S. Appl. No. 09/440,461.
Office Action dated Nov. 23, 2001 for U.S. Appl. No. 09/357,836.
Office Action dated Jun. 5, 2002 for U.S. Appl. No. 09/357,836.
Office Action dated Nov. 8, 2002 for U.S. Appl. No. 09/357,836.
Office Action dated Jun. 4, 2003 for U.S. Appl. No. 09/357,836.
Office Action dated Feb. 22, 2007 for U.S. Appl. No. 10/736,285.
Office Action dated Oct. 17, 2008 for U.S. Appl. No. 11/935,340.
Office Action dated Aug. 11, 2009 for U.S. Appl. No. 11/935,340.
Office Action dated Jan. 4, 2011 for U.S. Appl. No. 12/790,487.
Fred Delobaerde, "Development of Multimedia Courseware Technology for Use in Hydrology and Water Management Instruction," Thesis, Department of Agricultural and Biosystems Engineering, McGill University, Aug. 1998.
RIM's Supplemental Invalidity Contentions, Civil Action No. 3:11-CV-00367-O, May 4, 2012.
Publication List from Invalidity Contentions, May 14, 2012.
"An Interpersonal Multimedia Visualization System," Richard L. Phillips, Los Alamos National Laboratory, IEEE Computer Graphics and Applications, pp. 20-27 (May 1991).
"MediaView, A General Multimedia Digital Publication System," Richard L. Phillips, Communications of the ACM, pp. 75-83 (Jul. 1991, vol. 34, No. 7).
"MediaView: An Editable Multimedia Publishing System Developed with an Object-Oriented Toolkit," Richard L. Phillips, Los Alamos National Laboratory, Usenix (Summer 1991).
"Media Maker," Greg Burd, NeXTWORLD, p. 13 (Fall 1992, vol. 2, No. 3).
"TrueSpectra Announces the Availability of Photo>Graphics with Full ColorWave 2.0 Support," Business Wire, p. 7250080 (Jul. 25, 1996).
"Toronto-Based Graphics-Engine Developer to Expand Functionality of HP's Imaging for the Internet; TruesSpectra's ColorWave to Add Groundbreaking Capabilities to HP's Imaging for Internet," Business Wire, p. 9170271 (Sep. 17, 1997).
"Finally, Graphics Power for OS/2 Users," Kevin Linfield, Computing Canada, p. 28 (Oct. 14, 1997).
"Grubb & Ellis Uses TrueSpectra Image Server to Enhance Intranet Capabilities," Business Wire (Dec. 2, 1998).

(56) **References Cited**

OTHER PUBLICATIONS

"TrueSpectra Debuts Iris Image Server Solutions; New Technology Addresses Critical Visual Requirements for Making E-commerce the Dominant Selling Medium," Business Wire, p. 0161 (Apr. 14, 1999).
"TrueSpectra Announces Support for Sun's Java Advanced Imaging API; Imaging Solution for E-commerce Embraces Java Technology," Business Wire, p. 0246 (Jun. 15, 1999).
"PictureWorks Technology Inc. Aggressively Develops Imaging Intensive E-commerce Solutions Using IIP and FlashPix Technologies," Business Wire, p. 6250179, (Jun. 25, 1998).
"Internet: PictureWorks Builds Imaging for E-Commerce," Network Briefing (Jun. 29, 1998).
"Getting Started with RealPublisherTM Version 5.1," RealNetworks, Inc. (1998).
"Getting Started with RealPublisherTM Premiere Plug-in Version 5.0," RealNetworks, Inc. (1997).
"RealFlash and RealAudio Content Creation Guide Beta 5.0," RealNetworks, Inc. (1997).
http://web.archive.org/web/19980215082307/http://www8.real.com/publisher/hpindex.html#webpages "Add Audio and Video to Your Web Pages with RealPublisherTM," RealNetworks, Inc. (Feb. 15, 1998).
http://web.archive.org/web/19980215084737/http://www8.real.com/publisher/resources.html "RealPublisher Resources," RealNetworks, Inc. (Feb. 15, 1998).
http://web.archive.org/web/19980215093245/http://www8.real.com/publisher/quickstart.html "Quick Start Online Guide," RealNetworks, Inc. (Feb. 15, 1998).
http://web.archive.org/web/19980211180507/http://service.real.com/help/faq/rpub5faqa1.htm "RealPublisher 5.0 & 5.1 Frequently Asked Questions, Encoding Questions," RealNetworks, Inc. (Feb. 11, 1998).
http://web.archive.org/web/19980211180513/http://service.real.com/help/faq/rpub5faqa2.htm "RealPublisher 5.0 & 5.1 Frequently Asked Questions, Publishing Questions," RealNetworks, Inc. (Feb. 11, 1998).
http://web.archive.org/web/19980211180520/http://service.real.com/help/faq/rpub5faqa4.htm "RealPublisher 5.0 & 5.1 Frequently Asked Questions, Special Topics Questions," RealNetworks, Inc. (Feb. 11, 1998).
http://web.archive.org/web/19980211180539/http://service.real.com/help/faq/rpub5faqa4.htm "RealPublisher 5.0 & 5.1 Frequently Asked Questions, RealPublisher 5.1 Specific Questions," RealNetworks, Inc. (Feb. 11, 1998).
"Pictra first to make publishing and sharing photo albums over the Internet a snap for PC uses; award-winning software offers easy, fun way to create digital photo albums to share over Internet," Business Wire (May 12, 1997).
"Pictra Puts Your Photo Album on the Web for Free," Glenn McDonald, PCWorld (Jun. 13, 1997).
"Put Your Photo Album on the Web," Glenn McDonald, PCWorld, p. 128 (Sep. 1997).
"Software and CD-ROM Reviews on File," p. 537 (Sep. 1997, vol. 13, Issue 9).
Stan Miastkowski, "WinFax Pro takes the pain out of sharing fax/modems," Infoworld, Oct. 11, 1993.
Announcing WinFax Pro, Version 2.0, Aug. 26, 1991.
Claim Construction Order, Civil Action No. 3:11-cv-367-O, May 21, 2012.
Info Access, Inc., HTML Transit—HTML Conversion Tool, Jan. 12, 1998.
Nebel et al., Form-Based File Upload in HTML, Nov. 1995.
Nebel, Ernesto, File Upload in HTML Forms, Sep. 23, 1994.
Point2 Internet Systems, Inc., Point2 Equipment Exchange, Making the World a Smaller Place.
HTML 4.0 Specification, Dec. 18, 1997.
Point2 Internet Systems, Inc. website screen shots, 1996-2000.
PictureWorks Technology, Inc. website screen shots, 1996-1998.
Transcript of Trial, vol. 1, 3:11-cv-00367-o, Dallas, TX, Mar. 29, 2013.
Transcript of Trial, vol. 2, 3:11-cv-00367-o, Dallas, TX, Mar. 29, 2013.
Transcript of Trial, vol. 1, 3:11-cv-00367-o, Dallas, TX, Apr. 1, 2013.
Transcript of Trial, vol. 2, 3:11-cv-00367-o, Dallas, TX, Apr. 1, 2013.
Transcript of Trial, vol. 3, 3:11-cv-00367-o, Dallas, TX, Apr. 1, 2013.
Transcript of Trial, vol. 1, 3:11-cv-00367-o, Dallas, TX, Apr. 2, 2013.
Transcript of Trial, vol. 2, 3:11-cv-00367-o, Dallas, TX, Apr. 2, 2013.
Transcript of Trial, vol. 4A, 3:11-cv-00367-o, Dallas, TX, Apr. 3, 2013.
Transcript of Trial, vol. 2, 3:11-cv-00367-o, Dallas, TX, Apr. 3, 2013.
Transcript of Trial, vol. 1, 3:11-cv-00367-o, Dallas, TX, Apr. 4, 2013.
Transcript of Trial, vol. 1, 3:11-cv-00367-o, Dallas, TX, Apr. 5, 2013.
Part 2 of Appendix to Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Post-Trial Brief Regarding Unenforceability of the '482 Patent Due to Inequitable Conduct, Civil Action No. 3:11-cv-367-O, May 20, 2013.
Part 3 of Appendix to Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Post-Trial Brief Regarding Unenforceability of the '482 Patent Due to Inequitable Conduct, Civil Action No. 3:11-cv-367-O, May 20, 2013.
Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Reply Brief in Support of Their Motion to Strike Summit 6's Trial Exhibit PX-1003, Civil Action No. 3:11-cv-367-O, Jun. 5, 2013.
Appendix to Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Reply Brief in Support of Their Motion to Strike Summit 6's Trial Exhibit PX-1003, Civil Action No. 3:11-cv-367-O, Jun. 5, 2013.
Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Reply in Support of Their Renewed Motion for Judgment as a Matter of Law No. 3: Invalidity, Civil Action No. 3:11-cv-367-O, Jun. 17, 2013.
Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Reply Brief in Support of Their Renewed Motion for Judgment as a Matter of Law No. 3: Invalidity, Civil Action No. 3:11-cv-367-O, Jun. 17, 2013.
Appendix to Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Reply Brief in Support of Their Renewed Motion for Judgment as a Matter of Law No. 3: Invalidity, Civil Action No. 3:11-cv-367-O, Jun. 17, 2013.
Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Reply Post-Trial Brief Regarding Unenforceability of the '482 Patent Due to Inequitable Conduct, Civil Action No. 3:11-cv-367-0, Jun. 17, 2013.
Appendix to Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Reply Post-Trial Brief Regarding Unenforceability of the '482 Patent Due to Inequitable Conduct, Civil Action No. 3:11-cv-367-O, Jun. 17, 2013.
Memorandum Opinion and Order, Civil Action No. 3:11-cv-367-O, Jun. 26, 2013.
Final Judgment, Civil Action No. 3:11-cv-367-O, Jun. 26, 2013.
Report on the Filing or Determination of an Action Regarding a Patent or Trademark, Civil Action No. 3:11-cv-367-O, Jun. 27, 2013.
Appendix to Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Brief in Support of Their Renewed Motion for Judgment as a Matter of Law No. 3: Invalidity, Civil Action No. 3:11-cv-367-O, May 20, 2013.
Part 2 of Appendix to Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Brief in Support of Their Renewed Motion for Judgment as a Matter of Law No. 3: Invalidity, Civil Action No. 3:11-cv-367-O, May 20, 2013.
Part 4 of Appendix to Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Post-Trial Brief Regarding Unenforceability of the '482 Patent Due to Inequitable Conduct, Civil Action No. 3:11-cv-367-O, May 20, 2013.
Part 5 of Appendix to Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Post-Trial Brief Regarding Unenforceability of the '482 Patent Due to Inequitable Conduct, Civil Action No. 3:11-cv-367-O, May 20, 2013.
Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Renewed Motion for Judgment as a Matter of Law No. 3: Invalidity, Civil Action No. 3:11-cv-367-O, May 20, 2013.

## (56) **References Cited**

OTHER PUBLICATIONS

Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Brief in Support of Their Renewed Motion for Judgment as a Matter of Law No. 3: Invalidity, Civil Action No. 3:11-cv-367-O, May 20, 2013.

Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Motion to Strike Plaintiff's Trial Exhibit PX-1003, May 9, 2013.

Order Granting Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Motion to Strike Plaintiff's Trial Exhibit PX-1003, May 9, 2013.

Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Brief in Support of Their Motion to Strike Plaintiff's Trial Exhibit PX-1003, May 9, 2013.

Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Post-Trial Brief Regarding Unenforceability of the '482 Patent Due to Inequitable Conduct, May 20, 2013.

Appendix to Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Post-Trial Brief Regarding Unenforceability of the '482 Patent Due to Inequitable Conduct, May 20, 2013.

*Summit 6 LLC* v. *Research In Motion Corp.*, Civil Action No. 3:11-cv-367-O, Bench Trial Transcript vol. 1, May 6, 2013.

*Summit 6 LLC* v. *Research In Motion Corp.*, Civil Action No. 3:11-cv-367-O, Bench Trial Transcript vol. 2, May 8, 2013.

*Summit 6 LLC* v. *Research In Motion Corp.*, Civil Action No. 3:11-cv-367-O, Bench Trial Transcript vol. 3, May 13, 2013.

Request for Ex Parte Reexamination for U.S. Patent No. 7,765,482, Sep. 10, 2013.

\* cited by examiner



FIG. 1



FIG. 2

PWImageControl Interface:

| Interface Name | Type | Definition | Signature |
|---|---|---|---|
| ScaleImage | function | Scales an image in place or to a temporary file | ScaleImage( destinationType as String, changeDimensions as Integer, destWidth As Integer, destHeight As Integer, destQuality As Integer, '0-100 generateOutputFilename As Boolean ' create tempfile ) As String |
| DelTempFile | sub | Deletes temporary file created with ScaleImage | DelTempfile() |
| fileName | String property | Name of file shown in image well | fileName as String |
| imageName | String property | String value from image caption box | imageName as String |
| ClearImage | sub | Clears the image from the display and redisplays the logo and instructional text | ClearImage() |
| backgroundColor | String property | Hexidecimal RGB string value in format "FFFFFF" or "#FFFFFF" | backgroundColor as String |
| textColor | String property | Hexidecimal RGB string value in format "FFFFFF" or "#FFFFFF" | textColor as String |

FIG. 3

PWMediaSendControl Interface:

| Interface Name | Type | Definition | Signature |
|---|---|---|---|
| SubmitMediaRequest | function | Transfers image and returns a status code. The action is successful if the return code is 0. If non-zero return code examine ServerRetString for a reason. | SubmitMediaRequest(<br>UserID As String, 'partner UID<br>Password As String, 'partner password<br>ServiceType As String, '"HOST" or "MIRROR"<br>IndustryCode As Integer, 'e.g., 65=real estate<br>MediaType As Integer, '1=image 2=video 3=sound<br>OpCode As Integer, '1=Add, 2=Update, 3=Delete<br>IPAddr As String, 'Destination IP address<br>filename As String, 'File to send<br>MediaGroupID As String, 'Used to build unique key<br>MediaExtendedID As String, ' '''<br>MediaSequenceNum As Integer, ' '''<br>Desc1 As String, '255 chars<br>Desc2 As String, '255 chars<br>Desc3 As String<br>preScaled as Integer) as Integer '255 chars |
| ServerRetString | String property | Return value from SubmitMediaRequest. If call made on HOST service, this string contains the IMG SRC url | ServerRetString as String |

FIG. 4A

```
Usage Example (VB Script)
tempFileName=DragImage1.ScaleImage(320, 240, 89, 1)  'scale the image object 'DragImage1'
result=UplHandler.SubmitMediaRequest(                'transmit to mad central
    UserID,
    Password,
    ServiceType,
    0,
    1,
    1,
    ipAddress,
    tempFileName,
    misNum.Value,
    zipcode,
    imageCount,
    title,
    desc2,
    desc3,
    1)
DragImage3.DelTempFile                               'delete the temp file
```

FIG. 4B

| FIG. 4A |
|---------|
| FIG. 4B |

FIG. 4

# SYSTEM, METHOD AND APPARATUS FOR MEDIA SUBMISSION

This application is a continuation of non-provisional application Ser. No. 12/831,503, filed Jul. 7, 2010, which is a continuation of non-provisional application Ser. No. 10/961,720, filed Oct. 8, 2004 (now U.S. Pat. No. 7,765,482), which is a continuation of non-provisional application Ser. No. 09/357,836, filed Jul. 21, 1999 (now U.S. Pat. No. 6,895,557). Each of the applications and patents identified above is incorporated by reference herein, in its entirety, for all purposes.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to the handling, manipulation and processing of digital content and more particularly to the transportation and Internet publishing of digital content, particularly image media objects and rich media.

### 2. State of the Art

Much of the phenomenal success of the web is attributable to its graphical nature. Literally, a picture is worth a thousand words. The capture of digital images has become routine, using digital cameras and scanners. Nevertheless, although the handling of images by website creators has achieved a high degree of automation, for the average technology user (the "imaging civilian"), manipulating and sharing digital images over the Internet remains a cumbersome and daunting process. Piecemeal solutions that have been devised for handling digital images require a level of sophistication that is beyond that of the ordinary user. For example, transferring a digital image may require first downloading a FTP program, then installing it, then running it and connecting to an FTP server by typing the server name in the connection dialog, then navigating to the proper subdirectory, selecting the files to be uploaded, making sure that the program is in binary transfer mode, then sending the files. For the imaging civilian, such an involved process can be daunting to say the least.

Additionally, as technologies advance and casual users begin to experiment with other media objects, such as streaming video, 3D objects, slide shows, graphics, movies, and even sound files that accompany imaging data, the processes required to share these rich media types on the Internet becomes exponentially more complicated and prohibitive. As the realization of the Internet as an interactive, content rich medium becomes more and more a reality, the need for enabling the use and distribution of rich content and media on the Internet will become the gating factor to its long term success.

A broad-based solution to the foregoing problem requires a web-based media submission tool that allows for submission of media objects in a convenient, intuitive manner. A company named Caught in the Web, has attempted to create a broad-based media submission tool known as "ActiveUpload". ActiveUpload allows an arbitrary file to be dragged and dropped onto a web page control for upload to the web server. An ActiveUpload control allows users to, without leaving a web page, transfer files to a server (Internet or intranet) by selecting the files on the user's desktop that the user wants to transfer, then dragging them onto the web page. For example, a user, having visited a web page, can contribute pictures, documents, zip files, etc., without having to leave the web page and use an FTP program. Standard web authoring tools can be used to integrate ActiveUpload into web pages and change the behavior of the control.

Although Caught in the Web's ActiveUpload tool simplifies the user experience, it does little toward furthering "back-end" automation in the handling and distribution of media objects and has no built in "intelligence" to streamline the process of handling and transporting rich media objects from the front end.

## SUMMARY

The present invention, generally speaking, provides an improved web-based media submission tool. As with some existing tools, operation of the tool is drag and drop or the user can "click" to browse a directory to select media objects. Unlike existing tools, the tool provides several unique and valuable functions. For example, the tool provides the user an opportunity to confirm the submission with a visual representation, for example by generating a thumbnail image of the rich media file that has been selected. Additionally, batch submission is provided to allow a user to drag and drop or select a plurality of images or other media objects. Submission from a web page to a web page is also provided for. Even more importantly, the submission tool is configurable to perform a variable amount of intelligent preprocessing on media objects prior to upload. In the case of digital images, the tool can perform sizing and formatting, for example. Information capture is performed with information being uploaded together with the media objects. In an exemplary embodiment, information capture is both user-transparent (e.g., user ID and/or password) and user-visible (e.g., the user can provide captions for media objects). The submission of information about the user and the media objects facilitates automatic integration of the media objects within existing databases.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention may be further understood from the following description in conjunction with the appended drawing. In the drawing:

FIG. **1** is a diagram of an exemplary web page providing media object acquisition functions;

FIG. **2** is a diagram of another exemplary web page providing image acquisition functions;

FIG. **3** is a table pertaining to a first portion of the Prepare and Post component design; and

FIGS. **4**A and **4**B illustrate a table pertaining to a second portion of the Prepare and Post component design.

## DETAILED DESCRIPTION

The following describes the Prepare and Post™ tools, which prepares and submits media objects from inside a standard browser, referred to as the first location, to a second location or server. The media objects may be pictures (images), movies, videos, graphics, sound clips, etc. Although in the following description the submission of images is described in greatest detail, the same principles apply equally to media objects of all descriptions.

The Prepare and Post tools refers to browser-side components which together provide the ability to submit and transport media objects over the web to be stored and served. Using the Prepare and Post tools, end users can submit images in an immediate, intuitive manner. No technical sophistication is required. In particular, understanding technical terms such as JPEG, resolution, pixel, kilobyte, transfer protocol, IP address, FTP etc., is not required, since the Prepare and Post tools handles all of these tasks for the user. The benefits of the Prepare and Post tool are:

a) to the image submitter, the ability to submit media objects to web pages immediately without needing to overcome technical obstacles;

b) to the image submitter, the ability to submit media objects to web pages "as is" without making modifications to the media objects prior to sending.

c) to PictureWorks web site partner, access to a uniform, standardized, reliable and secure channel for media acquisition;

d) to PictureWorks web site partner, access to contributed media "made to order", it meets their imaging specifications every time without human intervention;

e) to PictureWorks web site partner, the ability to provide web site visitors with an easy, error free way to contribute media;

f) to PictureWorks web site partner, access to contributed media in "real time" with no time delays.

The two primary components used in the Prepare and Post tools which carry out these functions are 1) the media object identifier and 2) the media sender.

In general, the media object identifier functions to provide a graphical interface for placing and associating a media object from a user's desktop onto a web page. The media sender carriers out the function of transmitting media objects to a second location.

There are two ways media objects on the first location become associated with a media object identifier. The first is through a "drag and drop" behavior where the user clicks on a media object to select the one they want to submit. The media object is then dragged to the media object identifier. Releasing the mouse button associates the media object with the media object identifier. This behavior is allowed in web browsers that support drag and drop functionality. The Prepare and Post tools enable these browsers to accept media objects via drag and drop by providing the media object identifier as an ActiveX component.

The second way to associate a media object on the first location with the media object identifier is to click on the media object identifier to browse for media objects, then select the media object of choice. This method is made available for web browsers where the media object identifier needs to be a pure Java component. (Such "signed applet browsers" like Netscape Navigator) In this instance, the user may be asked to choose a media object in a similar manner as when choosing a file to be opened, either by graphical navigation or by specifying a path name. For example, a prompt associated with the media object identifier may be displayed prompting the user to click within the media object identifier. Clicking within the media object identifier brings up a browse dialog. Using the browse dialog, the user selects the desired media object, which is then placed in the media object identifier. The Prepare and Post tools will generate a visual representation or thumbnail of the media object, a feature currently not available in signed applet browsers.

Real estate is an example of a prime application of the Prepare and Post tools. "Curb appeal" is of great importance in the realty industry and can only be judged by "drive-bys," which are time-consuming and laborious, or by the availability of images. The Prepare and Post tools make real estate images readily available with a minimal amount of effort.

Referring to FIG. **1**, an example is shown of a realty web page featuring the described Prepare and Post tools functionality. The user associates images with a media object identifier via the methods described above and selects appropriate captions for the images, e.g., living room, family room, etc. The captions may be typed in or selected from menus. The user also supplies identifying information, in this instance the

MLS listing number. When the user clicks the Send button, the images are uploaded and processed immediately according to the configuration of the Prepare and Post tools.

The Prepare and Post tools also support a batch interface, allowing a plurality of images to be submitted simultaneously as in the case of a professional photographer, for example. The opportunity for user confirmation is again provided, e.g., by displaying a visual representation of the images in the batch.

If a mistake is made such that the wrong image is placed in a media object identifier, the correct image may be placed in the media object identifier. The correct image will replace the mistaken image. Alternatively, the user may remove an image from a media object identifier by right-clicking on the media object identifier and selecting Remove within a resulting pop-up menu.

Note that any number of media object identifiers may be provided on a web page and that the media object identifiers may be separate or grouped. This is evident in FIG. **2**. The number of media object identifiers provided on a page can be pre-configured and fixed, allowing no user intervention, or the media object identifiers can be generated dynamically, allowing the user to determine how many media object identifiers they need for media submission. FIG. **2** shows a web page with various sizes of media object identifiers. If a media object identifier is separate, its image will be transmitted separately to the second location. If an media object identifier is part of a group, its image will be transmitted to the second location as part of a group of images that are stored together and cataloged together. Media object identifiers that are associated together as a group are noted as such in the web page interface and transparently in the media object identifier object code. Moreover, a web page may have multiple groups of media object identifiers, or "groups of groups."

The usefulness of images is greatly enhanced by capturing and identifying information about the images and submitting the identifying information with the images. Information may be image-specific, user-specific or both. The submission of information about the user and the media objects facilitates automatic integration of the media objects within existing databases. Information capture may be overt or covert or both. This unique automatic database integration enables the images to be served with the proper web page data. Overt information capture relies upon the user to make menu selections of appropriate captions as illustrated in FIG. **1**, or to make text entries within text fields, or both. The Prepare and Post tools are easily customized to accept menu selections and text fields for different applications. Covert information capture occurs by having the web browser automatically pass to the Prepare and Post tools known information such as a user ID or, password used to access the web page.

A key differentiator of the Prepare and Post tools is the browser, or client-side intelligence built into the tools. This intelligence directly provides features including those already outlined such as associating data with media objects, generating a visual representation of the media objects and generating media object identifiers dynamically or in a pre-set manner. Other features are also provided via this intelligence, specifically, the ability to control the width and height of the media object identifier and the ability to preprocess the media objects in any number of ways prior to transporting to a second location. In the case of an image media object for example, the Prepare and Post tools may resize the image, (i.e., increase or decrease its size as defined by either physical dimensions, pixel count, or kilobytes). Compression, for example, is a type of sizing. The Prepare and Post tools may also change the image's file format (a way of a media object

5

being identified as to a "type" or "kind" of media), change the quality setting of the image, crop the image or change the aspect ratio, add text or annotations, encode or combine (including stitching) the media object, or enhance the media object by changing image values, for example, relating to contrast or saturation. This intelligence may be executed in a manner that is transparent to the end user. This transparency allows the end user to submit media to the Prepare and Post tools "as is," since the tools will automatically prepare it to meet the requirements of the second location. Note that, although image submission may involve client-side processing, image processing is not required.

The Prepare and Post tools are available for customers to integrate into their own web pages. The Prepare and Post tools are easily integrated into web sites (customers) to allows those sites to accept media objects from web site visitors (users). Appendix A is a generic HTML HostTemplate illustrating how Prepare and Post components are integrated into a web page. The HTML template file (which is a complete working example) contains instructions and a few small code snippets that the customer pastes into the web page. Integrating the Prepare and Post components requires an Initialization Section, a Configuration Section, an ImageWell (media object identifier) Section, a Submission Section and an ImageUpLoad Control Section. To include the Prepare and Post tools media object identifiers on a web page, the customer cuts and pastes code snippets for these sections from the template into the web page.

The Initialization Section consists of a few lines of JavaScript code that will download all of the needed Prepare and Post submission components.

The Configuration Section overrides various configurable default settings that the customer can control. In the Configuration Section, the media object identifier component is sized and configured to perform any preprocessing of the image that may be desired prior to upload. Configurable parameters include both fixed values for all submissions (per submission values) and fixed values for all images within a submission (per image values), as will be explained presently.

Fixed values for all submissions include DefaultImageWidth and DefaultImageHeight, as well as include DefaultControlWidth and DefaultControlHeight. The former specify the default width and height of the images after they have been compressed for transmission. The latter specify the default width and height of all media object identifiers. To create media object identifiers having different sizes, the customer specifies the desired size when creating the media object identifier. Another fixed value for all submissions is Quality. This determines the quality level of the images after they have been compressed for transmission (0 is the lowest quality/highest compression and 100 is the highest quality/lowest compression).

Fixed values for all media objects within a submission include Key1 and Key2. Key1 is the primary value that determines the filename of the resulting image file and, consequently, its URL. It is important that each submitted image have a unique name to prevent one image from overwriting another. Key2 is an optional secondary key that is appended to Key1 before the image's filename and URL are created. While default values for Key1 and Key2 can be specified in the configuration section, more likely this value will be supplied from a field in the web form. If the web page form contains a control named "Key1," then its value will be used for this key. For example, the field Key1 might be labeled as "MLS Number" on the web page. Similarly, the field Key2 might be labeled "Zip Code" on the web page. A sequence number is appended to the Key1/Key2 combination. When there are multiple media object identifiers on a page, this will ensure that each image has a unique key.

6

All media object identifiers on a web page must be contained within an HTML form. A single line of JavaScript code is inserted into the web page (within the HTML form) in each place where a media object identifier is desired. The Media object identifier Section can specify the width and height for each media object identifier. If the width and height are omitted, then the default width and height from the Configuration Section are used.

The Submission Code Section contains HTML code that creates the button that submits both the images to the second locations and the form to the customer's server. Within the Submission Code Section, an HTML "href" parameter is required for the Send Button that causes the images to be sent. After the images have been sent, the web page form will be submitted in the standard manner. The form must define two hidden fields named "url" and imagecount." The imagecount field will contain the number of images actually transmitted. In an exemplary embodiment, the URL for images **2** through "n" are generated by replacing the initial sequence number at the end of the returned URL with the desired image number.

The ImageUpload Control Section holds a small piece of JavaScript code that is placed at the very end of the body section of the web page. This code creates the non-visible Image Upload control, or media sender, that performs the transfer of images from the user's machine to the second location.

The Prepare and Post components support multiple browsers and dynamically adjust their behavior according to the type of browser that is currently running For example, under supported versions of Microsoft's browsers, media object identifiers are implemented as ActiveX controls, while under supported Netscape browsers, media object identifiers are implemented as Java Applets. This multiple browser support is completely automatic.

FIGS. **3** and **4**A-**4**B present further details of the media object identifier and media sender components, respectively.

From the foregoing description, it will be appreciated that the present media submission tool, besides offering convenience to the end user, offers convenience and flexibility to technology partners. In particular, web page integration is designed to facilitate automatic server-side integration of media content.

It will be apparent to those of ordinary skill in the art that the present invention can be embodied in other specific forms without departing from the spirit or essential character thereof. The presently disclosed embodiments are therefore considered in all respects to be illustrative and not restrictive. The scope of the invention is indicated by the appended claims rather than the foregoing description, and all changes which come within the meaning and range of equivalents thereof are intended to be embraced therein.

What is claimed is:

1. A method for pre-processing in a client device, comprising the following computer implemented steps:
   transmitting information that enables access to an account that is associated with a user, said access to said account conditioned on a receipt of an identifier at a host server;
   receiving an identification of one or more image files, video files or audio files to associate with said account;
   receiving, by said client device, a confirmation of an intent to associate said one or more image files, video files or audio files with said account;
   pre-processing said identified one or more image files, video files or audio files using pre-processing parameters received from a remote server, said received pre-

US 8,612,515 B2

processing parameters enabling said client device to pre-process said identified one or more image files, video files or audio files in a manner specified by a distributing party for transfer of content, which is based on said pre-processed one or more image files, video files or audio files, to one or more devices separate from said client device; and

transmitting said pre-processed one or more image files, video files or audio files.

2. The method of claim 1, wherein said transmitting information comprises transmitting an identifier associated with a user and a password from said client device to said host server.

3. The method of claim 1, wherein said receiving an identification comprises receiving a selection of one or more image files, video files or audio files in a directory listing within a user interface.

4. The method of claim 1, wherein said receiving an identification comprises receiving a command that drags and drops one or more image files, video files or audio files in a user interface.

5. The method of claim 1, wherein said receiving an identification comprises receiving via a web browser user interface.

6. The method of claim 1, further comprising displaying a thumbnail preview of said identified one or more image files, video files or audio files.

7. The method of claim 1, wherein said pre-processing comprises pre-processing using pre-processing parameters that originate with said host server.

8. The method of claim 7, wherein said pre-processing comprises pre-processing using pre-processing parameters that are received in HTML code.

9. The method of claim 7, wherein said pre-processing comprises pre-processing using Java code or an ActiveX component.

10. The method of claim 1, wherein said pre-processing comprises reducing a file size or compressing said one or more image files, video files or audio files.

11. The method of claim 1, wherein said pre-processing comprises resizing said one or more image files, video files or audio files.

12. The method of claim 1, wherein said pre-processing comprises changing a file format of said one or more image files, video files or audio files.

13. The method of claim 1, wherein said pre-processing comprises changing a quality of said one or more image files, video files or audio files.

14. The method of claim 1, wherein said pre-processing comprises encoding or otherwise converting said one or more image files, video files or audio files.

15. The method of claim 1, wherein said transmitting comprises transmitting caption information for said one or more image files, video files or audio files.

16. The method of claim 1, wherein said transmitting comprises transmitting information that describes said one or more image files, video files or audio files.

17. The method of claim 1, wherein said transmitting comprises transmitting information associated with an individual.

18. The method of claim 1, wherein said transmitting comprises transmitting location information.

19. The method of claim 1, further comprising reporting a status of said transmission of said pre-processed one or more image files, video files or audio files.

20. A client device for pre-processing, comprising:

a transmitter that transmits information that enables access to an account that is associated with a user, said access to said account conditioned on a receipt of an identifier at a host server;

a computer usable medium having computer readable program code means embodied therein for enabling a receipt of an identification of one or more image files, video files or audio files to associate with said account; and

a pre-processor that pre-processes said identified one or more image files, video files or audio files in preparation for transmission by said client device, said pre-processor using pre-processing parameters received from a remote server, said pre-processing parameters enabling said client device to pre-process said identified one or more image files, video files or audio files in a manner specified by a distributing party for transfer of content, which is based on said pre-processed one or more image files, video files or audio files, to one or more devices separate from said client device.

21. A method for receiving one or more pre-processed image files, video files or audio files, comprising the following computer implemented steps:

receiving, from a client device, information that enables access to an account that is associated with a user, said access to said account conditioned on a receipt of an identifier;

transmitting pre-processing parameters to said client device, said pre-processing parameters enabling said client device to pre-process one or more image files, video files or audio files in a manner specified by a distributing party for transfer of content to one or more devices separate from said client device;

receiving, from said client device, one or more image files, video files or audio files that have been pre-processed at said client device in accordance with said transmitted pre-processing parameters; and

storing said received pre-processed one or more image files, video files or audio files, said stored pre-processed one or more image files, video files or audio files used for subsequent transfer of content to said one or more devices separate from said client device.

22. A system for receiving one or more pre-processed image files, video files or audio files, comprising:

a receiver that receives, from a client device, information that enables access to an account that is associated with a user, said access to said account conditioned on a receipt of an identifier;

a transmitter that transmits pre-processing parameters to said client device, said pre-processing parameters enabling said client device to pre-process said one or more image files, video files or audio files in a manner specified by a distributing party for transfer of content to one or more devices separate from said client device; and

a storage medium that stores one or more image files, video files or audio files received from said client device that have been pre-processed at said client device in accordance with said transmitted pre-processing parameters, said stored pre-processed one or more image files, video files or audio files used for subsequent transfer of content to said one or more devices separate from said client device.

23. A method for pre-processing in a client device, comprising the following computer implemented steps:

transmitting information that enables access to an account that is associated with a user, said access to said account conditioned on a receipt of an identifier at a host server;

receiving an identification of one or more image files, video files or audio files to associate with said account;

receiving, by said client device, a confirmation of an intent to associate said one or more image files, video files or audio files with said account;

pre-processing said identified one or more image files, video files or audio files using pre-processing parameters that have been loaded onto said client device by a device separate from said client device, said pre-processing parameters enabling said client device to pre-process said identified one or more image files, video files or audio files in a manner specified by a distributing party for transfer of content, which is based on said pre-processed one or more image files, video files or audio files, to one or more devices separate from said client device; and

transmitting said pre-processed one or more image files, video files or audio files.

24. The method of claim 23, wherein said pre-processing comprises pre-processing said identified one or more image files, video files or audio files using pre-processing parameters that are received from a server device.

25. The method of claim 23, further comprising receiving said pre-processing parameters from a transmission by said device that is separate from said client device.

26. The method of claim 23, wherein said transmitting information comprises transmitting an identifier associated with a user and a password from said client device to said host server.

27. The method of claim 23, wherein said receiving an identification comprises receiving a selection of one or more image files, video files or audio files in a listing within a user interface.

28. The method of claim 23, further comprising displaying a thumbnail preview of said identified one or more image files, video files or audio files.

29. The method of claim 23, wherein said pre-processing comprises reducing a file size or compressing said one or more image files, video files or audio files.

30. The method of claim 23, wherein said pre-processing comprises resizing said one or more image files, video files or audio files.

31. The method of claim 23, wherein said pre-processing comprises changing a file format of said one or more image files, video files or audio files.

32. The method of claim 23, wherein said pre-processing comprises changing a quality of said one or more image files, video files or audio files.

33. The method of claim 23, wherein said pre-processing comprises encoding or otherwise converting said one or more image files, video files or audio files.

34. The method of claim 23, wherein said transmitting comprises transmitting caption information for one or more image files, video files or audio files.

35. The method of claim 23, wherein said transmitting comprises transmitting information that describes one or more image files, video files or audio files.

36. The method of claim 23, wherein said transmitting comprises transmitting information associated with an individual.

37. The method of claim 23, wherein said transmitting comprises transmitting location information.

38. The method of claim 23, further comprising reporting a status of said transmission of said pre-processed one or more image files, video files or audio files.

39. A client device for pre-processing, comprising:

a transmitter that transmits information that enables access to an account that is associated with a user, said access to said account conditioned on a receipt of an identifier at a host server;

a computer usable medium having computer readable program code means embodied therein for enabling a receipt of an identification of one or more image files, video files or audio files to associate with said account; and

a pre-processor that pre-processes said identified one or more image files, video files or audio files in preparation for transmission by said client device, said pre-processor using pre-processing parameters that have been loaded onto said client device by a device separate from said client device, said pre-processing parameters enabling said client device to pre-process said identified one or more image files, video files or audio files in a manner specified by a distributing party for transfer of content, which is based on said pre-processed one or more image files, video files or audio files, to one or more devices separate from said client device.

40. A method for receiving one or more pre-processed image files, video files or audio files, comprising the following computer implemented steps:

receiving, from a client device, information that enables access to an account that is associated with a user, said access to said account conditioned on a receipt of an identifier;

receiving, from said client device, one or more image files, video files or audio files that have been pre-processed at said client device in accordance with pre-processing parameters that have been loaded onto said client device by a device separate from said client device, said pre-processing parameters enabling said client device to pre-process said one or more image files, video files or audio files in a manner specified by a distributing party for transfer of content to one or more devices separate from said client device; and

storing said received pre-processed one or more image files, video files or audio files, said stored pre-processed one or more image files, video files or audio files used for subsequent transfer of content to said one or more devices separate from said client device.

41. A system for receiving one or more pre-processed image files, video files or audio files, comprising:

a receiver that receives, from a client device, information that enables access to an account that is associated with a user, said access to said account conditioned on a receipt of an identifier; and

a storage medium that stores one or more image files, video files or audio files received from said client device that have been pre-processed at said client device in accordance with pre-processing parameters that have been loaded onto said client device by a device separate from said client device, said pre-processing parameters enabling said client device to pre-process said one or more image files, video files or audio files in a manner specified by a distributing party for transfer of content to one or more devices separate from said client device, said stored pre-processed one or more image files, video files or audio files used for subsequent transfer of content to said one or more devices separate from said client device.

42. The method of claim **1**, wherein said transmitting comprises transmitting an IP address.

43. The method of claim **1**, wherein said receiving an identification comprises receiving an identification of a plurality of image files, video files or audio files.

44. The method of claim **18**, wherein said location information is associated with said one or more image files, video files or audio files.

45. The method of claim **44**, wherein said location information includes a zip code related to said one or more image files, video files or audio files.

46. The method of claim **23**, wherein said transmitting comprises transmitting an IP address.

47. The method of claim **23**, wherein said receiving an identification comprises receiving an identification of a plurality of image files, video files or audio files.

48. The method of claim **37**, wherein said location information is associated with said one or more image files, video files or audio files.

49. The method of claim **48**, wherein said location information includes a zip code related to content of said one or more image files, video files or audio files.

50. A method for pre-processing in a client device, comprising the following computer implemented steps:
   transmitting information that enables access to an account that is associated with a user, said access to said account conditioned on a receipt of an identifier at a host server;
   receiving an identification of a plurality of image files, video files or audio files to associate with said account;
   pre-processing said identified plurality of image files, video files or audio files using pre-processing parameters received from a remote server, said received pre-processing parameters enabling said client device to pre-process said identified plurality of image files, video files or audio files in a manner specified by a distributing party for transfer of content, which is based on said pre-processed plurality of image files, video files or audio files, to one or more devices separate from said client device; and
   transmitting said pre-processed plurality of image files, video files or audio files.

51. The method of claim **50**, further comprising displaying thumbnail previews of said plurality of image files, video files or audio files.

52. A method for pre-processing in a client device, comprising the following computer implemented steps:
   transmitting information that enables access to an account that is associated with a user, said access to said account conditioned on a receipt of an identifier at a host server;
   receiving an identification of a plurality of image files, video files or audio files to associate with said account;
   pre-processing said identified plurality of image files, video files or audio files using pre-processing parameters that have been loaded onto said client device by a device separate from said client device, said pre-processing parameters enabling said client device to pre-process said identified plurality of image files, video files or audio files in a manner specified by a distributing party for transfer of content, which is based on said pre-processed plurality of image files, video files or audio files, to one or more devices separate from said client device; and
   transmitting said pre-processed plurality of image files, video files or audio files.

53. The method of claim **52**, further comprising displaying thumbnail previews of said plurality of image files, video files or audio files.

\* \* \* \* \*