**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | |
|---|---|
| **SUMMIT 6 LLC,** § <br> §<br>**Plaintiff,** § <br> §<br>v. § <br> §<br>**HTC CORPORATION,** § <br>**HTC AMERICA, INC.,** § <br>**LG ELECTRONICS, INC.,** § <br>**LG ELECTRONICS USA, INC.,** § <br>**LG ELECTRONICS MOBILECOMM** § <br>**USA, INC.,** § <br>**MOTOROLA MOBILITY LLC,** § <br>**APPLE INC., and** § <br>**TWITTER INC.,** § <br> §<br>**Defendants.** § | **CIVIL ACTION NO. 7:14-cv-00014**<br><br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
FOR HTC DEFENDANTS TO RESPOND TO PLAINTIFF'S
FIRST AMENDED COMPLAINT**

TO THE HONORABLE COURT:

Plaintiff Summit 6 LLC ("Summit 6") files this Unopposed Motion for an Extension of Time for HTC Defendants to Respond to Plaintiff's First Amended Complaint and show:

1.      Defendant HTC America, Inc. was served with Plaintiff's First Amended Complaint on February 26, 2014 and requested a sixty (60) day extension of time, up to and including May 19, 2014, to respond to Plaintiffs' First Amended Complaint.

2.      Defendant HTC Corporation, a Taiwanese corporation, has not been served as of the date of this motion but has agreed to permit HTC America, Inc. to accept service of Plaintiff's First Amended Complaint on its behalf, if the Court grants a sixty

(60) day extension of time, up to and including May 19, 2014, to respond to Plaintiff's First Amended Complaint.

3. Plaintiff has agreed, subject to the Court's approval, to allow Defendants HTC America, Inc. and HTC Corporation a sixty (60) day extension of time, up to and including May 19, 2014, to respond in any manner whatsoever including by way of answer, motion or other pleading of any type to Plaintiff's First Amended Complaint.

4. Accordingly, Plaintiff Summit 6 LLC moves this Court to grant this unopposed request for a sixty (60) day extension of time for Defendants HTC America, Inc. and HTC Corporation to respond in any manner whatsoever including by way of answer, motion or other pleading of any type to Plaintiff's First Amended Complaint. This is the first request for an extension of time to respond to Plaintiff's First Amended Complaint sought by the parties.

PREMISES CONSIDERED, Plaintiff Summit 6 LLC requests that the time for Defendants HTC America, Inc. and HTC Corporation to answer, move or otherwise respond to Plaintiff's First Amended Complaint be extended up to and including May 19, 2014 and for such other and further relief as the Court deems suitable and just.

DATED: March 4, 2014.  Respectfully submitted,
**MCKOOL SMITH, P.C.**

By: /s/ Douglas A. Cawley
Douglas A. Cawley
Lead Attorney
Texas State Bar No. 04035500
dcawley@mckoolsmith.com
Theodore Stevenson III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Phillip M. Aurentz
Texas State Bar No. 24059404
paurentz@mckoolsmith.com
Ashley N. Moore
Texas State Bar No. 24074748
amoore@mckoolsmith.com
Mitchell R. Sibley
Texas State Bar No. 24073097
msibley@mckoolsmith.com
Richard A. Kamprath
Texas State bar No. 24078767
rkamprath@mckoolsmith.com
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Bradley W. Caldwell
Texas State Bar No. 24040630
bcaldwell@caldwellcc.com
Caldwell Cassady & Curry
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Telephone: (214) 888-4848
Telecopier: (214) 888-4849

**ATTORNEYS FOR PLAINTIFF
SUMMIT 6 LLC**

3

## **CERTIFICATE OF SERVICE**

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per L.R. CV-5.1 on March 4, 2014.  Any other counsel of record will be served via first-class mail.

/s/ *Richard A. Kamprath*

## **CERTIFICATE OF CONFERENCE**

Pursuant to L.R. CV-7.1, counsel for Plaintiff has complied with the meet and confer requirements, and the foregoing motion is submitted as an unopposed motion.

/s/ *Richard A. Kamprath*