IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| SUMMIT 6 LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| HTC CORPORATION, | § | Civil Action No. 7:14-cv-00014-O |
| HTC AMERICA, INC., | § | |
| LG ELECTRONICS, INC., | § | |
| LG ELECTRONICS USA, INC., | § | |
| LG ELECTRONICS MOBILECOMM | § | |
| USA, INC., | § | |
| MOTOROLA MOBILITY LLC, and | § | |
| TWITTER INC., | § | |
| | § | |
| Defendants. | § | |
| | § | |
| SUMMIT 6 LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:14-cv-00106-O |
| | § | |
| APPLE INC. | § | |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER

Before the Court is Defendants' Unopposed Motion to Exceed Page Limit (ECF No. 211), filed December 17, 2014. Having considered the motion, the Court find that it should be and is hereby **GRANTED**. Accordingly, it is **ORDERED** that the page limit for the parties' opening and responsive claim-construction briefs is hereby increased from 30 pages to 40 pages per brief.

**SO ORDERED** on this **18th day** of **December, 2014**.

_Reed O'Connor_
Reed O'Connor
UNITED STATES DISTRICT JUDGE