IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| SUMMIT 6 LLC, § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 7:14-cv-00014-O |
| v. § | |
| § | CONSOLIDATED LEAD CASE |
| HTC CORPORATION, et al., § | |
| § | |
| Defendants. § | |
| § | |
| SUMMIT 6 LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 7:14-cv-00106-O |
| § | |
| APPLE INC., § | |
| § | |
| Defendant. § | |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that John R. Emerson, Texas State Bar No. 24002053, of Haynes and Boone, LLP, 2323 Victory Avenue, Suite 700, Dallas, Texas 75219, enters his appearance in this matter as counsel for Defendant Apple, Inc. in the above-styled and numbered cause. Counsel hereby requests notice and copies of all communications and other documents filed in this matter.

Respectfully submitted,

/s/  *John R. Emerson*
John Russell Emerson
Texas State Bar No. 24002053
russ.emerson@haynesboone.com
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Tel: 214-651-5000
Fax: 214-651-5940

ATTORNEY FOR DEFENDANT APPLE, INC.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the forgoing document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 19, 2014.

/s/ *John R. Emerson*
John R. Emerson