IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| SUMMIT 6 LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION |
| | § | |
| HTC CORPORATION, | § | |
| HTC AMERICA, INC., | § | |
| LG ELECTRONICS, INC., | § | No. 7:14-cv-00014 |
| LG ELECTRONICS USA, INC., | § | |
| LG ELECTRONICS MOBILECOMM USA, INC., | § | |
| MOTOROLA MOBILITY LLC, | § | |
| APPLE INC., and | § | |
| TWITTER, INC., | § | |
| | § | |
| Defendants. | § | JURY TRIAL DEMANDED |
| | § | |

**DEFENDANT APPLE INC.'S UNOPPOSED MOTION
FOR WITHDRAWAL AS ATTORNEY OF RECORD**

Defendant Apple, Inc. ("Apple") moves this Court for an order permitting the withdrawal of Jones Day and its attorneys Mark A. Finkelstein, Douglas L. Clark, Frank P. Cote, Hilda C. Galvan and William C. Rooklidge from representation of Apple in this action, because Jones Day has been substituted by Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale") at 950 Page Mill Road, Palo Alto, CA 94304, as Apple's counsel of record. WilmerHale has already appeared in this matter as Apple's counsel of record.

Apple approves this withdrawal, and the withdrawal will not have a materially adverse effect on Apple as it is still represented by competent counsel fully capable of representing the interests of Apple. The plaintiff does not oppose this motion.

IRI-360070106v1

Additionally, Apple requests that Mark A. Finkelstein, Douglas L. Clark, Frank P. Cote, Hilda C. Galvan and William C. Rooklidge no longer receive CM/ECF notices for this action.

WHEREFORE, PREMISES CONSIDERED, Apple requests this Court to grant the Motion to Withdraw.

Dated:  December 26, 2014                    Respectfully submitted,

                                             JONES DAY

                                              /s/ Hilda C. Galvan
                                             Hilda C. Galvan
                                             State Bar No. 00787512
                                             hcgalvan@jonesday.com
                                             JONES DAY
                                             2727 North Harwood Street
                                             Dallas, TX 75201-1515
                                             Telephone:  (214) 220-3939
                                             Facsimile:  (214) 969-5100

                                             William C. Rooklidge *(pro hac vice)*
                                             wrooklidge@jonesday.com
                                             Mark A. Finkelstein *(pro hac vice)*
                                             mafinkelstein@jonesday.com
                                             Frank P. Cote *(pro hac vice)*
                                             fcote@jonesday.com
                                             Douglas L. Clark *(pro hac vice)*
                                             dlclark@jonesday.com
                                             JONES DAY
                                             3161 Michelson Drive, Suite 800
                                             Irvine, CA 92612-4408
                                             Telephone:  (949) 851-3939
                                             Facsimile:  (949) 553-7539

                                             **Attorneys for Defendant APPLE INC.**

**CERTIFICATE OF CONFERENCE**

 Pursuant to L.R. CV-7.1, counsel for Defendant has complied with the meet and confer requirements.  The foregoing motion is submitted unopposed.

                */s/ Douglas L. Clark*
                Douglas L. Clark

**CERTIFICATE OF SERVICE**

 This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per L.R. CV-5.1 on December 26, 2014.

                */s/ Douglas L. Clark*
                Douglas L. Clark