IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| SUMMIT 6 LLC,<br><br>    Plaintiff,<br><br>v.<br><br>HTC CORPORATION,<br>HTC AMERICA, INC.,<br>LG ELECTRONICS, INC.,<br>LG ELECTRONICS USA, INC.,<br>LG ELECTRONICS MOBILECOMM USA, INC.,<br>MOTOROLA MOBILITY LLC, and<br>TWITTER INC.,<br><br>    Defendants. | Civil Action No. 7:14-cv-00014-O |
| SUMMIT 6 LLC,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC.<br><br>    Defendant. | Civil Action No. 7:14-cv-00106-O |

## **ORDER**

Before the Court is Defendant Apple Inc.'s ("Apple") Unopposed Motion for Withdrawal as Attorney of Record (ECF No. 214), filed December 26, 2014. Apple requests that the Court withdraw Jones Day and its attorneys Mark A. Finkelstein, Douglas L. Clark, Frank P. Cote, Hilda C. Galvan, and William C. Rooklidge from representation of Apple in this action. Having reviewed the motion, the Court finds that Apple's motion should be and is hereby **GRANTED**. Accordingly,

it is **ORDERED** that Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale") will continue as counsel of record in the representation of Apple, and that all Jones Day attorneys are permitted to withdraw as counsel of record for Apple and shall no longer be listed as attorneys of record for Apple in this action.

    **SO ORDERED** on this **29th day** of **December, 2014**.

                                              Reed O'Connor
                                  **UNITED STATES DISTRICT JUDGE**