**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| SUMMIT 6 LLC, | | |
| | Plaintiff, | Case Action No. 7:14-cv-00014-O |
| v. | | |
| HTC CORPORATION, HTC AMERICA, INC., LG ELECTRONICS INC., LG ELECTRONICS USA, INC., LG ELECTRONICS MOBILECOMM USA, INC., MOTOROLA MOBILITY LLC, and TWITTER, INC., | | JURY TRIAL DEMANDED |
| | Defendants. | |
| SUMMIT 6 LLC, | | |
| | Plaintiff, | Case Action No. 7:14-cv-00106-O |
| v. | | |
| APPLE INC., | | |
| | Defendant. | JURY TRIAL DEMANDED |

**APPENDIX TO**

**DEFENDANTS' OPENING CLAIM CONSTRUCTION BRIEF**

Defendants Apple Inc., HTC Corporation, HTC America, Inc., LG Electronics Inc., LG

Electronics U.S.A., Inc., LG Electronics MobileComm, U.S.A., Inc., Motorola Mobility LLC,

and Twitter, Inc. file this Appendix to their Opening Claim Construction Brief.

| No. | Description | Page Nos. |
|---|---|---|
| 1 | Excerpts from Joint Claim Construction and Prehearing Statement (Oct. 16, 2014), ECF No. 149 | A0001–0023 |
| 2 | U.S. Patent No. 6,895,557 | A0024–0036 |
| 3 | U.S. Patent No. 7,765,482 | A0037–0051 |

| 4 | U.S. Patent No. 8,612,515 | A0052–0069 |
|---|---|---|
| 5 | U.S. Patent Application No. 09/357,836, Office Action (Nov. 7, 2002) | A0070–0079 |
| 6 | U.S. Patent Application No. 09/357,836, Interview Summary (Dec. 27, 2002) | A0080 |
| 7 | U.S. Patent Application No. 09/357,836, Amendment (Mar. 11, 2003) | A0081–0102 |
| 8 | U.S. Patent Application No. 10/961,720, Transmittal of New Application (Oct. 8, 2004) | A0103–0130 |
| 9 | U.S. Patent Application No. 90/012,987, Summary of Interview (Mar. 31, 2014) | A0131–0134 |
| 10 | Excerpts from U.S. Patent Application No. 90/012,987, Final Office Action (May 21, 2014) | A0135–0166 |
| 11 | Excerpts from U.S. Patent Application No. 90/012,987, Patent Owner's Response to Final Office Action (July 21, 2014) | A0167–0188 |
| 12 | Excerpts from Opening Claim Construction Brief of Plaintiff Summit 6, LLC , *Summit 6 LLC v. Research in Motion Corp.*, No. 3:11-cv-00367 (N.D. Tex. Dec. 22, 2011), ECF No. 106 | A0189–0196 |
| 13 | Claim Construction Order, *Summit 6 LLC v. Research in Motion Corp.*, No. 3:11-cv-00367 (N.D. Tex. May 21, 2012), ECF No. 168 | A0197–0263 |
| 14 | Excerpts from Non-Confidential Brief of Plaintiff-Cross Appellant Summit 6, LLC, *Summit 6 LLC v. Samsung Electronics Co. Ltd.*, No. 13-1648 (Fed. Cir. Feb. 24, 2014), ECF No. 32 | A0264–0278 |
| 15 | Excerpts from Declaration of Julie Duncan in Support of Defendants' Motion to Transfer to the Northern District of California (June 10, 2014), ECF No. 91-1 | A0279–0302 |
| 16 | Expert Witness Declaration of Dr. Emery Berger in Support of Defendants' Claim Construction Brief | A0303–0333 |
| 17 | U.S. Patent No. 6,035,323 | A0334–0365 |
| 18 | Excerpt from Merriam-Webster's Collegiate Dictionary (10th ed. 1997) | A0366–0369 |

//

//

//

//

//

//

//

//

Dated:  December 30, 2014

Respectfully submitted,

By:  *s/ John R. Emerson*
Mark D. Selwyn  (*pro hac vice*)
Jason Kipnis (*pro hac vice*)
Katherine D. Prescott (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100
mark.selwyn@wilmerhale.com
jason.kipnis@wilmerhale.com
katherine.prescott@wilmerhale.com

Kevin S. Prussia (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000
kevin.prussia@wilmerhale.com

John Russell Emerson
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, TX  75219
Telephone:  (214) 651-5328
Facsimile:   (214) 200-0884
russ.emerson@haynesboone.com

***Attorneys for Defendant APPLE INC.***

 s/    Hsiwen Lo
Deborah L. Sterling
Texas Bar No. 19170950
QUILLING SELANDER LOWNDS
   WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone:  214-871-2111
Facsimile:  214-871-2111
*dsterling@qslwm.com*

 *s/ D. Clay Holloway*
Steven D. Moore (*pro hac vice*)
smoore@kilpatricktownsend.com
KILPATRICK TOWNSEND LLP
Eighth Floor
Two Embarcadero Center
San Francisco, CA 94111
(415) 576.0200 (telephone)
(415) 576.0300 (facsimile)

Steven J. Routh (*pro hac vice*)
ORRICK HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Tel.: (202) 339-8400
Fax: (202) 339-8500

Robert M. Isackson (*pro hac vice*)
ORRICK HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY 10103-0001
Tel.: (212) 506-5000
Fax: (212) 506-5151

Stacey E. Stillman (*pro hac vice*)
ORRICK HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Tel: (650) 614-7400
Fax: (650) 614-7401

Hsiwen Lo (*pro hac vice*)
ORRICK HERRINGTON & SUTCLIFFE LLP
2050 Main Street
Suite 1100
Irvine, CA 92614-8255
Tel: (949) 567-6700
Fax: (949) 567-6710

***Attorneys for Defendants LG
ELECTRONICS, INC., LGE
ELECTRONICS U.S.A., INC., AND LG
ELECTRONICS MOBILECOMM U.S.A.,
INC.***

 s/ David J. Silbert
David J. Silbert  (*pro hac vice*)
Leo L. Lam (*pro hac vice*)
Julie A. Duncan (*pro hac vice*)
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188

D. Clay Holloway (*pro hac vice*)
dholloway@kilpatricktownsend.com
Bonnie M. Grant (Tex. Bar No. 24067634)
bgrant@kilpatricktownsend.com
Akarsh P. Belagodu (*pro hac vice*)
abelagodu@kilpatricktownsend.com
Shayne E. O'Reilly (*pro hac vice*)
soreilly@kilpatricktownsend.com
KILPATRICK TOWNSEND LLP
Suite 2800
1100 Peachtree Street
Atlanta, Georgia 30309-4530
(404) 815-6500 (Telephone)
(404) 815-6555 (Facsimile)

GRUBER HURST JOHANSEN HAIL
SHANK
MICHAEL K. HURST (Bar No. 10316310)
mhurst@ghjlaw.com
JOSHUA M. SANDLER (Bar No. 24053680)
jsandler@ghjlaw.com
1445 Ross Avenue
Suite 2500
Dallas, Texas 75202
Telephone: 214 855 6800
Facsimile:  214 855 6808

***Attorneys for Defendant MOTOROLA
MOBILITY LLC***

 s/ Philip Ou
Yar R. Chaikovsky
Bryan K. James (*pro hac vice*)
Philip Ou (*pro hac vice*)
MCDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, California  94025-4004
Telephone: +1 650 815 7400
Facsimile: +1 650 815 7401

dsilbert@kvn.com
llam@kvn.com
jduncan@kvn.com

Brett C. Govett
FULBRIGHT & JAWORSKI
2200 Ross Ave., Suite 2800
Dallas, TX 75201-2784
Telephone:  214.855.8118
Facsimile:  214.855.8200
brett.govett@nortonrosefulbright.com

***Attorneys for Defendant TWITTER, INC.***

Email: ychaikovsky@mwe.com
Email: bjames@mwe.com
Email: pou@mwe.com

E. Leon Carter (Texas Bar No. 03914300)
Linda R. Stahl (Texas Bar No. 00798525)
CARTER SCHOLER ARNETT HAMADA &
MOCKLER, PLLC
Campbell Centre II
8150 N. Central Expressway, 5th Floor
Dallas, Texas 75206
Telephone: +1 214 550 8160
Facsimile: +1 214 550 8185
Email: lcarter@carterscholer.com

***Attorneys for Defendants
HTC CORPORATION and HTC
AMERICA, INC.***

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 30th day of December 2014, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system pursuant to Local Rule 5.1(d).

*s/  John R. Emerson*
John R. Emerson

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| SUMMIT 6 LLC, | § | |
| | § | CIVIL ACTION NO. 7:14-cv-00014-O |
| Plaintiff, | § | |
| | § | JURY TRIAL DEMANDED |
| v. | § | |
| | § | |
| HTC CORPORATION, | § | |
| HTC AMERICA, INC., | § | |
| LG ELECTRONICS, INC., | § | |
| LG ELECTRONICS USA, INC., | § | |
| LG ELECTRONICS MOBILECOMM | § | |
| USA, INC., | § | |
| MOTOROLA MOBILITY LLC, and | § | |
| TWITTER INC., | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |
| SUMMIT 6 LLC, | § | |
| | § | CIVIL ACTION NO. 7:14-cv-00106-O |
| Plaintiff, | § | |
| | § | JURY TRIAL DEMANDED |
| v. | § | |
| | § | |
| APPLE INC. | § | |
| | § | |
| Defendant. | § | |
| | § | |

---

## JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

---

TO THE HONORABLE COURT:

In accordance with the Scheduling Order ¶ 4(d) (Dkt No. 93) and Amended

Miscellaneous Order No. 62, § 4-3, Plaintiff Summit 6 LLC ("Summit 6") and

Defendants HTC Corporation, HTC America, Inc., LG Electronics, Inc., LG Electronics

USA, Inc., LG Electronics MobileComm USA, Inc., Motorola Mobility LLC, Apple Inc.,

and Twitter Inc. (collectively "Defendants") file this Joint Claim Construction and Prehearing Statement.

## I. Terms Proposed for Construction on Which the Parties Agree

The parties agree on the construction of the following claim terms:

| Claim Term or Phrase and Relevant Claims | Agreed Construction |
|---|---|
| pre-processing parameters<br><br>*'557: Claims 45, 60*<br><br>*'482: Claims 1, 9, 12, 13, 16, 17, 18, 22, 25-27, 30, 34-38, 51*<br><br>*'515: Claims 1, 7, 20-25, 39-41, 50, 52* | values directing the pre-processing |
| displaying a preview image of said selected digital content<br><br>*'482: Claim 35* | displaying a preview image of the digital content after the digital content has been selected |
| displaying a thumbnail preview of said identified . . . files<br><br>*'515: Claims 6, 28* | displaying a thumbnail preview of the file(s) after the file(s) have been identified |
| displaying thumbnail previews of . . . files<br><br>*'515: Claims 51, 53* | displaying thumbnail previews of the files after the files have been identified |
| publishing/publication<br>*'482: Claims 1, 9, 13, 22, 35, 36, 38, 51* | making publicly available/the act of making publicly available |
| third party website<br><br>*'557: Claims 1, 12, 13, 28, 35, 36* | a website being operated by a party other than: (1) the user, or (2) the party which provided the operator of the website with the code used to include the media object identifier on the website |
| placement of . . . digital content into a specified form<br><br>to place . . . digital content in a specified form<br><br>*'482: Claims 1, 9, 13, 22, 35-38, 51* | modifying the digital content data to meet certain specifications |
| information that enables identification of | information related to a person that enables |

| a user | identification of that person |
|---|---|
| user identifier | |
| information associated with an individual | |
| information retrieved by said client device that enables identification of a user | |
| *'482: Claims 13, 19, 25, 37* | |
| *'515: Claims 17, 36* | |
| user information | information related to a person |
| *'482: Claim 49* | |

## II. Each Party's Proposed Claim Constructions and Supporting Evidence

A side-by-side comparison of the parties' respective proposed constructions, an identification of the party/parties proposing the construction, and an identification of the intrinsic and extrinsic evidence that they intend to rely upon, either to support their proposed construction of the claim terms or to oppose another party's proposed construction, are provided in Exhibit A. The '557, '482, and '515 patents share a largely identical written description; therefore citations made to one of the patents are intended to refer to the corresponding portions from all patents-in-suit. The parties also reserve the right to rely on evidence cited by the opposing party to support or oppose particular constructions as appropriate.

In addition to the extrinsic evidence identified in Exhibit A, the parties anticipate that they may rely also on Markman briefing and the Court's Markman Order from the previous Summit 6 case (3:11-cv-00367), as well as any potential future Federal Circuit ruling(s) of matters on appeal in the previous Summit 6 case. With respect to expert testimony, Summit 6 seeks the option of supporting its Markman briefing in this case

with the expert testimony of Dr. Mark Jones, the expert from the previous Summit 6 case. Summit 6 has made Defendants aware of Dr. Jones's prior deposition and expert testimony, as well as its desire to have the option of filing an expert declaration by Dr. Jones to oppose Defendants' indefiniteness arguments if Defendants oppose the use of his prior deposition and trial testimony. Summit 6 believes such a declaration is appropriate and permissible under Amended Miscellaneous Order No. 62, § 4-2(b). Defendants object to Summit 6's use of Dr. Jones' testimony for Markman on the grounds that Defendants here were not parties to the previous Summit 6 case, and therefore never had an opportunity to depose or cross-examine Dr. Jones on that testimony. Defendants also object on the ground that claim construction discovery will be closed (Nov. 17, 2014) before Markman briefing commences (Dec. 30, 2014), and Summit 6's proposed production of expert declarations would not take place until after the close of claim construction discovery, thereby denying Defendants the ability to depose Summit 6's expert on the subjects of his declaration testimony. With respect to Summit 6's reliance on Amended Miscellaneous Order No. 62, § 4-2(b), Defendants further object on the grounds that, on the required disclosure date (Oct. 9, 2014), Summit 6 identified volumes of testimony from Dr. Jones without reference to what testimony would be used to support what proposed construction, and Summit 6 failed to provide the description of the substance of Dr. Jones' proposed testimony that the Order requires.

## III. Length of Claim Construction Hearing

Should the Court find a hearing beneficial, the parties anticipate that three hours will be sufficient with this time to be divided equally between the two sides.

## IV. Witness and/or Expert Testimony

None of the parties intend to call any witnesses at the claim construction hearing.

## V.  Issues for the Pre-Hearing Conference

The parties do not currently have any issues that need to be taken up with the Court at a pre-hearing conference.

Dated:  October 16, 2014

Respectfully submitted,

**MCKOOL SMITH P.C.**

By:  /s/ Douglas A. Cawley
Douglas A. Cawley
Lead Attorney
Texas State Bar No. 04035500
dcawley@mckoolsmith.com
Theodore Stevenson III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Phillip M. Aurentz
Texas State Bar No. 24059404
paurentz@mckoolsmith.com
Ashley N. Moore
Texas State Bar No. 24074748
amoore@mckoolsmith.com
Mitchell R. Sibley
Texas State Bar No. 24073097
msibley@mckoolsmith.com
Richard A. Kamprath
Texas State bar No. 24078767
rkamprath@mckoolsmith.com
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Bradley W. Caldwell
Texas State Bar No. 24040630
bcaldwell@caldwellcc.com
Caldwell Cassady & Curry
2101 Cedar Springs Road, Suite 1000

Dallas, Texas 75201
Telephone: (214) 888-4848
Telecopier: (214) 888-4849

**ATTORNEYS FOR PLAINTIFF**
**SUMMIT 6 LLC**

| | |
|---|---|
| /s/ Hilda C. Galvan | /s/ Robert M. Isackson |
| Hilda C. Galvan | Deborah L. Sterling |
| State Bar No. 00787512 | Texas Bar No. 19170950 |
| hcgalvan@jonesday.com | QUILLING SELANDER LOWNDS |
| JONES DAY | WINSLETT & MOSER, P.C. |
| 2727 North Harwood Street | 2001 Bryan Street, Suite 1800 |
| Dallas, TX 75201-1515 | Dallas, Texas 75201 |
| Telephone: (214) 220-3939 | Telephone: 214-871-2111 |
| Facsimile: (214) 969-5100 | Facsimile: 214-871-2111 |
| | *dsterling@qslwm.com* |
| William C. Rooklidge *(pro hac vice)* | |
| wrooklidge@jonesday.com | Steven J. Routh (admitted *pro hac vice*) |
| Mark A. Finkelstein *(pro hac vice)* | ORRICK HERRINGTON & SUTCLIFFE LLP |
| mafinkelstein@jonesday.com | Columbia Center |
| Frank P. Cote *(pro hac vice)* | 1152 15th Street, N.W. |
| fcote@jonesday.com | Washington, D.C. 20005-1706 |
| Michelle Stover *(pro hac vice)* | Tel.: (202) 339-8400 |
| mstover@jonesday.com | Fax: (202) 339-8500 |
| Doug L. Clark *(pro hac vice)* | |
| dlclark@jonesday.com | Robert M. Isackson (admitted *pro hac vice*) |
| JONES DAY | ORRICK HERRINGTON & SUTCLIFFE LLP |
| 3161 Michelson Drive, Suite 800 | 666 Fifth Avenue |
| Irvine, CA 92612-4408 | New York, NY 10103-0001 |
| Telephone: (949) 851-3939 | Tel.: (212) 506-5000 |
| Facsimile: (949) 553-7539 | Fax: (212) 506-5151 |
| | |
| **Attorneys for Defendant APPLE INC.** | Stacey E. Stillman (admitted *pro hac vice*) |
| | ORRICK HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| | Menlo Park, CA 94025-1015 |
| | Tel: (650) 614-7400 |
| | Fax: (650) 614-7401 |
| | |
| | Hsiwen Lo (admitted *pro hac vice*) |
| | ORRICK HERRINGTON & SUTCLIFFE LLP |
| | 2050 Main Street |
| | Suite 1100 |
| | Irvine, CA 92614-8255 |
| | Tel: (949) 567-6700 |
| | Fax: (949) 567-6710 |
| | |
| | **Attorneys for Defendants LG** |
| | **ELECTRONICS, INC., LGE** |
| | **ELECTRONICS USA, INC., AND LG** |
| | **ELECTRONICS MOBILECOMM USA,** |
| | **INC.** |

JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT                    7

| | |
|---|---|
| /s/ Bonnie M. Grant | /s/ Philip Ou |

Steven D. Moore (pro hac vice)
smoore@kilpatricktownsend.com
KILPATRICK TOWNSEND LLP
Eighth Floor
Two Embarcadero Center
San Francisco, CA 94111
(415) 576.0200 (telephone)
(415) 576.0300 (facsimile)

D. Clay Holloway (pro hac vice)
dholloway@kilpatricktownsend.com
Bonnie M. Grant (Tex. Bar No. 24067634)
bgrant@kilpatricktownsend.com
Akarsh P. Belagodu (pro hac vice)
abelagodu@kilpatricktownsend.com
Shayne E. O'Reilly (pro hac vice)
soreilly@kilpatricktownsend.com
KILPATRICK TOWNSEND LLP
Suite 2800
1100 Peachtree Street
Atlanta, Georgia 30309-4530
(404) 815-6500 (Telephone)
(404) 815-6555 (Facsimile)

GRUBER HURST JOHANSEN HAIL
SHANK
MICHAEL K. HURST (Bar No. 10316310)
mhurst@ghjhlaw.com
JOSHUA M. SANDLER (Bar No. 24053680)
jsandler@ghjhlaw.com
1445 Ross Avenue
Suite 2500
Dallas, Texas 75202
Telephone: 214 855 6800
Facsimile: 214 855 6808

**Attorneys for Defendant MOTOROLA
MOBILITY LLC**

Yar R. Chaikovsky (*admitted*)
Bryan K. James (*pro hac vice*)
Philip Ou (*pro hac vice*)
MCDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, California 94025-4004
Telephone: +1 650 815 7400
Facsimile: +1 650 815 7401
Email: mrassam@mwe.com
Email: bjames@mwe.com
Email: pou@mwe.com

E. Leon Carter (Texas Bar No. 03914300)
Linda R. Stahl (Texas Bar No. 00798525)
CARTER SCHOLER ARNETT HAMADA &
MOCKLER, PLLC
Campbell Centre II
8150 N. Central Expressway, 5th Floor
Dallas, Texas 75206
Telephone: +1 214 550 8160
Facsimile: +1 214 550 8185
Email: lcarter@carterscholer.com

**Attorneys for Defendants
HTC CORPORATION and HTC
AMERICA, INC.**

*/s/ Leo L. Lam*

David J. Silbert *Pro Hac Vice*
Leo L. Lam *Pro Hac Vice*
Julie A. Duncan *Pro Hac Vice*
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188
dsilbert@kvn.com
llam@kvn.com
jduncan@kvn.com

Brett C. Govett
FULBRIGHT & JAWORSKI
2200 Ross Ave., Suite 2800
Dallas, TX 75201-2784
Telephone:  214.855.8118
Facsimile:  214.855.8200
brett.govett@nortonrosefulbright.com

**Attorneys for Defendant TWITTER, INC.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that counsel of record for all parties to this action have been served with a true and correct copy of the foregoing by email.

*/s/ Ashley Moore*
Ashley Moore

# EXHIBIT A

**PROPOSED CLAIM CONSTRUCTIONS AND IDENTIFICATION OF SUPPORTING EVIDENCE**

| Claim Term and Relevant Claims | Summit 6's Construction and Evidence | Defendants' Construction and Evidence |
|---|---|---|
| | | viewing devices are recipients of a web page. In the example Internet environment of the '482 Patent, the web page is an electronic example of a consumable product. The web page is produced and made available to the one or more viewing devices by a web site partner device (e.g., a web server). The web site partner server is configured to assemble or otherwise produce a web page using text and input media objects (e.g., images, video, audio, etc.). The web site partner server then makes the assembled web page available for downloading to a viewing device (e.g., user computer with a web browser)." *See also,* Patent Owner's Response to Final Office Action (July 21, 2014) at 19-20 (same statement and similar argument). |
| **4. remote device**<br><br>*'482: Claims 1, 12, 25, 35* | device not co-located with the client device<br><br>Intrinsic support:<br>'557 Patent: 2:40-43; 2:49-51; 2:58-3:8; 3:12-16; 3:58-60; 4:65-5:2; 5:16-19; 5:23-32; 6:23-25; 6:37-42; 6:53-58; Figs. 1, 2, 4A; Appendix A; '557 claims 9, 13, 14, 26, 27, 36, 53, 68; '482 claims 1, 11, 12, 24, 25, 35; '515 claims: 1, 20, 24, 25, 50.<br><br>2:40-43: "The following describes the Prepare and Post™ tools, which prepares and submits media objects from inside a standard browser, referred to as the first location, to a second location or server."<br><br>2:49-51: "The Prepare and Post tools refers to browser-side components which together provide the | Proposed Construction<br><br>In order for the claims containing this term to meet the written description requirement, the term would have to be construed to mean: "device / server that is not co-located with the client device and from which the pre-processing parameters are received by the local device or the client device, to which the pre-processed selected content is sent from the local device or the client device, and which delivers the pre-processed selected content to one or more recipient devices." Under this term's plain meaning, the identified claims containing the term are invalid under 35 U.S.C. § 112 (*e.g.,* for lack of written description and indefiniteness). |

A0012

**PROPOSED CLAIM CONSTRUCTIONS AND IDENTIFICATION OF SUPPORTING EVIDENCE**

| Claim Term and Relevant Claims | Summit 6's Construction and Evidence | Defendants' Construction and Evidence |
|---|---|---|
| | ability to submit and transport media objects over the web to be stored and served."<br><br>2:58-3:8: "The benefits of the Prepare and Post tool are:<br>a) to the image submitter, the ability to submit media objects to web pages immediately without needing to overcome technical obstacles;<br>b) to the image submitter, the ability to submit media objects to web pages "as is" without making modifications to the media objects prior to sending.<br>c) to Picture Works web site partner, access to a uniform, standardized, reliable and secure channel for media acquisition;<br>d) to Picture Works web site partner, access to contributed media "made to order", it meets their imaging specifications every time without human intervention;<br>e) to Picture Works web site partner, the ability to provide web site visitors with an easy, error free way to contribute media;<br>f) to Picture Works web site partner, access to contributed media in "real time" with no time delays."<br><br>3:12-16: "In general, the media object identifier functions to provide a graphical interface for placing and associating a media object from a user's desktop onto a web page. The media sender carriers out the function of transmitting media objects to a second location."<br><br>3:58-60: "Referring to FIG. 1, an example is shown of | Intrinsic and Extrinsic Evidence<br><br>Same as identified for term # 3 ("server device"). |

**PROPOSED CLAIM CONSTRUCTIONS AND IDENTIFICATION OF SUPPORTING EVIDENCE**

| Claim Term and Relevant Claims | Summit 6's Construction and Evidence | Defendants' Construction and Evidence |
|---|---|---|
| | a realty web page featuring the described Prepare and Post tools functionality."<br><br>4:65-5:2: "Other features are also provided via this intelligence, specifically, the ability to control the width and height of the media object identifier and the ability to preprocess the media objects in any number of ways prior to transporting to a second location."<br><br>5:16-19: "This transparency allows the end user to submit media to the Prepare and Post tools "as is," since the tools will automatically prepare it to meet the requirements of the second location."<br><br>5:23-32: "The Prepare and Post tools are available for customers to integrate into their own web pages. The Prepare and Post tools are easily integrated into web sites (customers) to allows those sites to accept media objects from web site visitors (users). Appendix A is a generic HTML HostTemplate illustrating how Prepare and Post components are integrated into a web page. The HTML template file (which is a complete working example) contains instructions and a few small code snippets that the customer pastes into the web page."<br><br>6:23-25: "The Submission Code Section contains HTML code that creates the button that submits both the images to the second locations and the form to the customer's server." | |

A0014

**PROPOSED CLAIM CONSTRUCTIONS AND IDENTIFICATION OF SUPPORTING EVIDENCE**

| Claim Term and Relevant Claims | Summit 6's Construction and Evidence | Defendants' Construction and Evidence |
|---|---|---|
| | 6:37-42: "The Image Upload Control Section holds a small piece of JavaScript code that is placed at the very end of the body section of the web page. This code creates the non-visible Image Upload control, or media sender, that performs the transfer of images from the user's machine to the second location." <br><br> 6:53-58: "From the foregoing description, it will be appreciated that the present media submission tool, besides offering convenience to the end user, offers convenience and flexibility to technology partners. In particular, web page integration is designed to facilitate automatic server-side integration of media content." <br><br> '482 File History SUMMIT6-00001372, 1378, 1436, 1517-1518; '515 File History S6-00000184. <br><br> '482 File History (SUMMIT6-00001372): "In Applicants' invention, the media object originates at the local device and is desired to be uploaded to the remote device. In this context, pre-processing of the media object occurs prior to upload at the local device. *See*, e.g., Abstract of Applicants' specification. Pre-processing of the media object prior to upload obviates the need for such processing to occur at the remote device." <br><br> '482 File History (SUMMIT6-00001378): "In this excerpt, the Examiner appears to refer to the | |

A0015

**PROPOSED CLAIM CONSTRUCTIONS AND IDENTIFICATION OF SUPPORTING EVIDENCE**

| Claim Term and Relevant Claims | Summit 6's Construction and Evidence | Defendants' Construction and Evidence |
|---|---|---|
| | presentation of the photographic image in display area 56 of graphical user interface 50 at the consumer's display device 48. Applicants first note that elements (a)-(c) of claim 55 refer to actions at a remote device that is distinct from a local device. In the Examiner's asserted analogy of claim 55 to Fredlund, the remote device is the photofinisher, not the consumer's computer system." <br><br> '482 File History (SUMMIT6-00001436): "In Applicants' claims at issue here, the digital content originates at the client device and is desired to be uploaded to the server device. In this context, preprocessing of the digital content occurs prior to upload at the client device. *See*, e.g., Abstract of Applicants' specification. Pre-processing of the digital content prior to upload obviates the need for all such processing to occur at the server device." <br><br> '482 File History (SUMMIT6-00001517-1518): "In general, the client device pre-processes digital content based on pre-processing parameters obtained from another device. This pre-processing is performed prior to upload to a server device. As described, for example, at FIG 1 and page 4, lines 13-15, preprocessed digital content is transmitted to a server device for storage and subsequent distribution to devices served by the server device. An example of such a scenario is a web-site listing that includes preprocessed digital content that has been uploaded by a | |

A0016

**PROPOSED CLAIM CONSTRUCTIONS AND IDENTIFICATION OF SUPPORTING EVIDENCE**

| Claim Term and Relevant Claims | Summit 6's Construction and Evidence | Defendants' Construction and Evidence |
|---|---|---|
| | client device." <br><br> '515 File History (S6-00000184): "The invention deals with pre-processing images before they are uploaded to a server to reduce the amount of processing on the server. The images are processed at the client, but instructions are dictated by outside computer, such as a server. Arledge deals with uploading photo, preview for customization, and edit. However, what is being sent to the server is instruction to recreate the preview, not composite image." <br><br> <u>Extrinsic support:</u> <br> Markman order, hearing transcript, and associated briefing from the previous Summit 6 case; any future Federal Circuit rulings of matters on appeal in the previous Summit 6 case. | |
| **5. remote server** <br><br> *'557: Claims 14, 27* <br><br> *'515: Claims 1, 20, 50* | server not co-located with the client device <br><br> <u>Intrinsic support:</u> <br> '557 Patent: 2:40-43; 2:49-51; 2:58-3:8; 3:12-16; 3:58-60; 4:65-5:2; 5:16-19; 5:23-32; 6:23-25; 6:37-42; 6:53-58; Figs. 1, 2, 4A; Appendix A; '557 claims 9, 13, 14, 26, 27, 36, 53, 68; '482 claims: 1, 11, 12, 24, 25, 35; '515 claims: 1, 20, 24, 25, 50. <br><br> 2:40-43: "The following describes the Prepare and Post™ tools, which prepares and submits media objects from inside a standard browser, referred to as | <u>Proposed Construction</u> <br><br> In order for the claims containing this term to meet the written description requirement, the term would have to be construed to mean: "device / server that is not co-located with the client device and from which the pre-processing parameters are received by a client device, to which the pre-processed selected content is sent from the client device, and which delivers the pre-processed selected content to one or more recipient devices." Under this term's plain meaning, the identified claims containing the term are invalid |

A0017

**PROPOSED CLAIM CONSTRUCTIONS AND IDENTIFICATION OF SUPPORTING EVIDENCE**

| Claim Term and Relevant Claims | Summit 6's Construction and Evidence | Defendants' Construction and Evidence |
|---|---|---|
| | application can be used to build a collection of HTML pages and associated files, and FTP the collection of files to their ISP's server, to which they have been granted access. This is the same thing that any number of HTML publishing applications do today including MicrosoftFrontPage.  This is wholly different than the claimed media object identifiers which can be considered to be a digital equivalent of shipper drop-boxes embedded in business across the Internet.  The examiner references Col 7, lines 49-col 8, line 6 of Narayen again, speaking of publishing media containers, which, as has been noted above is neither the intention, nor function of the media object identifiers.  Media object identifiers are not containers for media to be published and presented in, but rather "drop boxes" for media needed to be transformed and transported."<br><br>Extrinsic support:<br>Markman order, hearing transcript, and associated briefing from the previous Summit 6 case; any future Federal Circuit rulings of matters on appeal in the previous Summit 6 case. | |
| **28. code means . . . for enabling a receipt of an identification of one or more image files, video files or audio files to associate with said account**<br><br>*'515: Claims 20, 39* | Function:  enabling a receipt of an identification of one or more image files, video files or audio files to associate with said account<br><br>Structure:  Figs. 1-4B; '515:3:18-54, 4:4-6, 4:17-34, 5:13-6:36; and equivalents thereof.<br><br>"with no time delays. | Proposed Construction<br><br>Function:  enabling a receipt of an identification of one or more image files, video files or audio files to associate with said account<br><br>Structure: Not disclosed.  The term is indefinite. |

**PROPOSED CLAIM CONSTRUCTIONS AND IDENTIFICATION OF SUPPORTING EVIDENCE**

| Claim Term and Relevant Claims | Summit 6's Construction and Evidence | Defendants' Construction and Evidence |
|---|---|---|
| | 3:18-54: "The two primary components used in the Prepare and Post tools which carry out these functions are 1) the media object identifier and 2) the media sender. In general, the media object identifier functions to provide a graphical interface for placing and associating a media object from a user's desktop onto a web page. The media sender carriers out the function of transmitting media objects to a second location. There are two ways media objects on the first location become associated with a media object identifier. The first is through a "drag and drop" behavior where the user clicks on a media object to select the one they want to submit. The media object is then dragged to the media object identifier. Releasing the mouse button associates the media object with the media object identifier. This behavior is allowed in web browsers that support drag and drop functionality. The Prepare and Post tools enable these browsers to accept media objects via drag and drop by providing the media object identifier as an ActiveX component. The second way to associate a media object on the first location with the media object identifier is to click on the media object identifier to browse for media objects, then select the media object of choice. This method is made available for web browsers where the media object identifier needs to be a pure Java component. (Such "signed applet browsers" like Netscape Navigator) In this instance, the user may be asked to choose a media object in a similar manner as | Written Description<br><br>'515 Patent at 5:17 – 6:10: "Appendix A is a generic HTML HostTemplate illustrating how Prepare and Post components are integrated into a web page. The HTML template file (which is a complete working example) contains instructions and a few small code snippets that the customer pastes into the web page. Integrating the Prepare and Post components requires an Initialization Section, a Configuration Section, an ImageWell (media object identifier) Section, a Submission Section and an ImageUpLoad Control Section. To include the Prepare and Post tools media object identifiers on a web page, the customer cuts and pastes code snippets for these sections from the template into the web page.<br>    The Initialization Section consists of a few lines of JavaScript code that will download all of the needed Prepare and Post submission components.<br>    The Configuration Section overrides various configurable default settings that the customer can control. In the Configuration Section, the media object identifier component is sized and configured to perform any preprocessing of the image that may be desired prior to upload. Configurable parameters include both fixed values for all submissions (per submission values) and fixed values for all images within a submission (per image values), as will be explained presently.<br>    Fixed values for all submissions include DefaultImageWidth and DefaultImageHeight, as well |

A0019

**PROPOSED CLAIM CONSTRUCTIONS AND IDENTIFICATION OF SUPPORTING EVIDENCE**

| Claim Term and Relevant Claims | Summit 6's Construction and Evidence | Defendants' Construction and Evidence |
|---|---|---|
| | when choosing a file to be opened, either by graphical navigation or by specifying a path name. For example, a prompt associated with the media object identifier may be displayed prompting the user to click within the media object identifier. Clicking within the media object identifier brings up a browse dialog. Using the browse dialog, the user selects the desired media object, which is then placed in the media object identifier. The Prepare and Post tools will generate a visual representation or thumbnail of the media object, a feature currently not available in signed applet browsers."<br><br>4:4-6: "The Prepare and Post tools also support a batch interface, allowing a plurality of images to be submitted simultaneously as in the case of a professional photographer."<br><br>4:17-34: "Note that any number of media object identifiers may be provided on a web page and that the media object identifiers may be separate or grouped. This is evident in FIG. 2. The number of media object identifiers provided on a page can be pre-configured and fixed, allowing no user intervention, or the media object identifiers can be generated dynamically, allowing the user to determine how many media object identifiers they need for media submission. FIG. 2 shows a web page with various sizes of media object identifiers. If a media object identifier is separate, its image will be transmitted separately to the second location. If an media object identifier is part of | as include DefaultControlWidth and DefaultControlHeight. The former specify the default width and height of the images after they have been compressed for transmission. The latter specify the default width and height of all media object identifiers. To create media object identifiers having different sizes, the customer specifies the desired size when creating the media object identifier. Another fixed value for all submissions is Quality. This determines the quality level of the images after they have been compressed for transmission (0 is the lowest quality/highest compression and 100 is the highest quality/lowest compression)…<br><br>   All media object identifiers on a web page must be contained within an HTML form. A single line of JavaScript code is inserted into the web page (within the HTML form) in each place where a media object identifier is desired. The Media object identifier Section can specify the width and height for each media object identifier. If the width and height are omitted, then the default width and height from the Configuration Section are used."<br><br>Appendix A (copied from the 482 Patent): |

**PROPOSED CLAIM CONSTRUCTIONS AND IDENTIFICATION OF SUPPORTING EVIDENCE**

| Claim Term and Relevant Claims | Summit 6's Construction and Evidence | Defendants' Construction and Evidence |
|---|---|---|
| | a group, its image will be transmitted to the second location as part of a group of images that are stored together and cataloged together. Media object identifiers that are associated together as a group are noted as such in the web page interface and transparently in the media object identifier object code. Moreover, a web page may have multiple groups of media object identifiers, or "groups of groups."" <br><br> 5:21-25: "Integrating the Prepare and Post components requires an Initialization Section, a Configuration Section, an ImageWell (media object identifier) Section, a Submission Section and an ImageUpLoad Control Section." <br><br> 5:32-52: "The Configuration Section overrides various configurable default settings that the customer can control. In the Configuration Section, the media object identifier component is sized and configured to perform any preprocessing of the image that may be desired prior to upload. Configurable parameters include both fixed values for all submissions (per submission values) and fixed values for all images within a submission (per image values), as will be explained presently. Fixed values for all submissions include DefaultImageWidth and DefaultImageHeight, as well as include DefaultControlWidth and DefaultControlHeight. The former specify the default width and height of the images after they have been compressed for transmission. The latter specify the |  |

A0021

**PROPOSED CLAIM CONSTRUCTIONS AND IDENTIFICATION OF SUPPORTING EVIDENCE**

| Claim Term and Relevant Claims | Summit 6's Construction and Evidence | Defendants' Construction and Evidence |
|---|---|---|
| | default width and height of all media object identifiers. To create media object identifiers having different sizes, the customer specifies the desired size when creating the media object identifier. Another fixed value for all submissions is Quality. This determines the quality level of the images after they have been compressed for transmission (0 is the lowest quality/highest compression and 100 is the highest quality/lowest compression)."<br><br>6:3-36: "All media object identifiers on a web page must be contained within an HTML form. A single line of JavaScript code is inserted into the web page (within the HTML form) in each place where a media object identifier is desired. The Media object identifier Section can specify the width and height for each media object identifier. If the width and height are omitted, then the default width and height from the Configuration Section are used. The Submission Code Section contains HTML code that creates the button that submits both the images to the second locations and the form to the customer's server. Within the Submission Code Section, an HTML "href' parameter is required for the Send Button that causes the images to be sent. After the images have been sent, the web page form will be submitted in the standard manner. The form must define two hidden fields named "url" and imagecount." The imagecount field will contain the number of images actually transmitted. In an exemplary embodiment, the URL for images 2 through "n" are generated by replacing the initial | |

A0022

**PROPOSED CLAIM CONSTRUCTIONS AND IDENTIFICATION OF SUPPORTING EVIDENCE**

| Claim Term and Relevant Claims | Summit 6's Construction and Evidence | Defendants' Construction and Evidence |
|---|---|---|
| | sequence number at the end of the returned URL with the desired image number. The ImageUpload Control Section holds a small piece of JavaScript code that is placed at the very end of the body section of the web page. This code creates the non- visible Image Upload control, or media sender, that performs the transfer of images from the user's machine to the second location. The Prepare and Post components support multiple browsers and dynamically adjust their behavior according to the type of browser that is currently running For example, under supported versions of Microsoft's browsers, media object identifiers are implemented as ActiveX controls, while under supported Netscape browsers, media object identifiers are implemented as Java Applets. This multiple browser support is completely automatic." <br><br> Extrinsic support: <br> Markman order, hearing transcript, and associated briefing from the previous Summit 6 case; any future Federal Circuit rulings of matters on appeal in the previous Summit 6 case; expert testimony of Dr. Mark Jones. | |

A0023



(12) **United States Patent**          (10) **Patent No.:**     **US 6,895,557 B1**

Wood et al.                            (45) **Date of Patent:**         **May 17, 2005**

(54) **WEB-BASED MEDIA SUBMISSION TOOL**

(75) Inventors: **Lisa T. Wood**, Danville, CA (US);
                 **Scott M. Lewis**, Danville, CA (US);
                 **Robin T. Fried**, Berkeley, CA (US)

(73) Assignee: **IPIX Corporation**, San Ramone, CA
                 (US)

( * ) Notice:    Subject to any disclaimer, the term of this
                 patent is extended or adjusted under 35
                 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/357,836**

(22) Filed:      **Jul. 21, 1999**

(51) **Int. Cl.**[7] ................................................. G09G 5/00
(52) **U.S. Cl.** ...................... 715/744; 715/748; 715/769;
                 707/102; 709/236
(58) **Field of Search** .............................. 707/1, 10, 3, 4,
                 707/2, 100, 102, 513, 523, 101; 345/418,
                 473, 769, 770, 744; 709/219, 246, 232;
                 382/305

(56)              **References Cited**

             U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,001,628 A | | 3/1991 | Johnson et al. .............. 364/200 |
| 5,327,265 A | | 7/1994 | McDonald ................. 358/527 |
| 5,555,388 A | | 9/1996 | Shaughnessy .............. 395/427 |
| 5,678,046 A | | 10/1997 | Cahill et al. .............. 395/616 |
| 5,760,917 A | | 6/1998 | Sheridan ................... 358/442 |
| 5,761,404 A | | 6/1998 | Murakami et al. ......... 395/182 |
| 5,781,773 A | * | 7/1998 | Vanderpool et al. ........ 395/611 |
| 5,799,063 A | | 8/1998 | Krane |
| 5,813,009 A | | 9/1998 | Johnson et al. .............. 707/100 |
| 5,819,032 A | * | 10/1998 | De Vries et al. ........ 709/250 |
| 5,845,299 A | * | 12/1998 | Arora et al. ............... 707/513 |
| 5,890,170 A | * | 3/1999 | Sidana ........................ 707/501 |
| 6,012,068 A | * | 1/2000 | Boezeman et al. ......... 707/104 |
| 6,017,157 A | | 1/2000 | Garfinkle et al. ........... 396/639 |
| 6,028,603 A | * | 2/2000 | Wang et al. ................ 345/350 |
| 6,035,323 A | * | 3/2000 | Narayen et al. ............ 709/201 |
| 6,202,061 B1 | * | 3/2001 | Khosla et al. ................. 707/3 |
| 6,301,607 B2 | * | 10/2001 | Barraclough et al. ...... 709/204 |
| 9,381,029 | * | 4/2002 | Tipirneni ................... 358/1.14 |
| 6,489,980 B1 | * | 12/2002 | Scott et al. ................. 345/854 |

| | | | |
|---|---|---|---|
| 6,505,160 B1 | * | 1/2003 | Levy et al. ................ 704/270 |
| 6,516,340 B2 | | 2/2003 | Boys |

FOREIGN PATENT DOCUMENTS

EP         0930 774 A2     7/1999 ............ H04N/1/21

OTHER PUBLICATIONS

Thilo Horstmann and Richard Bentley, "Distributed Author-
ing on the Web with the BSCW Shared Workspace System,"
StandardView vol. 5, No. 1, pp. 9–16, Mar. 1997.*
Doug Dean, 15 Seconds: Down and Dirty Browser Upload-
ing with a VB ASP Component, pp. 1–10, Mar. 11, 1999.*
Peter Persits, 15 Seconds: Browser–based uploading Under
the Microscope, pp. 1–7, Nov. 21, 1998.*
Netscape Communications Corp., Help File of Netscape
Composer 4.75, Copyright 1994–1998, p. 9.*

* cited by examiner

*Primary Examiner*—John Cabeca
*Assistant Examiner*—Tadesse Hailu
(74) *Attorney, Agent, or Firm*—Frost Brown Todd LLC

(57)             **ABSTRACT**

The present invention, generally speaking, provides an
improved web-based media submission tool. As with some
existing tools, operation of the tool is drag and drop or the
user can "click" to browse a directory to select media
objects. Unlike existing tools, the tool provides the user an
opportunity to confirm the submission, for example by
generating a thumbnail image of an image file that has been
dragged and dropped. Batch submission is provided for in
which a user drags and drops a plurality of images or other
media objects. Submission from a web page to a web page
is also provided for. The submission tool is configurable to
perform a variable amount of intelligent preprocessing on
media objects prior to upload. In the case of digital images,
the tool can perform sizing and formatting, for example.
Information capture is performed with information being
uploaded together with the media objects. In an exemplary
embodiment, information capture is both user-transparent
(e.g., user ID and/or password) and user-visible (e.g., the
user can provide captions for media objects). The submis-
sion of information about the user and the media objects
facilitates automatic integration of the media objects within
existing databases.

**74 Claims, 5 Drawing Sheets**





**FIG. 1**



*FIG. 2*

PWIImageControl Interface:

| Interface Name | Type | Definition | Signature |
|---|---|---|---|
| ScaleImage | function | Scales an image in place or to a temporary file | ScaleImage( destinationType as String, changeDimensions as Integer, destWidth As Integer, destHeight As Integer, destQuality As Integer, '0-100 generateOutputFilename As Boolean ' create tempfile ) As String |
| DelTempFile | sub | Deletes temporary file created with ScaleImage | DelTempfile() |
| fileName | String property | Name of file shown in image well | fileName as String |
| imageName | String property | String value from image caption box | imageName as String |
| ClearImage | sub | Clears the image from the display and redisplays the logo and instructional text | ClearImage() |
| backgroundColor | String property | Hexidecimal RGB string value in format "FFFFFF" or "#FFFFFF" | backgroundColor as String |
| textColor | String property | Hexidecimal RGB string value in format "FFFFFF" or "#FFFFFF" | textColor as String |

FIG. 3

PWMediaSendControl Interface:

| Interface Name | Type | Definition | Signature |
|---|---|---|---|
| SubmitMediaRequest | function | Transfers image and returns a status code. The action is successful if the return code is 0. If non-zero return code examine ServerRetString for a reason. | SubmitMediaRequest( UserID As String, 'partner UID Password As String, 'partner password ServiceType As String, '"HOST" or "MIRROR" IndustryCode As Integer, 'e.g., 65=real estate MediaType As Integer, '1=image 2=video 3=sound OpCode As Integer, '1=Add, 2=Update, 3=Delete IPAddr As String, 'Destination IP address filename As String, 'File to send MediaGroupID As String, 'Used to build unique key MediaExtendedID As String, ' "" MediaSequenceNum As Integer, Desc1 As String, '255 chars Desc2 As String, '255 chars Desc3 As String preScaled as Integer) as Integer '255 chars |
| ServerRetString | String property | Return value from SubmitMediaRequest. If call made on HOST service, this string contains the IMG SRC url | ServerRetString as String |

*FIG. 4A*

```
Usage Example (VB Script)
tempFileName=DragImage1.ScaleImage(320, 240, 89, 1)  'scale the image object 'DragImage1'
result=UplHandler.SubmitMediaRequest(                 'transmit to mad central
    UserID,
    Password,
    ServiceType,
    0,
    1,
    1,
    ipAddress,
    tempFileName,
    misNum.Value,
    zipcode,
    imageCount,
    title,
    desc2,
    desc3,
    1)
DragImage3.DelTempFile      'delete the temp file
```

FIG. 4B

FIG. 4

| FIG. 4A |
|---------|
| FIG. 4B |

US 6,895,557 B1

# WEB-BASED MEDIA SUBMISSION TOOL

The present application is related by subject matter to U.S. application Ser. No. 09/440,461, now U.S. Pat. No. 6,732,162.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to the handling, manipulation and processing of digital content and more particularly to the transportation and Internet publishing of digital content, particularly image media objects and rich media.

### 2. State of the Art

Much of the phenomenal success of the web is attributable to its graphical nature. Literally, a picture is worth a thousand words. The capture of digital images has become routine, using digital cameras and scanners. Nevertheless, although the handling of images by website creators has achieved a high degree of automation, for the average technology user (the "imaging civilian"), manipulating and sharing digital images over the Internet remains a cumbersome and daunting process. Piecemeal solutions that have been devised for handling digital images require a level of sophistication that is beyond that of the ordinary user. For example, transferring a digital image may require first downloading an FTP program, then installing it, then running it and connectting to an FTP server by typing the server name in the connection dialog, then navigating to the proper subdirectory, selecting the files to be uploaded, making sure that the program is in binary transfer mode, then sending the files. For the imaging civilian, such an involved process can be daunting to say the least.

Additionally, as technologies advance and casual users begin to experiment with other media objects, such as streaming video, 3D objects, slide shows, graphics, movies, and even sound files that accompany imaging data, the processes required to share these rich media types on the Internet becomes exponentially more complicated and prohibitive. As the realization of the Internet as an interactive, content rich medium becomes more and more a reality, the need for enabling the use and distribution of rich content and media on the Internet will become the gating factor to its long term success.

A broad-based solution to the foregoing problem requires a web-based media submission tool that allows for submission of media objects in a convenient, intuitive manner. A company named Caught in the Web, has attempted to create a broad-based media submission tool known as "ActiveUpload". ActiveUpload allows an arbitrary file to be dragged and dropped onto a web page control for upload to the web server. An ActiveUpload control allows users to, without leaving a web page, transfer files to a server (Internet or intranet) by selecting the files on the user's desktop that the user wants to transfer, then dragging them onto the web page. For example, a user, having visited a web page, can contribute pictures, documents, zip files, etc., without having to leave the web page and use an FTP program. Standard web authoring tools can be used to integrate ActiveUpload into web pages and change the behavior of the control.

Although Caught in the Web's ActiveUpload tool simplifies the user experience, it does little toward furthering "backend" automation in the handling and distribution of media objects and has no built in "intelligence" to streamline the process of handling and transporting rich media objects from the front end.

## SUMMARY OF THE INVENTION

The present invention, generally speaking, provides an improved web-based media submission tool. As with some

existing tools, operation of the tool is drag and drop or the user can "click" to browse a directory to select media objects. Unlike existing tools, the tool provides several unique and valuable functions. For example, the tool provides the user an opportunity to confirm the submission with a visual representation, for example by generating a thumbnail image of the rich media file that has been selected. Additionally, batch submission is provided to allow a user to drag and drop or select a plurality of images or other media objects. Submission from a web page to a web page is also provided for. Even more importantly, the submission tool is configurable to perform a variable amount of intelligent preprocessing on media objects prior to upload. In the case of digital images, the tool can perform image sizing and formatting, for example. Information capture is performed with information being uploaded together with the media objects. In an exemplary embodiment, information capture is both user-transparent (e.g., user ID and/or password) and user-visible (e.g., the user can provide captions for media objects). The submission of information about the user and the media objects facilitates automatic integration of the media objects within existing databases.

## BRIEF DESCRIPTION OF THE DRAWING

The present invention may be further understood from the following description in conjunction with the appended drawing. In the drawing:

FIG. **1** is a diagram of an exemplary web page providing media object acquisition functions;

FIG. **2** is a diagram of another exemplary web page providing image acquisition functions;

FIG. **3** is a table pertaining to a first portion of the Prepare and Post component design; and

FIG. **4** is a table pertaining to a second portion of the Prepare and Post component design.

## DETAILED DESCRIPTION OF THE PRFERRED EMBODIMENTS

The following describes the Prepare and Post™ tools, which prepares and submits media objects from inside a standard browser, referred to as the first location, to a second location or server. The media objects may be pictures (images), movies, videos, graphics, sound clips, etc. Although in the following description the submission of images is described in greatest detail, the same principles apply equally to media obejcts of all descriptions.

The Prepare and Post tools refers to browser-side components which together provide the ability to submit and transport media objects over the web to be stored and served. Using the Prepare and Post tools, end users can submit images in an immediate, intuitive manner. No technical sophistication is required. In particular, understanding technical terms such as JPEG, resolution, pixel, kilobyte, transfer protocol, IP address, FTP etc., is not required, since the Prepare and Post tools handles all of these tasks for the user. The benefits of the Prepare and Post tool are:

a) to the image submitter, the ability to submit media objects to web pages immediately without needing to overcome technical obstacles;

b) to the image submitter, the ability to submit media objects to web pages "as is" without making modifications to the media objects prior to sending;

c) to PictureWorks web site partner, access to a uniform, standardized, reliable and secure channel for media acquisition;

US 6,895,557 B1

3

d) to PictureWorks web site partner, access to contributed media "made to order", it meets their imaging specifications every time without human intervention;

e) to PictureWorks web site partner, the ability to provide web site visitors with an easy, error free way to contribute media;

f) to PictureWorks web site partner, access to contributed media in "real time" with no time delays.

The two primary components used in the Prepare and Post tools which carry out these functions are 1) the media object identifier and 2) the media sender.

In general, the media object identifier functions to provide a graphical interface for placing and associating a media object from a user's desktop onto a web page. The media sender carriers out the function of transmitting media objects to a second location.

There are two ways media objects on the first location become associated with a media object identifier. The first is through a "drag and drop" behavior where the user clicks on a media object to select the one they want to submit. The media object is then dragged to the media object identifier. Releasing the mouse button associates the media object with the media object identifier. This behavior is allowed in web browsers that support drag and drop functionality. The Prepare and Post tools enable these browsers to accept media objects via drag and drop by providing the media object identifier as an ActiveX component.

The second way to associate a media object on the first location with the media object identifier is to click on the media object identifier to browse for media objects, then select the media object of choice. This method is made available for web browsers where the media object identifier needs to be a pure Java component. (Such "signed applet browers" like Netscape Navigator) In this instance, the user may be asked to choose a media object in a similar manner as when choosing a file to be opened, either by graphical navigation or by specifying a path name. For example, a prompt associated with the media object identifier may be displayed prompting the user to click within the media object identifier. Clicking within the media object identifier brings up a browse dialog. Using the browse dialog, the user selects the desired media object, which is then placed in the media object identifier. The Prepare and Post tools will generate a visual representation or thumbnail of the media object, a feature currently not available in signed applet browsers.

Real estate is an example of a prime application of the Prepare and Post tools. "Curb appeal" is of great importance in the realty industry and can only be judged by "drive-bys," which are time-consuming and laborious, or by the availability of images. The Prepare and Post tools make real estate images readily available with a minimal amount of effort.

Referring to FIG. 1, an example is shown of a realty web page featuring the described Prepare and Post tools functionality. The user associates images with a media object identifier via the methods described above and selects appropriate captions for the images, e.g., living room, family room, etc. The captions may be typed in or selected from menus. The user also supplies identifying information, in this instance the MLS listing number. When the user clicks the Send button, the images are uploaded and processed

4

immediately according to the configuration of the Prepare and Post tools.

The Prepare and Post tools also support a batch interface, allowing a plurality of images to be submitted simultaneously as in the case of a professional photographer, for example. The opportunity for user confirmation is again provided, e.g., by displaying a visual representation of the images in the batch.

If a mistake is made such that the wrong image is placed in a media object identifier, the correct image may be placed in the media object identifier. The correct image will replace the mistaken image. Alternatively, the user may remove an image from a media object identifier by right-clicking on the media object identifier and selecting Remove within a resulting pop-up menu.

Note that any number of media object identifiers may be provided on a web page and that the media object identifiers may be separate or grouped. This is evident in FIG. 2. The number of media object identifiers provided on a page can be pre-configured and fixed, allowing no user intervention, or the media object identifiers can be generated dynamically, allowing the user to determine how many media object identifiers they need for media submission. FIG. 2 shows a web page with various sizes of media object identifiers. If a media object identifier is separate, its image will be transmitted separately to the second location. If an media object identifier is part of a group, its image will be transmitted to the second location as part of a group of images that are stored together and cataloged together. Media object identifiers that are associated together as a group are noted as such in the web page interface and transparently in the media object identifier object code. Moreover, a web page may have multiple groups of media object identifiers, or "groups of groups."

The usefulness of images is greatly enhanced by capturing and identifying information about the images and submitting the identifying information with the images. Information may be image-specific, user-specific or both. The submission of information about the user and the media objects facilitates automatic integration of the media objects within existing databases. Information capture may be overt or covert or both. This unique automatic database integration enables the images to be served with the proper web page data. Overt information capture relies upon the user to make menu selections of appropriate captions as illustrated in FIG. 1, or to make text entries within text fields, or both. The Prepare and Post tools are easily customized to accept menu selections and text fields for different applications. Covert information capture occurs by having the web browser automatically pass to the Prepare and Post tools known information such as a user ID or, password used to access the web page.

A key differentiator of the Prepare and Post tools is the browser, or client-side intelligence built into the tools. This intelligence directly provides features including those already outlined such as associating data with media objects, generating a visual representation of the media objects and generating media object identifiers dynamically or in a pre-set manner. Other features are also provided via this intelligence, specifically, the ability to control the width and height of the media object identifier and the ability to

A0031

US 6,895,557 B1

5

preprocess the media objects in any number of ways prior to transporting to a second location. In the case of an image media object for example, the Prepare and Post tools may resize the image, (i.e., increase or decrease its size as defined by either physical dimensions, pixel count, or kilobytes). Compression, for example, is a type of sizing. The Prepare and Post tools may also change the image's file format (a way of a media object being identified as to a "type" or "kind" of media), change the quality setting of the image, crop the image or change the aspect ratio, add text or annotations, encode or combine (including stitching) the media object, or enhance the media object by changing image values, for example, relating to contrast or saturation. This intelligence may be executed in a manner that is transparent to the end user. This transparency allows the end user to submit media to the Prepare and Post tools "as is," since the tools will automatically prepare it to meet the requirements of the second location. Note that, although image submission may involve client-side processing, image processing is not required.

The Prepare and Post tools are available for customers to integrate into their own web pages. The Prepare and Post tools are easily integrated into web sites (customers) to allows those sites to accept media objects from web site visitors (users). Appendix A is a generic HTML HostTemplate illustrating how Prepare and Post components are integrated into a web page. The HTML template file (which is a complete working example) contains instructions and a few small code snippets that the customer pastes into the web page. Integrating the Prepare and Post components requires an Initialization Section, a Configuration Section, an ImageWell (media object identifier) Section, a Submission Section and an ImageUpLoad Control Section. To include the Prepare and Post tools media object identifiers on a web page, the customer cuts and pastes code snippets for these sections from the template into the web page.

The Initialization Section consists of a few lines of JavaScript code that will download all of the needed Prepare and Post submission components.

The Configuration Section overrides various configurable default settings that the customer can control. In the Configuration Section, the media object identifier component is sized and configured to perform any preprocessing of the image that may be desired prior to upload. Configurable parameters include both fixed values for all submissions (per submission values) and fixed values for all images within a submission (per image values), as will be explained presently.

Fixed values for all submissions include DefaultImageWidth and DefaultImageHeight, as well as include DefaultControlWidth and DefaultControlHeight. The former specify the default width and height of the images after they have been compressed for transmission. The latter specify the default width and height of all media object identifiers. To create media object identifiers having different sizes, the customer specifies the desired size when creating the media object identifier. Another fixed value for all submissions is Quality. This determines the quality level of the images after they have been compressed for transmission (0 is the lowest quality/highest compression and 100 is the highest quality/lowest compression).

Fixed values for all media objects within a submission include Key1 and Key2. Key1 is the primary value that determines the filename of the resulting image file and, consequently, its URL. It is important that each submitted

6

image have a unique name to prevent one image from overwriting another. Key2 is an optional secondary key that is appended to Key1 before the image's filename and URL are created. While default values for Key1 and Key2 can be specified in the configuration section, more likely this value will be supplied from a field in the web form. If the web page form contains a control named "Key1," then its value will be used for this key. For example, the field Key1 might be labeled as "MLS Number" on the web page. Similarly, the field Key2-might be labeled "Zip Code" on the web page. A sequence number is appended to the Key1/Key2 combination. When there are multiple media object identifiers on a page, this will ensure that each image has a unique key.

All media object identifiers on a web page must be contained within an HTML form. A single line of JavaScript code is inserted into the web page (within the HTML form) in each place where a media object identifier is desired. The Media object identifier Section can specify the width and height for each media object identifier. If the width and height are omitted, then the default width and heigth from the Configuration Section are used.

The Submission Code Section contains HTML code that creates the button that submits both the images to the second locations and the form to the customer's server. Within the Submission Code Section, an HTML "href" parameter is required for the Send Button that causes the images to be sent. After the images have been sent, the web page form will be submitted in the standard manner. The form must define two hidden fields named "url" and imagecount." The imagecount field will contain the number of images actually transmitted. In an exemplary embodiment, the URL for images 2 through "n" are generated by replacing the initial sequence number at the end of the returned URL with the desired image number.

The ImageUpload Control Section holds a small piece of JavaScript code that is placed at the very end of the body section of the web page. This code creates the non-visible Image Upload control, or media sender, that performs the transfer of images from the user's machine to the second location.

The Prepare and Post components support multiple browsers and dynamically adjust their behavior according to the type of browser that is currently running. For example, under supported versions of Microsoft's browsers, media object identifiers are implemented as ActiveX controls, while under supported Netscape browsers, media object identifiers are implemented as Java Applets. This multiple browser support is completely automatic.

FIGS. 3 and 4 present further details of the media object identifier and media sender components, respectively.

From the foregoing description, it will be appreciated that the present media submission tool, besides offering convenience to the end user, offers convenience and flexibility to technology partners. In particular, web page integration is designed to facilitate automatic server-side integration of media content.

It will be apparent to those of ordinary skill in the art that the present invention can be embodied in other specific forms without departing from the spirit or essential character thereof. The presently disclosed embodiments are therefore considered in all respects to be illustrative and not restrictive. The scope of the invention is indicated by the appended claims rather than the foregoing description, and all changes which come within the meaning and range of equivalents thereof are intended to be embraced therein.

US 6,895,557 B1

7 8

APPENDIX A

HostTemplate generic.htm

```
<HTML>
<HEAD>
<!--*********************************** Begin Initialization Section -->
<!--***** This section of code must appear at      -->
<!--***** the beginng of the <HEAD> section of     -->
<!--***** your web page. Copy this code and        -->
<!--***** paste it directly into your web page.    -->
<SCRIPT type="text/javascript" src="http://157.22.134.49/company/pwtcomponents.js"> </SCRIPT>
<SCRIPT type="text/javascript" src="http://157.22.134.49/company/company.js"> </SCRIPT>
<!--*********************************** End Initialization Section -->
</HEAD>
<BODY>
<!--*********************************** Begin Configuration Section -->
<!--***** This section of code must appear         -->
<!--***** anywhere after the initialization        -->
<!--***** section (above), and before the          -->
<!--***** the <FORM> that contains the image       -->
<!--***** wells.                                    -->
<!--*****                                           -->
<!--***** This section defines data values          -->
<!--***** needed by the image wells. You can        -->
<!--***** modify these values to suit    -->
<!--***** your needs.                               -->
<SCRIPT Language="Javascript">
PWT.Key1 = "name-your-image here";    // If the <FORM> contains fields named 'Key1'
PWT.Key2 = " ";                        //   & 'Key2' their values will be used.
PWT.Quality = 93;
PWT.DefaultImageWidth = 640;
PWT.DefaultImageHeight = 480;
PWT.DefaultControlWidth = 326;        // Includes a 3 pixel border
PWT.DefaultControlHeight = 246;              // Include a 3 pixel border
</SCRIPT>
<!--*********************************** End Configuration Section -->
<FORM>
This sample displays a working image well.
<BR>
<!--*********************************** Begin ImageWell Section -->
<!--***** This code creates an image well on       -->
<!--***** the web page. While this template        -->
<!--***** only contains a single image well,       -->
<!--***** you can use as many as you like.         -->
<!--***** Copy this code into your web page        -->
<!--***** anywhere within your <FORM> where        -->
<!--***** you want an image well to appear.        -->
<SCRIPT Language="Javascript">
PWT.addimagecontrol( );                // or "PWT.addimagecontrol(640,480);" to override
                                       // the default width and height.
</SCRIPT>
<!--*********************************** End ImageWell Section -->
<BR>
This text is after the image well.
<P>
<!--*********************************** Begin Submission Code Section -->
<!--***** You can use any type of button you       -->
<!--***** wish, but rather than it being a         -->
<!--***** standard SUBMIT button, it must          -->
<!--***** instead contain the parameter:           -->
<!--*****                                           -->
<!--*****         onclick="PWT.Submit( )"          -->
<!--*****                                           -->
<!--***** (as shown in the example below).         -->
<!--***** After the images have been sent,         -->
<!--***** your web page FORM will be submitted     -->
<!--***** in the standard manner.                  -->
<!--*****                                           -->
<!--***** Your FORM must define two hidden         -->
<!--***** fields named "url" & "imagecount"        -->
<!--***** (see examples below). The "url"          -->
<!--***** field will be populated with the         -->
<!--***** resulting URL of the first (or only)     -->
<!--***** image submitted, and the "imagecount"    -->
<!--***** field will contain the number of         -->
<!--***** images actually transmitted. The URL     -->
<!--***** for images 2 thru n can be generated     -->
<!--***** by replacing the initial sequence        -->
<!--***** number (which will always be "1")        -->
<!--***** at the end of the returned URL with      -->
```

9         10

APPENDIX A-continued

HostTemplate generic.htm

```
-->
<!--***** the desired image number.                    -->
<INPUT type="hidden" name="url">
<INPUT type="hidden" name="imagecount">
<INPUT type="button" value="Submit Images" onclick="PWT.Submit( )">
</FORM>
<!--********************************************** End Submission Code Section -->
<!--********************************************** Begin ImageUpload Control Section -->
<!--***** This section of code must appear at      -->
<!--***** the end of the <BODY> section of         -->
<!--***** your web page. Copy this code and        -->
<!--***** paste it directly into your web page.    -->
<SCRIPT Language="Javascript">
PWT.adduploadcontrol( );
</SCRIPT>
<!--********************************************** End ImageUpload Control Section -->
</BODY>
</HTML>
```

What is claimed is:

1. A method comprising the steps of:

accessing at least one media object identifier, the media object identifier being embedded within a third-party web site, the media object identifier including a graphical user interface for acquiring media objects;

associating a media object with the media object identifier; and

pre-processing the media object by the media object identifier for the requirements of the third-party web site, the pre-processing being done without additional user selection of the pre-processing.

2. The method of claim 1 wherein the pre-processing includes one of the following steps:

reducing the file size of the media object,

compressing the media object for purposes of transportation,

changing the file format of the media object,

changing the aspect ratio or otherwise cropping the media object,

adding text or other annotation to the media object,

encoding or otherwise converting the media object,

processing the media object in a manner that completely fills the media object identifier or maintains the aspect ratio of the media object within the media object identifier,

changing the orientation or otherwise rotating the media object,

combining (including stitching) of multiple media objects, or

enhancing the image by changing its contrast or saturation values.

3. The methods of claims 1 or 2 wherein the media object is associated with the media object identifier by dragging a visual representation of the media object to the graphical user interface of the media object identifier.

4. The methods of claims 1 or 2 wherein the media object is associated with the media object identifier by browsing and selecting files.

5. The methods of claims 1 or 2 wherein more than one media object is associated or processed simultaneously.

6. The methods of claims 1 or 2 wherein more than one media object identifier is generated dynamically or generated from pre-set instructions.

7. The method of claim 1 wherein the pre-processing includes reducing the size of the media object.

8. The method of claim 1 wherein the pre-processing includes modifying the format of the media object.

9. The method of claim 1 wherein the media object identifier allows display of the media object in context on the web page.

10. The method of claim 1 wherein the media object is a digital image.

11. The method of claim 1, wherein the media object identifier is configurable to control the pre-processing.

12. The method of claim 11, wherein the media object identifier is configurable by operators of the third party web site to control the pre-processing.

13. The method of claim 1, wherein requirements relate to presentation requirements of the third party web site.

14. The method of claim 1, wherein the pre-processed media object is uploaded to a remote server which enables the media object to be displayed on the web site.

15. A method comprising the steps of:

accessing a web site containing a media object identifier, the media object identifier including a graphical user interface for acquiring media objects;

associating a media object with the media object identifier; and

pre-processing the media object by the media object identifier for the requirements of a web site, the pre-processing including checking a file size of the media object and if the file size of the media object is larger than a predetermined maximum file size reducing the file size of the media object, the pre-processing being done without user selection of the pre-processing.

16. The method of claim 15 wherein the pre-processing further includes one of the following steps:

compressing the media object for purposes of transportation,

changing the file format of the media object,

changing the aspect ratio or otherwise cropping the media object,

adding text or other annotation to the media object,

encoding or otherwise converting the media object,

processing the media object in a manner that completely fills the media object identifier or maintains the aspect ratio of the media object within the media object identifier,

US 6,895,557 B1

**11**

changing the orientation or otherwise rotating the media object,

Combining (including stitching) of multiple media objects, or

Enhancing the image by changing its contrast or saturation values.

**17**. The method of claim **15** wherein the media object is associated with the media object identifier by dragging a visual representation of the media object to the graphical user interface of the media object identifier.

**18**. The method of claim **15** wherein the media object is associated with the media object identifier by browsing and selecting files.

**19**. The method of claim **15** wherein more than one media object is associated or processed simultaneously.

**20**. The method of claim **15** wherein more than one media object identifier is generated dynamically or generated from pre-set instructions.

**21**. The method of claim **15** wherein the media object identifier allows display of the media object in context on the web page.

**22**. The method of claim **15** wherein the media object identifier is embedded in the web site.

**23**. The method of claim **15** wherein the media object is a digital image.

**24**. The method of claim **15**, wherein the media object identifier is configurable to control the pre-processing.

**25**. The method of claim **24**, wherein the media object identifier is configurable by operators of the web site to control the pre-processing.

**26**. The method of claim **15**, wherein requirements relate to presentation requirements of the web site.

**27**. The method of claim **15**, wherein the pre-uploaded processed media object is uploaded to a remote server which enables the media object to be displayed on the web site.

**28**. A computer readable medium containing a program adapted to implement the method of:

associating a media object with a media object identifier, the media object identifier being embedded within a third-party web site, the media object identifier including a graphical user interface for acquiring media objects; and

pre-processing the media object by the media object identifier for the requirements of the third-party web site, the pre-processing being done without user selection of the pre-processing.

**29**. The computer readable medium containing a program of claim **28** wherein the pre-processing includes one of the following steps:

reducing the file size of the media object,

compressing the media object for purposes of transportation,

changing the file format of the media object,

changing the aspect ratio or otherwise cropping the media object,

adding text or other annotation to the media object,

encoding or otherwise converting the media object,

processing the media object in a manner that completely fills the media object identifier or maintains the aspect ratio of the media object within the media object identifier,

changing the orientation or otherwise rotating the media object,

combining (including stitching) of multiple media objects, or

**12**

enhancing the image by changing its contrast or saturation values.

**30**. The computer readable medium containing a program of claim **28** wherein more than one media object identifier is generated dynamically or generated from pre-set instructions.

**31**. The computer readable medium containing a program of claim **28** wherein the pre-processing includes reducing the size of the media object.

**32**. The computer readable medium containing a program of claim **28** wherein the pre-processing includes modifying the format of the media object.

**33**. The computer readable medium containing a program of claim **28** wherein the media object is a digital image.

**34**. The computer readable medium containing a program of claim **28**, wherein the media object identifier is configurable to control the pre-processing.

**35**. The computer readable medium containing a program of claim **34**, wherein the media object identifier is configurable by operators of the third party web site to control the pre-processing.

**36**. The computer readable medium containing a program of claim **28**, wherein requirements relate to presentation requirements of the third party web site.

**37**. A computer readable medium containing a program adapted to implement the method of:

associating a media object with a media object identifier at a web site, the media object identifier including a graphical user interface for acquiring media objects; and

pre-processing the media object by the media object identifier for the requirements of a web site, the pre-processing including checking a file size of the media object and if the file size of the media object is larger than a predetermined maximum file size reducing the file size of the media object, the pre-processing being done without user selection of the pre-processing.

**38**. The computer readable medium containing a program of claim **37** wherein the preprocessing further includes one of the following steps:

compressing the media object for purposes of transportation,

changing the file format of the media object,

changing the aspect ratio or otherwise cropping the media object,

adding text or other annotation to the media object,

encoding or otherwise converting the media object,

processing the media object in a manner that completely fills the media object identifier or maintains the aspect ratio of the media object within the media object identifier,

changing the orientation or otherwise rotating the media object,

combining (including stitching) of multiple media objects, or

enhancing the image by changing its contrast or saturation values.

**39**. The computer readable medium containing a program of claim **37** wherein more than one media object identifier is generated dynamically or generated from pre-set instructions.

**40**. The computer readable medium containing a program of claim **37** wherein the media object identifier is embedded in the web site.

**41**. The computer readable medium containing a program of claim **37** wherein the media object is a digital image.

US 6,895,557 B1

13

**42**. The computer readable medium containing a program of claim **37**, which the media object identifier is configurable to control the pre-processing.

**43**. The computer readable medium containing a program of claim **42**, wherein the media object identifier is configurable by operators of the web site to control the pre-processing.

**44**. The computer readable medium containing a program of claim **37**, wherein requirements relate to presentation requirements of the web site.

**45**. A method comprising:

acquiring a media object with a web page displayed at a local computer;

pre-processing the media object at the local computer without user selection of the pre-processing, wherein the web page contains parameters used to control the pre-processing; and

uploading the pre-processed media object from the local computer to a remote server.

**46**. The method of claim **45**, wherein the web page includes an embedded graphical user interface for acquiring media objects.

**47**. The method of claim **46**, wherein the graphical user interface embedded in the web page is positioned within a rectangular region of the web page display.

**48**. The method of claim **46**, wherein the media object is acquired by a user dragging and dropping the media object into the graphical user interface.

**49**. The method of claim **46**, wherein the graphical user interface can be used to select media objects from a file system of the local computer.

**50**. The method of claim **45**, wherein the web page includes code for acquiring the media object.

**51**. The method of claim **50**, wherein the code includes media object identifier.

**52**. The method of claim **51**, wherein the media object identifier is an active X or Java applet component.

**53**. The method of claim **45**, wherein the remote server enables the media object to be displayed in a destination web site.

**54**. The method of claim **45**, wherein the pre-processing includes changing a file type of media object.

**55**. The method of claim **45**, wherein pre-processing comprises resizing the media object.

**56**. The method of claim **45**, wherein the local computer displays the web page using a browser.

**57**. The method of claim **45**, wherein the media object is a digital image.

**58**. The method of claim **45**, wherein the uploading is done after the user selects a submit button displayed on the web page.

**59**. The method of claim **58**, wherein the pre-processing occurs after the user selects the submit button but before uploading.

14

**60**. A computer readable medium containing a program adapted to implement a method of:

acquiring a media object with a web page displayed at a local computer;

pre-processing the media object at the local computer without user selection of the pre-processing, wherein the web page contains parameters used to control the pre-processing; and

uploading the pre-processed media object from the local computer to a remote server.

**61**. The computer readable medium containing a program of claim **60**, wherein the web page includes an embedded graphical user interface for acquiring media objects.

**62**. The computer readable medium containing a program of claim **61**, wherein the graphical user interface embedded in the web page is positioned within a rectangular region of the web page display.

**63**. The computer readable medium containing a program of claim **61**, wherein the media object is acquired by a user dragging and dropping the media object into the graphical user interface.

**64**. The computer readable medium containing a program of claim **61**, wherein the graphical user interface can be used to select media objects from a file system of the local computer.

**65**. The computer readable medium containing a program of claim **60**, wherein the web page includes code for acquiring the media object.

**66**. The computer readable medium containing a program of claim **65**, wherein the code includes a media object identifier.

**67**. The computer readable medium containing a program of claim **66**, wherein the media object identifier is an active X or Java applet component.

**68**. The computer readable medium containing a program of claim **60**, wherein the remote server enables the media object to be displayed in a destination web site.

**69**. The computer readable medium containing a program of claim **60**, wherein the pre-processing includes changing a file type of media object.

**70**. The computer readable medium containing a program of claim **60**, wherein pre-processing comprises resizing the media object.

**71**. The computer readable medium containing a program of claim **60**, wherein the local computer displays the web page using a browser.

**72**. The computer readable medium containing a program of claim **60**, wherein the media object is a digital image.

**73**. The computer readable medium containing a program of claim **60**, wherein the uploading is done after the user selects a submit button displayed on the web page.

**74**. The computer readable medium containing a program of claim **73**, wherein the pre-processing occurs after the user selects the submit button but before the uploading.

\*    \*    \*    \*    \*

US007765482B2

## (12) United States Patent
### Wood et al.

(10) Patent No.: **US 7,765,482 B2**
(45) Date of Patent: **Jul. 27, 2010**

(54) **WEB-BASED MEDIA SUBMISSION TOOL**

(75) Inventors: **Lisa T. Wood**, Danville, CA (US); **Scott M. Lewis**, Danville, CA (US); **Robin T. Fried**, Berkeley, CA (US)

(73) Assignee: **Summit 6 LLC**, Dallas, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 737 days.

(21) Appl. No.: **10/961,720**

(22) Filed: **Oct. 8, 2004**

(65) **Prior Publication Data**

US 2005/0060180 A1     Mar. 17, 2005

**Related U.S. Application Data**

(63) Continuation of application No. 09/357,836, filed on Jul. 21, 1999, now Pat. No. 6,895,557.

(51) **Int. Cl.**
*G06F 3/00*          (2006.01)
(52) **U.S. Cl.** ...................... **715/744**; 715/748; 715/769; 709/201; 709/219
(58) **Field of Classification Search** ................. 715/744, 715/748, 769.704; 709/201, 219
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,802,008 | A | 1/1989 | Walling |
| 4,862,200 | A | 8/1989 | Hicks |
| 5,001,628 | A | 3/1991 | Johnson et al. |
| 5,327,265 | A | 7/1994 | McDonald |

(Continued)

FOREIGN PATENT DOCUMENTS

| EP | 0930 774 A2 | 7/1999 |
|---|---|---|

(Continued)

OTHER PUBLICATIONS

Office Action dated Sep. 6, 2002 for U.S. Appl. No. 09/440,461.

(Continued)

*Primary Examiner*—Tadeese Hailu
(74) *Attorney, Agent, or Firm*—Duane S. Kobayashi

(57)          **ABSTRACT**

The present invention, generally speaking, provides an improved web-based media submission tool. As with some existing tools, operation of the tool is drag and drop or the user can "click" to browse a directory to select media objects. Unlike existing tools, the tool provides the user an opportunity to confirm the submission, for example by generating a thumbnail image of an image file that has been dragged and dropped. Batch submission is provided for in which a user drags and drops a plurality of images or other media objects. Submission from a web page to a web page is also provided for. The submission tool is configurable to perform a variable amount of intelligent preprocessing on media objects prior to upload. In the case of digital images, the tool can perform sizing and formatting, for example. Information capture is performed with information being uploaded together with the media objects. In an exemplary embodiment, information capture is both user-transparent (e.g., user ID and/or password) and user-visible (e.g., the user can provide captions for media objects). The submission of information about the user and the media objects facilitates automatic integration of the media objects within existing databases.

**51 Claims, 5 Drawing Sheets**



## US 7,765,482 B2

Page 2

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,404,316 A | * | 4/1995 | Klingler et al. | ............. 715/723 |
| 5,477,353 A | | 12/1995 | Yamasaki | |
| 5,555,388 A | | 9/1996 | Shaughnessy | |
| 5,608,542 A | | 3/1997 | Krahe et al. | |
| 5,666,215 A | * | 9/1997 | Fredlund et al. | ............ 358/487 |
| 5,678,046 A | | 10/1997 | Cahill et al. | |
| 5,729,741 A | * | 3/1998 | Liaguno et al. | .......... 707/104.1 |
| 5,754,172 A | * | 5/1998 | Kubota et al. | ............ 715/203 |
| 5,760,917 A | | 6/1998 | Sheridan | |
| 5,761,404 A | | 6/1998 | Murakami et al. | |
| 5,765,152 A | | 6/1998 | Erickson | |
| 5,778,164 A | * | 7/1998 | Watkins et al. | ............ 358/1.18 |
| 5,778,198 A | | 7/1998 | Kadota | |
| 5,781,725 A | | 7/1998 | Saito | |
| 5,781,773 A | | 7/1998 | Vanderpool et al. | |
| 5,794,217 A | * | 8/1998 | Allen | ........................ 705/27 |
| 5,799,063 A | | 8/1998 | Krane | |
| 5,802,314 A | | 9/1998 | Tullis et al. | |
| 5,813,009 A | | 9/1998 | Johnson et al. | |
| 5,819,032 A | | 10/1998 | De Vries et al. | |
| 5,819,092 A | * | 10/1998 | Ferguson et al. | ............ 717/113 |
| 5,844,969 A | | 12/1998 | Goldman et al. | |
| 5,845,299 A | | 12/1998 | Arora et al. | |
| 5,848,415 A | | 12/1998 | Guck | |
| 5,852,435 A | * | 12/1998 | Vigneaux et al. | ......... 345/428 |
| 5,859,956 A | | 1/1999 | Sugiyama et al. | |
| 5,890,170 A | | 3/1999 | Sidana | |
| 5,897,622 A | * | 4/1999 | Blinn et al. | ................... 705/26 |
| 5,923,846 A | * | 7/1999 | Gage et al. | ................. 709/213 |
| 6,012,068 A | * | 1/2000 | Boezeman et al. | ...... 707/104.1 |
| 6,017,157 A | * | 1/2000 | Garfinkle et al. | ........... 396/639 |
| 6,018,774 A | | 1/2000 | Mayle et al. | |
| 6,028,603 A | | 2/2000 | Wang et al. | |
| 6,035,323 A | * | 3/2000 | Narayen et al. | ............ 709/201 |
| 6,058,417 A | * | 5/2000 | Hess et al. | ................. 709/219 |
| 6,084,581 A | * | 7/2000 | Hunt | .......................... 715/202 |
| 6,085,195 A | | 7/2000 | Hoyt et al. | |
| 6,088,732 A | | 7/2000 | Smith et al. | |
| 6,104,468 A | * | 8/2000 | Bryniarski et al. | ......... 355/18 |
| 6,119,101 A | * | 9/2000 | Peckover | ..................... 705/26 |
| 6,125,352 A | * | 9/2000 | Franklin et al. | ............ 705/26 |
| 6,128,600 A | * | 10/2000 | Imamura et al. | .............. 705/27 |
| 6,128,655 A | * | 10/2000 | Fields et al. | ............. 709/219 |
| 6,133,985 A | * | 10/2000 | Garfinkle et al. | ............ 355/40 |
| 6,167,382 A | * | 12/2000 | Sparks et al. | .............. 705/26 |
| 6,167,568 A | * | 12/2000 | Gandel et al. | ............. 717/176 |
| 6,177,934 B1 | * | 1/2001 | Sugiura et al. | ............ 715/748 |
| 6,182,116 B1 | * | 1/2001 | Namma et al. | ............ 709/204 |
| 6,182,279 B1 | * | 1/2001 | Buxton | ...................... 717/100 |
| 6,199,082 B1 | * | 3/2001 | Ferrel et al. | ............... 715/205 |
| 6,202,061 B1 | * | 3/2001 | Khosla et al. | .................. 707/3 |
| 6,233,590 B1 | * | 5/2001 | Shaw et al. | ............... 715/201 |
| 6,237,010 B1 | * | 5/2001 | Hui et al. | ................... 715/205 |
| 6,281,874 B1 | | 8/2001 | Sivan et al. | |
| 6,301,586 B1 | * | 10/2001 | Yang et al. | ............. 707/104.1 |
| 6,301,607 B2 | | 10/2001 | Barraclough et al. | |
| 6,330,572 B1 | | 12/2001 | Sitka | |
| 6,343,302 B1 | * | 1/2002 | Graham | ................... 715/205 |
| 6,374,260 B1 | * | 4/2002 | Hoffert et al. | ............ 707/104.1 |
| 6,381,029 B1 | | 4/2002 | Tipirneni | |
| 6,456,591 B1 | * | 9/2002 | Mishra | ................... 370/229 |
| 6,489,954 B1 | * | 12/2002 | Powlette | ................. 715/733 |
| 6,489,980 B1 | * | 12/2002 | Scott et al. | .............. 715/854 |
| 6,505,160 B1 | | 1/2003 | Levy et al. | |
| 6,510,418 B1 | * | 1/2003 | Case et al. | .................. 705/26 |
| 6,516,340 B2 | | 2/2003 | Boys | |
| 6,522,418 B2 | * | 2/2003 | Yokomizo et al. | ......... 358/1.15 |
| 6,535,296 B1 | * | 3/2003 | Oak | ........................... 358/1.15 |
| 6,539,420 B1 | | 3/2003 | Fields et al. | |
| 6,542,936 B1 | | 4/2003 | Mayle et al. | |
| 6,567,983 B1 | * | 5/2003 | Shiimori | ................... 725/105 |
| 6,583,799 B1 | | 6/2003 | Manolis et al. | |
| 6,621,938 B1 | | 9/2003 | Tanaka et al. | |
| 6,628,417 B1 | | 9/2003 | Naito et al. | |
| 6,657,702 B1 | * | 12/2003 | Chui et al. | ..................... 355/40 |
| 6,693,635 B1 | * | 2/2004 | Yokomizo | ................... 345/428 |
| 6,711,297 B1 | * | 3/2004 | Chang et al. | ................ 382/240 |
| 6,732,162 B1 | | 5/2004 | Wood et al. | |
| 6,799,165 B1 | | 9/2004 | Boesjes | |
| 6,853,461 B1 | * | 2/2005 | Shiimori | .................... 358/1.15 |
| 6,871,231 B2 | | 3/2005 | Morris | |
| 6,895,557 B1 | | 5/2005 | Wood et al. | |
| 6,930,709 B1 | | 8/2005 | Creamer et al. | |
| 7,010,587 B1 | | 3/2006 | Shiimori | |
| 7,032,030 B1 | | 4/2006 | Codignotto | |
| 7,036,081 B2 | * | 4/2006 | Powlette | ..................... 715/747 |
| 7,043,527 B2 | | 5/2006 | Shiimori et al. | |
| 7,146,575 B2 | | 12/2006 | Manolis et al. | |
| 7,158,172 B2 | | 1/2007 | Kawaoka et al. | |
| 7,246,147 B2 | * | 7/2007 | Kim et al. | .................... 709/203 |
| 7,257,158 B1 | * | 8/2007 | Figueredo et al. | ...... 375/240.01 |
| 7,280,702 B2 | * | 10/2007 | Chang et al. | ................ 382/240 |
| 7,308,413 B1 | * | 12/2007 | Tota et al. | ...................... 705/7 |
| 7,313,604 B2 | | 12/2007 | Wood et al. | |
| 7,315,386 B1 | * | 1/2008 | Shiimori et al. | ......... 358/1.15 |
| 2002/0067500 A1 | * | 6/2002 | Yokomizo et al. | ......... 358/1.15 |
| 2005/0239454 A1 | | 10/2005 | Kawashima et al. | |
| 2005/0262437 A1 | * | 11/2005 | Patterson et al. | ............ 715/517 |
| 2008/0201236 A1 | * | 8/2008 | Field et al. | ..................... 705/26 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1076302 A1 | 2/2001 |
| JP | 8-153183 | 6/1996 |
| JP | 11-69072 | 3/1999 |
| JP | 11-184943 | 7/1999 |
| WO | WO 97/04353 A1 | 2/1997 |
| WO | WO 98/49631 A2 | 11/1998 |
| WO | WO 99/19811 A3 | 4/1999 |

### OTHER PUBLICATIONS

Office Action dated Apr. 21, 2003 for U.S. Appl. No. 09/440,461.
Office Action dated Nov. 23, 2001 for U.S. Appl. No. 09/357,836.
Office Action dated Jun. 5, 2002 for U.S. Appl. No. 09/357,836.
Office Action dated Nov. 8, 2002 for U.S. Appl. No. 09/357,836.
Office Action dated Jun. 4, 2003 for U.S. Appl. No. 09/357,836.
Thilo Horstmann and Richard Bentley, "Distributed Authoring on the Web with the BSCW Shared Workspace System", Standard View vol. 5, No. 1, pp. 9-16, Mar. 1997.
Doug Dean, 15 Seconds: Down and Dirty Browser Uploading with a VB ASP Componenet, pp. 1-10, Mar. 11, 1999.
Peter Persits, 15 Seconds: Browser-based uploading Under the Microscope, pp. 1-7, Nov. 21, 1998.
Netscape Communications Corp., Help File of Netscape Composer 4.75, Copyright 1994-1998, p. 9.
Emily Cohen, "Set Your Sites High," PC Magazine, May 26, 1998.
Plante et al., "The NCSA Astronomy Digital Image Library: From Data Archiving to Data Publishing," Sep. 21, 1998.
Augot et al., "Secure Delivery of Images over Open Networks," Proceedings of the IEEE, vol. 87, Issue 7, pp. 1251-1266, Jul. 1999.
Persits, Peter, "Browser-Based File Uploading Under the Microscope," 15 Seconds, Nov. 21, 1998.
Dean, Doug, "Down and Dirty Browser Uploading with a VB ASP Component," Mar. 11, 1999.
Horstmann et al., "Distributed Authoring on the Web with the BSCW Shared Workspace System," StandardView, vol. 5, No. 1, Mar. 1997.
Netscape Communications Corporation, "Creating Web Pages," Apr. 27, 1999.
Steinberg, Jill, "New Start-Up Releases Java Application and Enabling Software," JavaWorld, Oct. 1, 1996.
Bilson, Rob, "Net-It Central 1.0," IDM, Jul. 31, 1997.
Warp 10 Technologies Inc., Jul. 10, 1998.
Pictra Incorporated, Nov. 11, 1998.
Letter from Terry Anderson to Craig Hamway, Oct. 16, 1997.

A0038

PictureWorks ADP Demo, May 1, 1998.
Letter from Terry Anderson to Ken Karutz, May 1, 1998.
Email from Scott Lewis to Lisa Wood, Jul. 2, 1998.
Email from Robin Fried to Scott Lewis et al., Jul. 5, 1998.
Email from Scott Lewis to Robin Fried, Jul. 8, 1998.
Email from Robin Fried to Martha White, Jul. 9, 1998.
Email from Robin Fried to Scott Lewis et al., Jul. 9, 1998.
Email from Don Strickland to Lisa Wood et al., Jul. 14, 1998.
Emails from Scott Lewis to Lisa Wood et al., Jul. 17-18, 1998.
PictureWorks Technology, Inc. Board Update, Jun. 20, 1998.
Letter from Terry Anderson, Jul. 22, 1998.
Email from Don Strickland to Lisa Wood et al., Jul. 22, 1998.
Emails from Don Strickland, Jul. 27 and Aug. 7, 1998.
Email from Robin Fried to Scott Lewis et al., Jul. 28, 1998.
Email from Scott Lewis to Lisa Wood et al., Jul. 29, 1998.
Prioritized Activities For Enterprise Team, Jul. 31, 1998.
Email from Don Strickland to Criag Hamway, Aug. 2, 1998.
Board Update from Don Strickland, Aug. 7, 1998.
Email from Lisa Wood, Aug. 10, 1998.
Email from Scott Lewis to Terry Anderson, Aug. 13, 1998.
Letter from Terry Anderson to Randy Kau, Aug. 14, 1998.
Email from Kirby Lunger to Don Strickland et al., Aug. 14, 1998.
Email from Kirby Lunger to Lisa Wood, Aug. 26, 1998.
Email from Terry Anderson to Don Strickland, Aug. 25, 1998.
Email from Kirby Lunger to Lisa Wood, Aug. 31, 1998.
Email from Robin Fried to Scott Lewis et al., Sep. 1, 1998.
Email from Scott Lewis to Lisa Wood et al., Sep. 1, 1998.
Email from Don Strickland to Terry Anderson et al., Sep. 8, 1998.
Email from Scott Lewis to Jeff Paradise, Sep. 11, 1998.
Letter from Terry Anderson to Howard Latham, Sep. 15, 1998.
Email from Scott Lewis to Jim McCarthy, Sep. 17, 1998.
Email from Terry Anderson to Don Strickland et al., Sep. 18, 1998.
Email from Scott Lewis to Lisa Wood et al., Sep. 22, 1998.
Letter from Anthony Delli Colli to Wayne Mangold, Sep. 18, 1998.
Email from Scott Lewis to Lisa Wood et al., Sep. 23, 1998.
Email from Robin Fried to Stu Roberson, Sep. 21, 1998.
Letter from Terry Anderson to Sei-Wai Lee, Sep. 24, 1998.
Email from Scott Lewis to Lisa Wood, Sep. 25, 1998.
Email from Terry Anderson to Lisa Wood et al., Sep. 29, 1998.
Letter from Scott Lewis to Karim El-Fishaway, Oct. 2, 1998.
Email from Anthony Delli Colli to Stu Roberson et al., Oct. 2, 1998.
PictureWorks presentation to eBay, Oct. 16, 1998.
Letter from Scott Lewis to Gary Dillabough, Oct. 20, 1998.
Email from Don Strickland to PWT Employees, Oct. 31, 1998.
Press Release, Moore Data Management Services and PictureWorks Technology Inc., Announce Partnership to Revolutionize Use of Real Estate Photos on the Internet, Nov. 6, 1998.
Press Release, PictureWorks Technology Inc., Streamlines Posting of Photos to the Internet, Nov. 6, 1998.
Email from Laurie Fleming to Andrew Hunter et al., Nov. 13, 1998.
Letter from Scott Lewis to Wayne Graves, Nov. 16, 1998.
Email from Scott Lewis to Terry Anderson et al., Nov. 20, 1998.
Screenshots from Prepare and Post Video, Nov. 20, 1998.
Laura Roe, "New Software Gives Real Estate a View of the Future," National Real Estate Investor, Dec. 1, 1998.
PictureWorks Information, Dec. 9, 1998.
PictureWorks Prepare & Post, Fourth Quarter, 1998.
Prepare & Post Product Overview, Fourth Quarter, 1998.

Letter from Terry Anderson to Neil Shafran, Jan. 12, 1999.
Letter from Stu Roberson to James Rowley, Jan. 29, 1999.
Product Picks, Realtor Magazine, Feb. 1, 1999.
PictureWorks Kodak Presentation, Feb. 24, 1999.
Letter from Don Strickland to Phil Ashe, Mar. 2, 1999.
PictureWorks ADP Presentation, Mar. 11, 1999.
PictureWorks Press Release, "Picture Works Releases New Free Digital Imaging Software; MediaCenter Offers Essential Tools for Web Imaging," Mar. 31, 1999.
PictureWorks Press Release, "PictureBay.com to Give-Away 30 Digital Cameras in 30 Days," Apr. 12, 1999.
PictureWorks Press Release, "PictureWorks Technology's PictureBay Solves #1 Frustration of eBay Members, Adding Pictures to Auctions," Apr. 12, 1999.
PictureWorks Press Release, "PictureWorks Technology's Rimfire Empowers any Website to Easily Accept, Process, and Display Visitor Photos and Media," Apr. 12, 1999.
Rimfire real-time integrated media brochure, Apr. 12, 1999.
Letter from Terry Anderson to Jonathan Graff, Apr. 26, 1999.
Sales Update, Apr. 30, 1999.
"Picture Works Plans to Become Powerhouse in Internet Imaging—Exlusive Interview with CEO," The Future Image Report, vol, 7, Issue 1, May 1, 1999.
Email from Laurie Fleming to Terry Anderson et al., May 7, 1999.
Roland Woerner et al., "eBay for Dummies," Chapter 12, May 10, 1999.
Letter from Scott Lewis to Rolan Woerner, May 10, 1999.
Letter from Stu Roberson to Jim Ferras, May 25, 1999.
Rimfire real-time integrated media, May 27, 1999.
Letter from Scott Lewis to Candace Gates, May 28, 1999.
Letter of Intent between PictureWorks Technology, Inc. and Auction Universe, May 31, 1999.
Letter from Scott Lewis to Matthew Lengfelder, Jun. 1, 1999.
"Casio and PictureWorks Announce Co-Branding and Distribution Agreement; MediaCenter Offers Essential Tools for Web Imaging," Jun. 3, 1999.
Sales Update, Jun. 4, 1999.
Email from Laurie Fleming to Terry Anderson et al., Jun. 7, 1999.
PictureWorks pricing for prototype, Jun. 9, 1999.
PictureWorks proposal, Jun. 9, 1999.
PictureWorks scope of work, Jun. 9, 1999.
Letter from Terry Anderson to Amazon, Jun. 9, 1999.
"PictureWorks Announces Co-Branding and Distribution Agreements with On-Line Photo Services Companies," Jun. 14, 1999.
PictureWorks Polaroid presentation, Jun. 15, 1999.
Email from Lisa Wood to Don Strickland et al., Jun. 30, 1999.
East Bay Business Times, "PictureWorks Founder Keeps True to Original Vision," Jul. 2, 1999.
PictureWorks Technology Proposal, Jul. 9, 1999.
Press Release, "Picture Works Releases New, Free Imaging Weblication; MediaCenter 1.1 Offers Essential Photo Tools for Internet Imaging and Web Publishing, Ideal for Digital Camera Users," Jul. 19, 1999.
Press Release, "Picturebay is the Fastest and Easiest Way to Add Pictures to Auctions," Aug. 3, 1999.
Picturebay Screenshot, Oct. 13, 1999.

* cited by examiner



*FIG. 1*



*FIG. 2*

A0041

PWIImageControl Interface:

| Interface Name | Type | Definition | Signature |
|---|---|---|---|
| ScaleImage | function | Scales an image in place or to a temporary file | ScaleImage(<br>  destinationType as String,<br>  changeDimensions as Integer,<br>  destWidth As Integer,<br>  destHeight As Integer,<br>  destQuality As Integer, '0-100<br>  generateOutputFilename As Boolean ' create tempfile<br>  ) As String |
| DelTempFile | sub | Deletes temporary file created with ScaleImage | DelTempfile() |
| fileName | String property | Name of file shown in image well | fileName as String |
| imageName | String property | String value from image caption box | imageName as String |
| ClearImage | sub | Clears the image from the display and redisplays the logo and instructional text | ClearImage() |
| backgroundColor | String property | Hexideciaml RGB string value in format "FFFFFF" or "#FFFFFF" | backgroundColor as String |
| textColor | String property | Hexideciaml RGB string value in format "FFFFFF" or "#FFFFFF" | textColor as String |

*FIG. 3*

A0042

PWMediaSendControl Interface:

| Interface Name | Type | Definition | Signature |
|---|---|---|---|
| SubmitMediaRequest | function | Transfers image and returns a status code. The action is successful if the return code is 0. If non-zero return code examine ServerRetString for a reason. | SubmitMediaRequest( UserID As String, 'partner UID Password As String, 'partner password ServiceType As String, "HOST" or "MIRROR" IndustryCode As Integer, 'e.g., 65=real estate MediaType As Integer, '1=image 2=video 3=sound OpCode As Integer, '1=Add, 2=Update, 3=Delete IPAddr As String, 'Destination IP address filename As String, 'File to send MediaGroupID As String, 'Used to build unique key MediaExtendedID As String, '"" MediaSequenceNum As Integer, ' "" Desc1 As String, '255 chars Desc2 As String, '255 chars Desc3 As String preScaled as Integer) as Integer '255 chars |
| ServerRetString | String property | Return value from SubmitMediaRequest. If call made on HOST service, this string contains the IMG SRC url | ServerRetString as String |

FIG. 4A

A0043

```
Usage Example (VB Script)
tempFileName=DragImage1.ScaleImage(320, 240, 89, 1)  'scale the image object 'DragImage1'
result=UplHandler.SubmitMediaRequest(                'transmit to mad central
     UserID,
     Password,
     ServiceType,
     0,
     1,
     1,
     ipAddress,
     tempFileName,
     misNum.Value,
     zipcode,
     imageCount,
     title,
     desc2,
     desc3,
     1)
DragImage3.DelTempFile                               'delete the temp file
```

## FIG. 4B

## FIG. 4

| FIG. 4A |
|---------|
| FIG. 4B |

US 7,765,482 B2

**1**

### WEB-BASED MEDIA SUBMISSION TOOL

This application is a continuation of U.S. application Ser. No. 09/357,836, filed Jul. 21, 1999 now U.S. Pat. No. 6,895,557. Priority to or reliance on all other applications is expressly disclaimed.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to the handling, manipulation and processing of digital content and more particularly to the transportation and Internet publishing of digital content, particularly image media objects and rich media.

2. State of the Art

Much of the phenomenal success of the web is attributable to its graphical nature. Literally, a picture is worth a thousand words. The capture of digital images has become routine, using digital cameras and scanners. Nevertheless, although the handling of images by web-site creators has achieved a high degree of automation, for the average technology user (the "imaging civilian"), manipulating and sharing digital images over the Internet remains a cumbersome and daunting process. Piecemeal solutions that have been devised for handling digital images require a level of sophistication that is beyond that of the ordinary user. For example, transferring a digital image may require first downloading a FTP program, then installing it, then running it and connecting to an FTP server by typing the server name in the connection dialog, then navigating to the proper subdirectory, selecting the files to be uploaded, making sure that the program is in binary transfer mode, then sending the files. For the imaging civilian, such an involved process can be daunting to say the least.

Additionally, as technologies advance and casual users begin to experiment with other media objects, such as streaming video, 3D objects, slide shows, graphics, movies, and even sound files that accompany imaging data, the processes required to share these rich media types on the Internet becomes exponentially more complicated and prohibitive. As the realization of the Internet as an interactive, content rich medium becomes more and more a reality, the need for enabling the use and distribution of rich content and media on the Internet will become the gating factor to its long term success.

A broad-based solution to the foregoing problem requires a web-based media submission tool that allows for submission of media objects in a convenient, intuitive manner. A company named Caught in the Web, has attempted to create a broad-based media submission tool known as "ActiveUpload". ActiveUpload allows an arbitrary file to be dragged and dropped onto a web page control for upload to the web server. An ActiveUpload control allows users to, without leaving a web page, transfer files to a server (Internet or intranet) by selecting the files on the user's desktop that the user wants to transfer, then dragging them onto the web page. For example, a user, having visited a web page, can contribute pictures, documents, zip files, etc., without having to leave the web page and use an FTP program. Standard web authoring tools can be used to integrate ActiveUpload into web pages and change the behavior of the control.

Although Caught in the Web's ActiveUpload tool simplifies the user experience, it does little toward furthering "back-end" automation in the handling and distribution of media objects and has no built in "intelligence" to streamline the process of handling and transporting rich media objects from the front end.

**2**

### SUMMARY OF THE INVENTION

The present invention, generally speaking, provides an improved web-based media submission tool. As with some existing tools, operation of the tool is drag and drop or the user can "click" to browse a directory to select media objects. Unlike existing tools, the tool provides several unique and valuable functions. For example, the tool provides the user an opportunity to confirm the submission with a visual representation, for example by generating a thumbnail image of the rich media file that has been selected. Additionally, batch submission is provided to allow a user to drag and drop or select a plurality of images or other media objects. Submission from a web page to a web page is also provided for. Even more importantly, the submission tool is configurable to perform a variable amount of intelligent preprocessing on media objects prior to upload. In the case of digital images, the tool can perform sizing and formatting, for example. Information capture is performed with information being uploaded together with the media objects. In an exemplary embodiment, information capture is both user-transparent (e.g., user ID and/or password) and user-visible (e.g., the user can provide captions for media objects). The submission of information about the user and the media objects facilitates automatic integration of the media objects within existing databases.

### BRIEF DESCRIPTION OF THE DRAWING

The present invention may be further understood from the following description in conjunction with the appended drawing. In the drawing:

FIG. **1** is a diagram of an exemplary web page providing media object acquisition functions;

FIG. **2** is a diagram of another exemplary web page providing image acquisition functions;

FIG. **3** is a table pertaining to a first portion of the Prepare and Post component design; and

FIG. **4** is a table pertaining to a second portion of the Prepare and Post component design.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The following describes the Prepare and Post™ tools, which prepares and submits media objects from inside a standard browser, referred to as the first location, to a second location or server. The media objects may be pictures (images), movies, videos, graphics, sound clips, etc. Although in the following description the submission of images is described in greatest detail, the same principles apply equally to media objects of all descriptions.

The Prepare and Post tools refers to browser-side components which together provide the ability to submit and transport media objects over the web to be stored and served. Using the Prepare and Post tools, end users can submit images in an immediate, intuitive manner. No technical sophistication is required. In particular, understanding technical terms such as JPEG, resolution, pixel, kilobyte, transfer protocol, IP address, FTP etc., is not required, since the Prepare and Post tools handles all of these tasks for the user. The benefits of the Prepare and Post tool are:

   a) to the image submitter, the ability to submit media objects to web pages immediately without needing to overcome technical obstacles;

   b) to the image submitter, the ability to submit media objects to web pages "as is" without making modifications to the media objects prior to sending.

US 7,765,482 B2

**3**

c) to PictureWorks web site partner, access to a uniform, standardized, reliable and secure channel for media acquisition;

d) to PictureWorks web site partner, access to contributed media "made to order", it meets their imaging specifications every time without human intervention;

e) to PictureWorks web site partner, the ability to provide web site visitors with an easy, error free way to contribute media;

f) to PictureWorks web site partner, access to contributed media in "real time" with no time delays.

The two primary components used in the Prepare and Post tools which carry out these functions are 1) the media object identifier and 2) the media sender.

In general, the media object identifier functions to provide a graphical interface for placing and associating a media object from a user's desktop onto a web page. The media sender carriers out the function of transmitting media objects to a second location.

There are two ways media objects on the first location become associated with a media object identifier. The first is through a "drag and drop" behavior where the user clicks on a media object to select the one they want to submit. The media object is then dragged to the media object identifier. Releasing the mouse button associates the media object with the media object identifier. This behavior is allowed in web browsers that support drag and drop functionality. The Prepare and Post tools enable these browsers to accept media objects via drag and drop by providing the media object identifier as an ActiveX component.

The second way to associate a media object on the first location with the media object identifier is to click on the media object identifier to browse for media objects, then select the media object of choice. This method is made available for web browsers where the media object identifier needs to be a pure Java component. (Such "signed applet browsers" like Netscape Navigator) In this instance, the user may be asked to choose a media object in a similar manner as when choosing a file to be opened, either by graphical navigation or by specifying a path name. For example, a prompt associated with the media object identifier may be displayed prompting the user to click within the media object identifier. Clicking within the media object identifier brings up a browse dialog. Using the browse dialog, the user selects the desired media object, which is then placed in the media object identifier. The Prepare and Post tools will generate a visual representation or thumbnail of the media object, a feature currently not available in signed applet browsers.

Real estate is an example of a prime application of the Prepare and Post tools. "Curb appeal" is of great importance in the realty industry and can only be judged by "drive-bys," which are time-consuming and laborious, or by the availability of images. The Prepare and Post tools make real estate images readily available with a minimal amount of effort.

Referring to FIG. 1, an example is shown of a realty web page featuring the described Prepare and Post tools functionality. The user associates images with a media object identifier via the methods described above and selects appropriate captions for the images, e.g., living room, family room, etc. The captions may be typed in or selected from menus. The user also supplies identifying information, in this instance the MLS listing number. When the user clicks the Send button, the images are uploaded and processed immediately according to the configuration of the Prepare and Post tools.

The Prepare and Post tools also support a batch capture, allowing a plurality of images to be submitted simultaneously as in the case of a professional photographer, for example.

**4**

The opportunity for user confirmation is again provided, e.g., by displaying a visual representation of the images in the batch.

If a mistake is made such that the wrong image is placed in an media object identifier, the correct image may be placed in the media object identifier. The correct image will replace the mistaken image. Alternatively, the user may remove an image from a media object identifier by right-clicking on the media object identifier and selecting Remove within a resulting pop-up menu.

Note that any number of media object identifiers may be provided on a web page and that the media object identifiers may be separate or grouped. This is evident in FIG. 2. The number of media object identifiers provided on a page can be pre-configured and fixed, allowing no user intervention, or the media object identifiers can be generated dynamically, allowing the user to determine how many media object identifiers they need for media submission. FIG. 2 shows a web page with various sizes of media object identifiers. If a media object identifier is separate, its image will be transmitted separately to the second location. If an media object identifier is part of a group, its image will be transmitted to the second location as part of a group of images that are stored together and cataloged together. Media object identifiers that are associated together as a group are noted as such in the web page interface and transparently in the media object identifier object code. Moreover, a web page may have multiple groups of media object identifiers, or "groups of groups."

The usefulness of images is greatly enhanced by capturing and identifying information about the images and submitting the identifying information with the images. Information may be image-specific, user-specific or both. The submission of information about the user and the media objects facilitates automatic integration of the media objects within existing databases. Information capture may be overt or covert or both. This unique automatic database integration enables the images to be served with the proper web page data. Overt information capture relies upon the user to make menu selections of appropriate captions as illustrated in FIG. 1, or to make text entries within text fields, or both. The Prepare and Post tools are easily customized to accept menu selections and text fields for different applications. Covert information capture occurs by having the web browser automatically pass to the Prepare and Post tools known information such as a user ID or password used to access the web page.

A key differentiator of the Prepare and Post tools is the browser, or client-side intelligence built into the tools. This intelligence directly provides features including those already outlined such as associating data with media objects, generating a visual representation of the media objects and generating media object identifiers dynamically or in a preset manner. Other features are also provided via this intelligence, specifically, the ability to control the width and height of the media object identifier and the ability to preprocess the media objects in any number of ways prior to transporting to a second location. In the case of an image media object for example, the Prepare and Post tools may resize the image, (i.e., increase or decrease its size as defined by either physical dimensions, pixel count, or kilobytes). Compression, for example, is a type of sizing. The Prepare and Post tools may also change the image's file format (a way of a media object being identified as to a "type" or "kind" of media), change the quality setting of the image, crop the image or change the aspect ratio, add text or annotations, encode or combine (including stitching) the media object, or enhance the media object by changing image values, for example, relating to contrast or saturation. This intelligence may be executed in a

US 7,765,482 B2

5

manner that is transparent to the end user. This transparency allows the end user to submit media to the Prepare and Post tools "as is," since the tools will automatically prepare it to meet the requirements of the second location. Note that, although image submission may involve client-side processing, image processing is not required.

The Prepare and Post tools are available for customers to integrate into their own web pages. The Prepare and Post tools are easily integrated into web sites (customers) to allows those sites to accept media objects from web site visitors (users). Appendix A is a generic HTML HostTemplate illustrating how Prepare and Post components are integrated into a web page. The HTML template file (which is a complete working example) contains instructions and a few small code snippets that the customer pastes into the web page. Integrating the Prepare and Post components requires an Initialization Section, a Configuration Section, an ImageWell (media object identifier) Section, a Submission Section and an ImageUpLoad Control Section. To include the Prepare and Post tools media object identifiers on a web page, the customer cuts and pastes code snippets for these sections from the template into the web page.

The Initialization Section consists of a few lines of JavaScript code that will download all of the needed Prepare and Post submission components.

The Configuration Section overrides various configurable default settings that the customer can control. In the Configuration Section, the media object identifier component is sized and configured to perform any preprocessing of the image that may be desired prior to upload. Configurable parameters include both fixed values for all submissions (per submission values) and fixed values for all images within a submission (per image values), as will be explained presently.

Fixed values for all submissions include DefaultImage Width and DefaultImageHeight, as well as include Default-ControlWidth and DefaultControlHeight. The former specify the default width and height of the images after they have been compressed for transmission. The latter specify the default width and height of all media object identifiers. To create media object identifiers having different sizes, the customer specifies the desired size when creating the media object identifier. Another fixed value for all submissions is Quality. This determines the quality level of the images after they have been compressed for transmission (0 is the lowest quality/highest compression and 100 is the highest quality/ lowest compression).

Fixed values for all media objects within a submission include Key1 and Key2. Key1 is the primary value that determines the filename of the resulting image file and, consequently, its URL. It is important that each submission have a unique name to prevent one image from overwriting another. Key2 is an optional secondary key that is appended to Key1 before the image's filename and URL are created. While default values for Key1 and Key2 can be specified in the configuration section, more likely this value will be supplied from a field in the web form. If the web page form contains a control named "Key1," then its value will be used

6

for this key. For example, the field Key1 might be labeled as "MLS Number" on the web page. Similarly, the field Key2 might be labeled "Zip Code" on the web page. A sequence number is appended to the Key1/Key2 combination. When there are multiple media object identifiers on a page, this will ensure that each image has a unique key.

All media object identifiers on a web page must be contained within an HTML form. A single line of JavaScript code is inserted into the web page (within the HTML form) in each place where a media object identifier is desired. The Media object identifier Section can specify the width and height for each media object identifier. If the width and height are omitted, then the default width and height from the Configuration Section are used.

The Submission Code Section contains HTML code that creates the button that submits both the images to the second locations and the form to the customer's server. Within the Submission Code Section, an HTML "href" parameter is required for the Send Button that causes the images to be sent. After the images have been sent, the web page form will be submitted in the standard manner. The form must define two hidden fields named "url" and imagecount." The imagecount field will contain the number of images actually transmitted. In an exemplary embodiment, the URL for images 2 through "n" are generated by replacing the initial sequence number at the end of the returned URL with the desired image number.

The ImageUpload Control Section holds a small piece of JavaScript code that is placed at the very end of the body section of the web page. This code creates the non-visible Image Upload control, or media sender, that performs the transfer of images from the user's machine to the second location.

The Prepare and Post components support multiple browsers and dynamically adjust their behavior according to the type of browser that is currently running. For example, under supported versions of Microsoft's browsers, media object identifiers are implemented as ActiveX controls, while under supported Netscape browsers, media object identifiers are implemented as Java Applets. This multiple browser support is completely automatic.

FIGS. 3 and 4 present further details of the media object identifier and media sender components, respectively.

From the foregoing description, it will be appreciated that the present media submission tool, besides offering convenience to the end user, offers convenience and flexibility to technology partners. In particular, web page integration is designed to facilitate automatic server-side integration of media content.

It will be apparent to those of ordinary skill in the art that the present invention can be embodied in other specific forms without departing from the spirit or essential character thereof. The presently disclosed embodiments are therefore considered in all respects to be illustrative and not restrictive. The scope of the invention is indicated by the appended claims rather than the foregoing description, and all changes which come within the meaning and range of equivalents thereof are intended to be embraced therein.

APPENDIX A

HostTemplate generic.htm

```
<HTML>
<HEAD>
<!--*********************************************** Begin Initialization Section -->
<!--***** This section of code must appear at           -->
<!--***** the beginng of the <HEAD> section of           -->
```

US 7,765,482 B2

7          8

APPENDIX A-continued

HostTemplate generic.htm

```
<!--***** your web page. Copy this code and        -->
<!--***** paste it directly into your web page.     -->
<SCRIPT type="text/javascript" src="http://157.22.134.49/company/pwtcomponents.js"></SCR
IPT>
<SCRIPT type="text/javascript" src="http://157.22.134.49/company/company.js"></SCRIPT>
<!--********************************************** End Initialization Section -->
</HEAD>
<BODY>
<!--********************************************** Begin Configuration Section -->
<!--***** This section of code must appear          -->
<!--***** anywhere after the initialization          -->
<!--***** section (above), and before the           -->
<!--***** the <FORM> that contains the image         -->
<!--***** wells.                                      -->
<!--*****                                             -->
<!--***** This section defines data values            -->
<!--***** needed by the image wells. You can          -->
<!--***** modify these values to suit                 -->
<!--***** your needs.                                 -->
<SCRIPT Language="Javascript">
PWT.Key1 = "name-your-image-here";   // If the <FORM> contains fields named 'Key1'
PWT.Key2 = " ";                       //   & 'Key2' their values will be used.
PWT.Quality = 93;
PWT.DefaultImageWidth = 640;
PWT.DefaultImageHeight = 480;
PWT.DefaultControlWidth = 326;        // Includes a 3 pixel border
PWT.DefaultControlHeight = 246;       // Include a 3 pixel border
</SCRIPT>
<!--********************************************** End Configuration Section -->
<FORM>
This sample displays a working image well.
<BR>
<!--********************************************** Begin ImageWell Section -->
<!--***** This code creates an image well on         -->
<!--***** the web page. While this template           -->
<!--***** only contains a single image well,          -->
<!--***** you can use as many as you like.             -->
<!--***** Copy this code into your web page            -->
<!--***** anywhere within your <FORM> where            -->
<!--***** you want an image well to appear.            -->
<SCRIPT Language="Javascript">
PWT.addimagecontrol( );               // or "PWT.addimagecontrol(640,480);" to override
                                      // the default width and height.

</SCRIPT>
<!--********************************************** End ImageWell Section -->
<BR>
This text is after the image well.
<P>
<!--********************************************** Begin Submission Code Section -->
<!--***** You can use any type of button you          -->
<!--***** wish, but rather than it being a             -->
<!--***** standard SUBMIT button, it must              -->
<!--***** instead contain the parameter:               -->
<!--*****                                              -->
<!--*****        onclick="PWT.Submit( )"               -->
<!--*****                                              -->
<!--***** (as shown in the example below).             -->
<!--***** After the images have been sent,             -->
<!--***** your web page FORM will be submitted          -->
<!--***** in the standard manner.                       -->
<!--*****                                              -->
<!--***** Your FORM must define two hidden             -->
<!--***** fields named "url" & "imagecount"            -->
<!--***** (see examples below). The "url"              -->
<!--***** field will be populated with the             -->
<!--***** resulting URL of the first (or only)         -->
<!--***** image submitted, and the "imagecount"        -->
<!--***** field will contain the number of             -->
<!--***** images actually transmitted. The URL         -->
<!--***** for images 2 thru n can be generated         -->
<!--***** by replacing the initial sequence
<!--***** number (which will always be "1")            -->
<!--***** at the end of the returned URL with          -->
-->
<!--***** the desired image number.                    -->
<INPUT type="hidden" name="url">
<INPUT type="hidden" name="imagecount">
```

US 7,765,482 B2

9            10

APPENDIX A-continued

HostTemplate generic.htm

```
<INPUT type="button" value="Submit Images" onclick="PWT.Submit( )">
</FORM>
<!--*********************************************** End Submission Code Section -->
<!--*********************************************** Begin ImageUpload Control Section -->
<!--***** This section of code must appear at      -->
<!--***** the end of the <BODY> section of         -->
<!--***** your web page. Copy this code and        -->
<!--***** paste it directly into your web page.    -->
<SCRIPT Language="Javascript">
PWT.adduploadcontrol( );
</SCRIPT>
<!--*********************************************** End ImageUpload Control Section -->
</BODY>
</HTML>
```

What is claimed is:

1. A computer implemented method of pre-processing digital content in a client device for subsequent electronic publishing, comprising:

   a. receiving pre-processing parameters from a remote device, said pre-processing parameters including a specification of an amount of digital content, said digital content including one or more of image content, video content, and audio content;

   b. receiving an identification of a group of one or more items of digital content for transmission, a collective digital content of said group of one or more items of digital content being limited by said received pre-processing parameters;

   c. pre-processing said identified group of one or more items of digital content using said received pre-processing parameters, said received pre-processing parameters controlling said client device in a placement of said identified group of one or more items of digital content into a specified form in preparation for publication to one or more devices that are remote from a server device and said client device; and

   d. transmitting said pre-processed group of one or more items of digital content to said server device for subsequent publishing to said one or more devices that are remote from said server device and said client device.

2. The method of claim 1, wherein said receiving pre-processing parameters comprises receiving a specification of a number of items of digital content.

3. The method of claim 1, wherein said receiving pre-processing parameters comprises receiving a specification of a maximum number of items of digital content.

4. The method of claim 1, wherein said receiving an identification comprises receiving an identification of a plurality of items of digital content.

5. The method of claim 1, wherein said receiving an identification comprises receiving a click command at said client device.

6. The method of claim 1, wherein said pre-processing comprises reducing a file size or compressing said digital content.

7. The method of claim 1, wherein said pre-processing comprises changing a quality of said digital content.

8. The method of claim 1, further comprising transmitting identifying information for said pre-processed group of one or more items of digital content.

9. The method of claim 1, wherein said previously received pre-processing parameters enable said client device to place said identified group of one or more items of digital content into a specified form in preparation for publication to one or more devices on which said identified group of one or more items of digital content is to be electronically displayed.

10. The method of claim 1, wherein said pre-processing comprises resizing said digital content.

11. A computer implemented method of pre-processing media objects in a local device for subsequent transmission to a remote device, comprising:

   a. receiving pre-processing parameters from a remote device, said pre-processing parameters including a specification of an amount of media data;

   b. receiving an identification of a group of one or more media objects for transmission, a collective media data of said group of one or more media objects being limited by said received pre-processing parameters;

   c. pre-processing said identified group of one or more media objects using said received pre-processing parameters, wherein said pre-processing comprises changing a file format of said media object; and

   d. transmitting said pre-processed group of one or more media objects to the remote device.

12. A computer implemented method of pre-processing media objects in a local device for subsequent transmission to a remote device, comprising:

   a. receiving pre-processing parameters from a remote device, said pre-processing parameters including a specification of an amount of media data;

   b. receiving an identification of a group of one or more media objects for transmission, a collective media data of said group of one or more media objects being limited by said received pre-processing parameters;

   c. pre-processing said identified group of one or more media objects using said received pre-processing parameters, wherein said pre-processing comprises encoding or otherwise converting said media object; and

   d. transmitting said pre-processed group of one or more media objects to the remote device.

13. A computer implemented method of pre-processing digital content in a client device for subsequent electronic publishing, comprising:

   a. receiving an identification of digital content, said digital content including one or more of image content, video content, and audio content;

   b. pre-processing said identified digital content at said client device in accordance with one or more pre-processing parameters that are received from a device separate from said client device to produce pre-processed digital content, said one or more pre-processing parameters controlling said client device in a placement of said

A0049

US 7,765,482 B2

11 12

digital content into a specified form in preparation for publication to one or more devices that are remote from a server device and said client device;

c. retrieving information that enables identification of a user, said retrieved information being available to said client device prior to said received identification; and

d. transmitting a message from said client device to said server device for subsequent publishing device to said one or more devices that are remote from said server device and said client device, said transmitted message including said pre-processed digital content and said retrieved information.

**14**. The method of claim **13**, wherein said pre-processing comprises reducing a file size or compressing said digital content.

**15**. The method of claim **13**, wherein said pre-processing comprises changing a quality of said digital content.

**16**. The method of claim **13**, wherein said pre-processing comprises pre-processing in accordance with one or more pre-processing parameters that have been previously downloaded to said client device.

**17**. The method of claim **13**, wherein said pre-processing comprises pre-processing in accordance with one or more pre-processing parameters that have been downloaded to said client device prior to said identification.

**18**. The method of claim **13**, wherein said pre-processing comprises pre-processing in accordance with one or more pre-processing parameters that have been stored in memory of said client device prior to said identification.

**19**. The method of claim **13**, wherein said retrieving comprises retrieving a user identifier.

**20**. The method of claim **13**, wherein said retrieving comprises retrieving a password.

**21**. The method of claim **13**, wherein said retrieving comprises retrieving in a manner that is transparent to said user.

**22**. The method of claim **13**, wherein said one or more pre-processing parameters enable said client device to place said digital content into a specified form in preparation for publication to one or more devices on which said digital content is to be electronically displayed.

**23**. The method of claim **13**, wherein said pre-processing comprises resizing said digital content.

**24**. A computer implemented method of pre-processing media objects in a local device for subsequent transmission to a remote device, comprising:

a. receiving an identification of a media object for transmission to said remote device;

b. pre-processing said identified media object at said local device in accordance with one or more pre-processing parameters that are received from a device separate from said client device to produce a pre-processed media object, wherein said pre-processing comprises changing a file format of said media object;

c. retrieving information that enables identification of a user, said retrieved information being available to said local device prior to said received identification; and

d. transmitting a message from said local device to said remote device, said transmitted message including said pre-processed media object and said retrieved information.

**25**. A computer implemented method of pre-processing media objects in a local device for subsequent transmission to a remote device, comprising:

a. receiving an identification of a media object for transmission to said remote device;

b. pre-processing said identified media object at said local device in accordance with one or more pre-processing parameters that are received from a device separate from said client device to produce a pre-processed media object, wherein said pre-processing comprises encoding or otherwise converting said media object;

c. retrieving information that enables identification of a user, said retrieved information being available to said local device prior to said received identification; and

d. transmitting a message from said local device to said remote device, said transmitted message including said pre-processed media object and said retrieved information.

**26**. A computer implemented method of distributing digital content that is pre-processed by a client device, comprising:

a. transmitting, to a client device, pre-processing parameters for digital content at said client device, said digital content including one or more of image content, video content, and audio content, said pre-processing parameters enabling said client device to place said digital content into a specified form in preparation for distribution to one or more devices that are remote from a server device and said client device;

b. receiving, from said client device, a plurality of pre-processed digital content items that have been pre-processed using said pre-processing parameters;

c. combining at least two of said plurality of pre-processed digital content items into a presentation; and

d. distributing said presentation to one or more devices that are remote from said server device and said client device.

**27**. The method of claim **26**, wherein said pre-processing parameters include a file format for said digital content items.

**28**. The method of claim **26**, wherein said pre-processing parameters include a compression ratio for said digital content items.

**29**. The method of claim **26**, wherein said pre-processing parameters include a media size or aspect ratio for said digital content items.

**30**. The method of claim **26**, wherein said pre-processing parameters include a quality setting for said digital content items.

**31**. The method of claim **26**, further comprising transmitting media object identifier code that enables identification of digital content items.

**32**. The method of claim **26**, further comprising receiving information associated with said plurality of pre-processed digital content items.

**33**. The method of claim **26**, wherein said presentation is animated.

**34**. The method of claim **26**, wherein said pre-processing parameters enable said client device to place said digital content into a specified form in preparation for distribution to one or more devices on which said digital content is to be electronically displayed.

**35**. A computer implemented method for pre-processing digital content at a client device for subsequent electronic publishing, comprising:

a. receiving a command that moves a graphical user interface element in a graphical user interface displayed at said client device, said received command enabling selection of digital content, said digital content including one or more of image content, video content, and audio content;

b. pre-processing said selected digital content in accordance with one or more pre-processing parameters that are received from a remote device to produce pre-processed digital content, said one or more pre-processing parameters enabling said client device to place said digi-

**13**

tal content into a specified form in preparation for publication to one or more devices that are remote from a server device and said client device;

  c. displaying a preview image of said selected digital content, said preview image having a reduced size relative to said selected digital content; and

  d. transmitting a message that includes said pre-processed digital content to said server device for subsequent publishing to said one or more devices that are remote from said server device and said client device.

**36**. A computer implemented method of publishing digital content that has been pre-processed by a client device, comprising:

  a. receiving, from said client device, a pre-processed group of one or more items of digital content that includes one or more of image content, video content, and audio content, wherein a collective digital content of said group of one or more items of digital content is limited by a specification of an amount of digital content, said group of one or more items of digital content being pre-processed in accordance with pre-processing parameters that were provided to said client device by a device separate from said client device, said pre-processing parameters controlling said client device in a placement of said identified group of one or more items of digital content into a specified form in preparation for distribution to one or more devices that are remote from a server device and said client device; and

  b. distributing, by said server device via an electronic network, information based on said pre-processed group of one or more items of digital content to one or more devices that are remote from said server device and said client device.

**37**. A computer implemented method of distributing digital content that has been pre-processed by a client device, comprising:

  a. receiving, from said client device, pre-processed digital content that includes one or more of image content, video content, and audio content, and information retrieved by said client device that enables identification of a user, said retrieved information being available to said client device prior to an identification of said digital content at said client device, wherein said digital content is pre-processed by said client device in accordance with pre-processing parameters that were provided to said client device by a device separate from said client device, said pre-processing parameters controlling said client device in a placement of said digital content into a specified form in preparation for distribution to one or more devices that are remote from a server device and said client device; and

  b. distributing, by said server device via an electronic network, information based on said pre-processed digital content to one or more devices that are remote from said server device and said client device.

**38**. A computer implemented method for pre-processing digital content in a client device for subsequent electronic distribution, comprising:

  a. initiating, by said client device, a transfer of digital content from said client device to a server device, said digital content including one or more of image content, video content, and audio content;

**14**

  b. pre-processing said digital content at said client device in accordance with one or more pre-processing parameters, said one or more pre-processing parameters being provided to said client device from a device separate from said client device, said one or more pre-processing parameters controlling said client device in a placement of said digital content into a specified form in preparation for publication to one or more devices that are remote from a server device and said client device; and

  c. transmitting a message from said client device to said server device for subsequent distribution to said one or more devices that are remote from said server device and said client device, said transmitted message including said pre-processed digital content.

**39**. The method of claim **38**, wherein said pre-processing comprises pre-processing said digital content in accordance with pre-processing parameters that are provided to said client device by said server device.

**40**. The method of claim **38**, further comprising receiving an identification of said digital content for transmission prior to said pre-processing.

**41**. The method of claim **38**, wherein said pre-processing comprises reducing a file size or compressing said digital content.

**42**. The method of claim **38**, wherein said pre-processing comprises resizing said digital content.

**43**. The method of claim **38**, wherein said pre-processing comprises changing a file format of said digital content.

**44**. The method of claim **38**, wherein said transmitted message includes identifying information for said digital content.

**45**. The method of claim **44**, wherein said identifying information is retrieved from storage in said client device.

**46**. The method of claim **45**, wherein said identifying information includes a file name.

**47**. The method of claim **45**, wherein said identifying information includes location information.

**48**. The method of claim **47**, wherein said identifying information includes zip code information.

**49**. The method of claim **45**, wherein said identifying information includes user information.

**50**. The method of claim **45**, wherein said identifying information includes information describing said digital content.

**51**. A computer implemented method for distributing digital content that has been pre-processed by a client device, comprising:

  a. receiving, from said client device, digital content that has been pre-processed at said client device in accordance with one or more pre-processing parameters that have been provided to said client device from a device separate from said client device, said digital content including one or more of image content, video content, and audio content, said one or more pre-processing parameters controlling said client device in a placement of said digital content into a specified form in preparation for distribution to one or more devices that are remote from a server device and said client device; and

  b. publishing, by said server device via an electronic network, information based on said pre-processed digital content to one or more devices that are remote from said server device and said client device.

\* \* \* \* \*

US 008612515 B2

## (12) United States Patent
### Wood et al.

(10) Patent No.: **US 8,612,515 B2**

(45) Date of Patent: ***Dec. 17, 2013**

(54) **SYSTEM, METHOD AND APPARATUS FOR MEDIA SUBMISSION**

(75) Inventors: **Lisa T. Wood**, Danville, CA (US); **Scott M. Lewis**, Danville, CA (US); **Robin T. Fried**, Berkeley, CA (US)

(73) Assignee: **Summit 6 LLC**, Dallas, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/098,090**

(22) Filed: **Apr. 29, 2011**

(65) **Prior Publication Data**

US 2011/0208811 A1 Aug. 25, 2011

**Related U.S. Application Data**

(63) Continuation of application No. 12/831,503, filed on Jul. 7, 2010, which is a continuation of application No. 10/961,720, filed on Oct. 8, 2004, now Pat. No. 7,765,482, which is a continuation of application No. 09/357,836, filed on Jul. 21, 1999, now Pat. No. 6,895,557.

(51) **Int. Cl.**
  *G06F 15/16* (2006.01)
  *G06F 3/00* (2006.01)

(52) **U.S. Cl.**
  USPC ........... 709/203; 709/201; 709/219; 715/744; 715/748; 715/769; 707/999.102

(58) **Field of Classification Search**
  USPC .................. 709/203, 201, 219; 707/999.101; 715/744, 748, 769
  See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,802,008 A | 1/1989 | Walling |
| 4,862,200 A | 8/1989 | Hicks |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0838774 A2 | 4/1998 |
| EP | 0930774 A2 | 7/1999 |

(Continued)

OTHER PUBLICATIONS

McDonald, Glenn, "Pictra Puts Your Photo Album on the Web for Free," PC World, Jun. 13, 1997.

(Continued)

*Primary Examiner* — Alina N Boutah
(74) *Attorney, Agent, or Firm* — Duane S. Kobayashi

(57) **ABSTRACT**

The present invention, generally speaking, provides an improved web-based media submission tool. As with some existing tools, operation of the tool is drag and drop or the user can "click" to browse a directory to select media objects. Unlike existing tools, the tool provides the user an opportunity to confirm the submission, for example by generating a thumbnail image of an image file that has been dragged and dropped. Batch submission is provided for in which a user drags and drops a plurality of images or other media objects. Submission from a web page to a web page is also provided for. The submission tool is configurable to perform a variable amount of intelligent preprocessing on media objects prior to upload. In the case of digital images, the tool can perform sizing and formatting, for example. Information capture is performed with information being uploaded together with the media objects. In an exemplary embodiment, information capture is both user-transparent (e.g., user ID and/or password) and user-visible (e.g., the user can provide captions for media object(s)). The submission of information about the user and the media objects facilitates automatic integration of media objects within existing databases.

**53 Claims, 5 Drawing Sheets**



US 8,612,515 B2

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,001,628 | A | 3/1991 | Johnson et al. |
| 5,063,587 | A | 11/1991 | Semasa et al. |
| 5,179,637 | A | 1/1993 | Nardozzi |
| 5,327,265 | A | 7/1994 | McDonald |
| 5,404,316 | A | 4/1995 | Klingler et al. |
| 5,477,353 | A | 12/1995 | Yamasaki |
| 5,493,677 | A | * 2/1996 | Balogh et al. ................. 382/305 |
| 5,555,388 | A | 9/1996 | Shaughnessy |
| 5,606,365 | A | 2/1997 | Maurinus et al. |
| 5,608,542 | A | 3/1997 | Krahe et al. |
| 5,666,159 | A | 9/1997 | Parulski et al. |
| 5,666,215 | A | 9/1997 | Fredlund et al. |
| 5,675,507 | A | 10/1997 | Bobo, II |
| 5,678,046 | A | * 10/1997 | Cahill et al. ................. 707/829 |
| 5,694,546 | A | 12/1997 | Reisman |
| 5,696,850 | A | 12/1997 | Parulski et al. |
| 5,706,457 | A | 1/1998 | Dwyer et al. |
| 5,715,397 | A | 2/1998 | Ogawa et al. |
| 5,729,741 | A | 3/1998 | Liaguno et al. |
| 5,748,194 | A | 5/1998 | Chen |
| 5,751,950 | A | 5/1998 | Crisan |
| 5,754,172 | A | 5/1998 | Kubota et al. |
| 5,760,916 | A | 6/1998 | Dellert et al. |
| 5,760,917 | A | 6/1998 | Sheridan |
| 5,761,404 | A | 6/1998 | Murakami et al. |
| 5,761,601 | A | 6/1998 | Nemirofsky et al. |
| 5,764,235 | A | 6/1998 | Hunt et al. |
| 5,765,152 | A | 6/1998 | Erickson |
| 5,778,164 | A | 7/1998 | Watkins et al. |
| 5,778,198 | A | 7/1998 | Kadota |
| 5,778,430 | A | 7/1998 | Ish et al. |
| 5,781,725 | A | 7/1998 | Saito |
| 5,781,773 | A | 7/1998 | Vanderpool et al. |
| 5,781,901 | A | 7/1998 | Kuzma |
| 5,787,459 | A | 7/1998 | Stallmo et al. |
| 5,787,466 | A | 7/1998 | Berliner |
| 5,790,708 | A | 8/1998 | Delean |
| 5,794,217 | A | 8/1998 | Allen |
| 5,799,063 | A | 8/1998 | Krane |
| 5,802,312 | A | 9/1998 | Lazaridis et al. |
| 5,802,314 | A | 9/1998 | Tullis et al. |
| 5,802,518 | A | 9/1998 | Karaev et al. |
| 5,806,005 | A | 9/1998 | Hull et al. |
| 5,809,280 | A | 9/1998 | Chard et al. |
| 5,813,009 | A | 9/1998 | Johnson et al. |
| 5,819,032 | A | 10/1998 | De Vries et al. |
| 5,819,092 | A | 10/1998 | Ferguson et al. |
| 5,835,735 | A | 11/1998 | Mason et al. |
| 5,844,969 | A | 12/1998 | Goldman et al. |
| 5,845,299 | A | 12/1998 | Arora et al. |
| 5,848,415 | A | 12/1998 | Guck |
| 5,852,435 | A | 12/1998 | Vigneaux et al. |
| 5,859,956 | A | 1/1999 | Sugiyama et al. |
| 5,890,170 | A | 3/1999 | Sidana |
| 5,890,213 | A | 3/1999 | Sokolov |
| 5,897,622 | A | 4/1999 | Blinn et al. |
| 5,903,277 | A | 5/1999 | Sutherland et al. |
| 5,903,728 | A | 5/1999 | Semenzato |
| 5,907,640 | A | 5/1999 | Delean |
| 5,913,088 | A | 6/1999 | Moghadam et al. |
| 5,918,213 | A | 6/1999 | Bernard et al. |
| 5,923,846 | A | 7/1999 | Gage et al. |
| 5,926,288 | A | 7/1999 | Dellert et al. |
| 5,933,646 | A | 8/1999 | Hendrickson et al. |
| 5,937,232 | A | * 8/1999 | Taguchi et al. ................. 399/81 |
| 5,953,488 | A | 9/1999 | Seto |
| 5,956,716 | A | 9/1999 | Kenner et al. |
| 5,960,411 | A | 9/1999 | Hartman et al. |
| 5,974,401 | A | * 10/1999 | Enomoto et al. ................. 705/40 |
| 6,006,231 | A | 12/1999 | Popa |
| 6,012,068 | A | 1/2000 | Boezeman et al. |
| 6,017,157 | A | 1/2000 | Garfinkle et al. |
| 6,018,774 | A | 1/2000 | Mayle et al. |
| 6,028,603 | A | 2/2000 | Wang et al. |
| 6,035,323 | A | * 3/2000 | Narayen et al. ................. 709/201 |

| | | | |
|---|---|---|---|
| 6,038,295 | A | 3/2000 | Mattes |
| 6,058,399 | A | * 5/2000 | Morag et al. ................. 709/203 |
| 6,058,417 | A | 5/2000 | Hess et al. |
| 6,058,428 | A | 5/2000 | Wang et al. |
| 6,076,111 | A | 6/2000 | Chiu et al. |
| 6,084,581 | A | 7/2000 | Hunt |
| 6,085,195 | A | 7/2000 | Hoyt et al. |
| 6,085,249 | A | * 7/2000 | Wang et al. ................. 709/229 |
| 6,088,732 | A | 7/2000 | Smith et al. |
| 6,094,684 | A | 7/2000 | Pallmann |
| 6,097,389 | A | 8/2000 | Morris et al. |
| 6,104,468 | A | 8/2000 | Bryniarski et al. |
| 6,119,101 | A | 9/2000 | Peckover |
| 6,125,352 | A | 9/2000 | Franklin et al. |
| 6,128,600 | A | 10/2000 | Imamura et al. |
| 6,128,655 | A | 10/2000 | Fields et al. |
| 6,133,985 | A | * 10/2000 | Garfinkle et al. ................. 355/40 |
| 6,167,382 | A | 12/2000 | Sparks et al. |
| 6,167,442 | A | 12/2000 | Sutherland et al. |
| 6,167,469 | A | 12/2000 | Safai et al. |
| 6,167,568 | A | 12/2000 | Gandel et al. |
| 6,177,934 | B1 | * 1/2001 | Sugiura et al. ................. 715/748 |
| 6,182,116 | B1 | 1/2001 | Namma et al. |
| 6,182,279 | B1 | 1/2001 | Buxton |
| 6,199,082 | B1 | 3/2001 | Ferrel et al. |
| 6,202,061 | B1 | 3/2001 | Khosla et al. |
| 6,223,190 | B1 | 4/2001 | Aihara et al. |
| 6,233,590 | B1 | 5/2001 | Shaw et al. |
| 6,233,600 | B1 | 5/2001 | Salas et al. |
| 6,237,010 | B1 | 5/2001 | Hui et al. |
| 6,253,216 | B1 | 6/2001 | Sutcliffe et al. |
| 6,266,681 | B1 | 7/2001 | Guthrie |
| 6,275,829 | B1 | 8/2001 | Angiulo et al. |
| 6,281,874 | B1 | 8/2001 | Sivan et al. |
| 6,301,586 | B1 | 10/2001 | Yang et al. |
| 6,301,607 | B2 | 10/2001 | Barraclough et al. |
| 6,308,188 | B1 | 10/2001 | Bernardo et al. |
| 6,320,588 | B1 | * 11/2001 | Palmer et al. ................. 345/473 |
| 6,320,672 | B1 | * 11/2001 | Itoh ................. 358/1.9 |
| 6,324,538 | B1 | * 11/2001 | Wesinger et al. ................. 1/1 |
| 6,330,572 | B1 | 12/2001 | Sitka |
| 6,330,575 | B1 | 12/2001 | Moore et al. |
| 6,343,302 | B1 | 1/2002 | Graham |
| 6,353,445 | B1 | 3/2002 | Babula et al. |
| 6,374,260 | B1 | 4/2002 | Hoffert et al. |
| 6,381,029 | B1 | 4/2002 | Tipirneni |
| 6,385,596 | B1 | * 5/2002 | Wiser et al. ................. 705/51 |
| 6,421,429 | B1 | * 7/2002 | Merritt et al. ................. 379/93.17 |
| 6,424,429 | B1 | * 7/2002 | Takahashi et al. ................. 358/1.16 |
| 6,456,591 | B1 | 9/2002 | Mishra |
| 6,489,954 | B1 | 12/2002 | Powlette |
| 6,489,980 | B1 | 12/2002 | Scott et al. |
| 6,501,472 | B1 | 12/2002 | Hunt et al. |
| 6,502,194 | B1 | * 12/2002 | Berman et al. ................. 726/28 |
| 6,505,160 | B1 | 1/2003 | Levy et al. |
| 6,510,418 | B1 | 1/2003 | Case et al. |
| 6,513,069 | B1 | 1/2003 | Abato et al. |
| 6,516,340 | B2 | 2/2003 | Boys |
| 6,519,046 | B1 | * 2/2003 | Kinjo ................. 358/1.1 |
| 6,522,418 | B2 | 2/2003 | Yokomizo et al. |
| 6,532,079 | B1 | 3/2003 | Serex et al. |
| 6,535,294 | B1 | * 3/2003 | Arledge et al. ................. 358/1.15 |
| 6,535,296 | B1 | 3/2003 | Oak |
| 6,539,420 | B1 | 3/2003 | Fields et al. |
| 6,542,936 | B1 | 4/2003 | Mayle et al. |
| 6,567,983 | B1 | 5/2003 | Shiimori |
| 6,571,271 | B1 | * 5/2003 | Savitzky et al. ................. 709/200 |
| 6,583,799 | B1 | 6/2003 | Manolis et al. |
| 6,621,938 | B1 | 9/2003 | Tanaka et al. |
| 6,628,417 | B1 | * 9/2003 | Naito et al. ................. 358/1.15 |
| 6,657,702 | B1 | 12/2003 | Chui et al. |
| 6,690,417 | B1 | 2/2004 | Yoshida et al. |
| 6,693,635 | B1 | 2/2004 | Yokomizo |
| 6,711,297 | B1 | 3/2004 | Chang et al. |
| 6,718,340 | B1 | * 4/2004 | Hartman et al. ................. 1/1 |
| 6,721,802 | B1 | 4/2004 | Wright et al. |
| 6,732,162 | B1 | * 5/2004 | Wood et al. ................. 709/219 |
| 6,799,165 | B1 | 9/2004 | Boesjes |
| 6,853,461 | B1 | 2/2005 | Shiimori |

## US 8,612,515 B2
Page 3

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,871,231 B2 | 3/2005 | Morris | |
| 6,895,557 B1 | 5/2005 | Wood et al. | |
| 6,930,709 B1 | 8/2005 | Creamer et al. | |
| 7,010,587 B1 | 3/2006 | Shiimori | |
| 7,032,030 B1 * | 4/2006 | Codignotto | 709/242 |
| 7,036,081 B2 | 4/2006 | Powlette | |
| 7,038,713 B1 * | 5/2006 | Matama | 348/207.2 |
| 7,043,527 B2 | 5/2006 | Shiimori et al. | |
| 7,146,575 B2 | 12/2006 | Manolis et al. | |
| 7,158,172 B2 | 1/2007 | Kawaoka et al. | |
| 7,246,147 B2 * | 7/2007 | Kim et al. | 709/203 |
| 7,257,158 B1 | 8/2007 | Figueredo et al. | |
| 7,263,497 B1 * | 8/2007 | Wiser et al. | 705/51 |
| 7,280,702 B2 | 10/2007 | Chang et al. | |
| 7,308,413 B1 | 12/2007 | Tota et al. | |
| 7,313,604 B2 | 12/2007 | Wood et al. | |
| 7,315,386 B1 | 1/2008 | Shiimori et al. | |
| 7,509,270 B1 | 3/2009 | Hendricks et al. | |
| 7,624,344 B2 | 11/2009 | Mindrum et al. | |
| 7,761,537 B2 | 7/2010 | Wood et al. | |
| 7,765,482 B2 | 7/2010 | Wood et al. | |
| 2002/0067500 A1 | 6/2002 | Yokomizo et al. | |
| 2005/0239454 A1 | 10/2005 | Kawashima et al. | |
| 2005/0262437 A1 | 11/2005 | Patterson et al. | |
| 2008/0201236 A1 | 8/2008 | Field et al. | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 8-153183 | 6/1996 |
| JP | 11-69072 | 3/1999 |
| JP | 11-184943 | 7/1999 |
| JP | 1076302 A1 | 2/2001 |
| WO | WO 97/04353 A1 | 2/1997 |
| WO | WO 97/39580 A1 | 10/1997 |
| WO | WO 98/36556 A1 | 8/1998 |
| WO | WO 98/49631 A2 | 11/1998 |
| WO | WO 99/19811 A3 | 4/1999 |

OTHER PUBLICATIONS

Pictra Incorporated website, Oct. 9, 1997.
"Pictra first to make publishing and sharing photo albums over Internet a snap for PC users; award-winning software offers easy, fun way to create digital photo albums to share over Internet," Business Wire, May 12, 1997. (Missing pp. 3-4).
Blatner, David, "The Automatic Publisher," Macworld, May 1999.
Weger, Chuck, "Stick to the Script," American Printer, Dec. 1995.
Lowe et al., "WebReport: A World Wide Web Based Clinical Multimedia Reporting System," 1996.
Lowe et al., "The Image Engine™ HPCC Project. A Medical Digital Library System using Agent-Based Technology to Create an Integrated View of the Electronic Medical Record," Proceedings of ADL, 1996.
Adding Images to the Engine Database, Jun. 25, 1997.
Image Engine Client, Jun. 25, 1997.
Bodoh, Dan, "Making the Most of the Internet for Failure Analysis," Proceedings from the 24th International Symposium for Testing and Failure Analysis, Nov. 15-19, 1998.
Martiner, William, "Visual Basic Programmer's Guide to Web Development," Chapters 1 and 12, John Wiley & Sons, 1997.
Degenhart, Curt, "AOL in a Nutshell: A Desktop Guide to America Online," O'Reilly Media, Jul. 8, 1998.
Popa, Sorin, "WarpRes™ Technology—White Paper," Jan. 14, 1998.
Warp 10 Technologies, Inc., "Rubie's Costumes Warps into High Tech," Jan. 21, 1998.
Kervella et al., "MHEGAM—A Multimedia Messaging System," 1997.
Schurmann, Gerd, "Multimedia mail," Multimedia Systems, Springer Verlag, 1996.
Internet Assistant for PowerPoint, The PowerPoint 95 to World Wide Web Document Converter, Feb. 2, 1996.
Microsoft, Internet Assistant for PowerPoint, Nov. 20, 1996.

Bernard, Ryan, "The Corporate Intranet," 2nd Edition, 1996.
InfoAccess Home Page, Jan. 12, 1998.
InfoAccess, HTML Transit, Jan. 12, 1998.
Postel et al., "File Transfer Protocol," Oct. 1985.
Garner et al., "The application of telepresence in medicine," BT Technology Journal, vol. 15, No. 4, Oct. 1997.
M. Sirbu, "A Content-Type Header Field for Internet Messages," Mar. 1988.
Borenstein et al., "MIME (Multipurpose Internet Mail Extensions): Mechanisms for Specifying and Describing the Format of Internet Message Bodies," Jun. 1992.
N. S. Borenstein, "MIME and Metamail: Making Multimedia Mail More Mainstream," USENIX Conference, Jan. 29, 1993.
Novell, GroupWise, Version 4.1.
Open Mobile Alliance, "Multimedia Messaging Service—Encapsulation Protocol," Version 1.1, Oct. 2002.
ETSI, "Digital Cellular telecommunications system (Phase 2+); Technical realization of the Short Message Service (SMS) Point-to-Point (PP)," GSM 03.40, Version 5.3.0, Jul. 1996.
3rd Generation Partnership Project; Technical Specification Group Terminals; Multimedia Messaging Service (MMS); Functional description; Stage 2, 3G TS 23.140 vesion 0.1.0, Oct. 1999.
CCITT, Information Technology—Digital Compression and Coding of Continuous-Tone Still Images—Requirements and Guidelines, Recommendation T.81, Sep. 1992.
Knowledge Base, "In Unix, what is metamail and how do I use it?," Dec. 2, 2009.
T. Negrino, "Dueling HTML editors," Macworld, Dec. 1996.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit A1 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit A2 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit A3 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit A4 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit As of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit A6 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit A7 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit A8 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit A9 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit A10 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit All of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit A12 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit A13 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit A14 of Defendants' Invalidity Contentions, Sep. 9, 2011.

US 8,612,515 B2

Page 4

(56) **References Cited**

OTHER PUBLICATIONS

*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B! of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B2 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B3 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B4 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B5 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B6 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B7 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B8 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B9 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B10 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B11 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B12 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B13 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B14 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B15 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B16 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B17 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B18 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B19 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B20 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B21 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B22 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B23 of Defendants' Invalidity Contentions, Sep. 9, 2011.

*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B24 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B25 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B26 of Defendants' Invalidity Contentions, Sep. 9, 2011.
*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B27 of Defendants' Invalidity Contentions, Sep. 9, 2011.
Ethan Wilde, "AppleScript for the Internet," Chapters 6, 9 and 16, Peachpit Press, 1998.
Pruett et al., "Visual Basic Controls Desk Reference CD," Waite Group Press, 1995.
Peal, David, "America Online Official Internet Guide," Second Edition, Osborne/McGraw-Hill, 1998.
Godin, Seth, "You've Got Pictures! AOL's Guide to Digital Imaging," AOL Press, 1998.
Lu et al., "e*World—The Official Guide for Macintosh Users," Hayden Books, 1994.
Tyler et al., "Microsoft FrontPage 98," Sams.net Publishing, 1997.
Lehto et al., "Official Microsoft FrontPage 98 Book," Microsoft Press, 1997.
Barbara Kasser, "Using Microsoft PowerPoint 97," Que Corporation, 1997.
Nokia 9000i Communicator Users Manual, 1998.
Smart Messaging Specification, Revision 1.0.0, Nokia Mobile Phones, Ltd., Sep. 15, 1997.
Microsoft Outlook 98 Step by Step, Microsoft Press, 1998.
Timothy Webster, "The Smart Way to Build Web Sites—NetObjects Fusion Handbook," Hayden Books, 1996.
RealAudio and RealVideo Content Creation Guide Version 5.0, RealNetworks, Inc.
Inside MAPI, Irving De la Cruz and Les Thaler, Microsoft Press (1996).
RealPublisher, Getting Started with RealPublisher, Part 1, Version 5.1, RealNetworks, Inc.
Mobile Data Report, New Software Allows Most Windows Files to be Sent with MASC Mobidem Via Ram, vol. 6, No. 20, Oct. 10, 1994.
Emily Cohen, "Set Your Sites High," PC Magazine, May 26, 1998.
Plante et al., "The NCSA Astronomy Digital Image Library: From Data Archiving to Data Publishing," Sep. 21, 1998.
Augot et al., "Secure Delivery of Images over Open Networks," Proceedings of the IEEE, vol. 87, Issue 7, pp. 1251-1266, Jul. 1999.
Persits, Peter, "Browser-Based File Uploading Under the Microscope," 15 Seconds, Nov. 21, 1998.
Dean, Doug, "Down and Dirty Browser Uploading with a VB ASP Component," Mar. 11, 1999.
Horstmann et al., "Distributed Authoring on the Web with the BSCW Shared Workspace System," StandardView, vol. 5, No. 1, Mar. 1997.
Netscape Communications Corporation, "Creating Web Pages," Apr. 27, 1999.
Steinberg, Jill, "New Start-Up Releases Java Application and Enabling Software," JavaWorld, Oct. 1, 1996.
Bilson, Rob, "Net-It Central 1.0," IDM, Jul. 31, 1997.
Warp 10 Technologies Inc., Jul. 10, 1998.
Pictra Incorporated, Nov. 11, 1998.
Letter from Terry Anderson to Craig Hamway, Oct. 16, 1997.
PictureWorks ADP Demo, May 1, 1998.
Letter from Terry Anderson to Ken Karutz, May 1, 1998.
Email from Scott Lewis to Lisa Wood, Jul. 2, 1998.
Email from Robin Fried to Scott Lewis et al., Jul. 5, 1998.
Email from Scott Lewis to Robin Fried, Jul. 8, 1998.
Email from Robin Fried to Martha White, Jul. 9, 1998.
Email from Robin Fried to Scott Lewis et al., Jul. 9, 1998.
Email from Don Strickland to Lisa Wood et al., Jul. 14, 1998.
Emails from Scott Lewis to Lisa Wood et al., Jul. 17-18, 1998.
PictureWorks Technology, Inc. Board Update, Jun. 20, 1998.
Letter from Terry Anderson, Jul. 22, 1998.
Email from Don Strickland to Lisa Wood et al., Jul. 22, 1998.
Emails from Don Strickland, Jul. 27 and Aug. 7, 1998.

US 8,612,515 B2

Page 5

(56)            **References Cited**

OTHER PUBLICATIONS

Email from Robin Fried to Scott Lewis et al., Jul. 28, 1998.
Email from Scott Lewis to Lisa Wood et al., Jul. 29, 1998.
Prioritized Activities for Enterprise Team, Jul. 31, 1998.
Email from Don Strickland to Criag Hamway, Aug. 2, 1998.
Board Update from Don Strickland, Aug. 7, 1998.
Email from Lisa Wood, Aug. 10, 1998.
Email from Scott Lewis to Terry Anderson, Aug. 13, 1998.
Letter from Terry Anderson to Randy Kau, Aug. 14, 1998.
Email from Kirby Lunger to Don Strickland et al., Aug. 14, 1998.
Email from Kirby Lunger to Lisa Wood, Aug. 26, 1998.
Email from Terry Anderson to Don Strickland, Aug. 25, 1998.
Email from Kirby Lunger to Lisa Wood, Aug. 31, 1998.
Email from Robin Fried to Scott Lewis et al., Sep. 1, 1998.
Email from Scott Lewis to Lisa Wood et al., Sep. 1, 1998.
Email from Don Strickland to Terry Anderson et al., Sep. 8, 1998.
Email from Scott Lewis to Jeff Paradise, Sep. 11, 1998.
Letter from Terry Anderson to Howard Latham, Sep. 15, 1998.
Email from Scott Lewis to Jim McCarthy, Sep. 17, 1998.
Email from Terry Anderson to Don Strickland et al., Sep. 18, 1998.
Email from Scott Lewis to Lisa Wood et al., Sep. 22, 1998.
Letter from Anthony Delli Colli to Wayne Mangold, Sep. 18, 1998.
Email from Scott Lewis to Lisa Wood et al., Sep. 23, 1998.
Email from Robin Fried to Stu Roberson, Sep. 21, 1998.
Letter from Terry Anderson to Sei-Wai Lee, Sep. 24, 1998.
Email from Scott Lewis to Lisa Wood, Sep. 25, 1998.
Email from Terry Anderson to Lisa Wood et al., Sep. 29, 1998.
Letter from Scott Lewis to Karim El-Fishaway, Oct. 2, 1998.
Email from Anthony Delli Colli to Stu Roberson et al., Oct. 2, 1998.
PictureWorks presentation to eBay, Oct. 16, 1998.
Letter from Scott Lewis to Gary Dillabough, Oct. 20, 1998.
Email from Don Strickland to PWT Employees, Oct. 31, 1998.
Press Release, Moore Data Management Services and PictureWorks Technology Inc., Announce Partnership to Revolutionize Use of Real Estate Photos on the Internet, Nov. 6, 1998.
Press Release, PictureWorks Technology Inc., Streamlines Posting of Photos to the Internet, Nov. 6, 1998.
Email from Laurie Fleming to Andrew Hunter et al., Nov. 13, 1998.
Letter from Scott Lewis to Wayne Graves, Nov. 16, 1998.
Email from Scott Lewis to Terry Anderson et al., Nov. 20, 1998.
Screenshots from Prepare and Post Video, Nov. 20, 1998.
Laura Roe, "New Software Gives Real Estate a View of the Future," National Real Estate Investor, Dec. 1, 1998.
PictureWorks Information, Dec. 9, 1998.
PictureWorks Prepare & Post, Fourth Quarter, 1998.
Prepare & Post Product Overview, Fourth Quarter, 1998.
Letter from Terry Anderson to Neil Shafran, Jan. 12, 1999.
Email from Stu Roberson to James Rowley, Jan. 29, 1999.
Product Picks, Realtor Magazine, Feb. 1, 1999.
PictureWorks Kodak Presentation, Feb. 24, 1999.
Letter from Don Strickland to Phil Ashe, Mar. 2, 1999.
PictureWorks ADP Presentation, Mar. 11, 1999.
PictureWorks Press Release, "PictureWorks Releases New Free Digital Imaging Software; MediaCenter Offers Essential Tools for Web Imaging," Mar. 31, 1999.
PictureWorks Press Release, "PictureBay.com to Give-Away 30 Digital Cameras in 30 Days," Apr. 12, 1999.
PictureWorks Press Release, "PictureWorks Technology's PictureBay Solves #1 Frustration of eBay Members, Adding Pictures to Auctions," Apr. 12, 1999.
PictureWorks Press Release, "PictureWorks Technology's Rimfire Empowers any Website to Easily Accept, Process, and Display Visitor Photos and Media," Apr. 12, 1999.
Rimfire real-time integrated media brochure, Apr. 12, 1999.
Letter from Terry Anderson to Jonathan Graff, Apr. 26, 1999.
Sales Update, Apr. 30, 1999.
"PictureWorks Plans to Become Powerhouse in Internet Imaging—Exlusive Interview with CEO," The Future Image Report, vol. 7, Issue 1, May 1, 1999.
Email from Laurie Fleming to Terry Anderson et al., May 7, 1999.

Roland Woerner et al., "eBay for Dummies," Chapter 12, May 10, 1999.
Letter from Scott Lewis to Rolan Woerner, May 10, 1999.
Letter from Stu Roberson to Jim Ferras, May 25, 1999.
Rimfire real-time integrated media, May 27, 1999.
Letter from Scott Lewis to Candace Gates, May 28, 1999.
Letter of Intent between PictureWorks Technology, Inc. and Auction Universe, May 31, 1999.
Letter from Scott Lewis to Matthew Lengfelder, Jun. 1, 1999.
"Casio and PictureWorks Announce Co-Branding and Distribution Agreement; MediaCenter Offers Essential Tools for Web Imaging," Jun. 3, 1999.
Sales Update, Jun. 4, 1999.
Email from Laurie Fleming to Terry Anderson et al., Jun. 7, 1999.
PictureWorks pricing for prototype, Jun. 9, 1999.
PictureWorks proposal, Jun. 9, 1999.
PictureWorks scope of work, Jun. 9, 1999.
Letter from Terry Anderson to Amazon, Jun. 9, 1999.
"PictureWorks Announces Co-Branding and Distribution Agreements with On-Line Photo Services Companies," Jun. 14, 1999.
PictureWorks Polaroid presentation, Jun. 15, 1999.
Email from Lisa Wood to Don Strickland et al., Jun. 30, 1999.
East Bay Business Times, "PictureWorks Founder Keeps True to Original Vision," Jul. 2, 1999.
PictureWorks Technology Proposal, Jul. 9, 1999.
Press Release, "PictureWorks Releases New, Free Imaging Weblication; MediaCenter 1.1 Offers Essential Photo Tools for Internet Imaging and Web Publishing, Ideal for Digital Camera Users," Jul. 19, 1999.
Press Release, "Picturebay is the Fastest and Easiest Way to Add Pictures to Auctions," Aug. 3, 1999.
Picturebay Screenshot, Oct. 13, 1999.
Office Action dated Sep. 6, 2002 for U.S. Appl. No. 09/440,461.
Office Action dated Apr. 21, 2003 for U.S. Appl. No. 09/440,461.
Office Action dated Nov. 23, 2001 for U.S. Appl. No. 09/357,836.
Office Action dated Jun. 5, 2002 for U.S. Appl. No. 09/357,836.
Office Action dated Nov. 8, 2002 for U.S. Appl. No. 09/357,836.
Office Action dated Jun. 4, 2003 for U.S. Appl. No. 09/357,836.
Office Action dated Feb. 22, 2007 for U.S. Appl. No. 10/736,285.
Office Action dated Oct. 17, 2008 for U.S. Appl. No. 11/935,340.
Office Action dated Aug. 11, 2009 for U.S. Appl. No. 11/935,340.
Office Action dated Jan. 4, 2011 for U.S. Appl. No. 12/790,487.
Fred Delobaerde, "Development of Multimedia Courseware Technology for Use in Hydrology and Water Management Instruction," Thesis, Department of Agricultural and Biosystems Engineering, McGill University, Aug. 1998.
RIM's Supplemental Invalidity Contentions, Civil Action No. 3:11-CV-00367-O, May 4, 2012.
Publication List from Invalidity Contentions, May 14, 2012.
"An Interpersonal Multimedia Visualization System," Richard L. Phillips, Los Alamos National Laboratory, IEEE Computer Graphics and Applications, pp. 20-27 (May 1991).
"MediaView, A General Multimedia Digital Publication System," Richard L. Phillips, Communications of the ACM, pp. 75-83 (Jul. 1991, vol. 34, No. 7).
"MediaView: An Editable Multimedia Publishing System Developed with an Object-Oriented Toolkit," Richard L. Phillips, Los Alamos National Laboratory, Usenix (Summer 1991).
"Media Maker," Greg Burd, NeXTWORLD, p. 13 (Fall 1992, vol. 2, No. 3).
"TrueSpectra Announces the Availability of Photo>Graphics with Full ColorWave 2.0 Support," Business Wire, p. 7250080 (Jul. 25, 1996).
"Toronto-Based Graphics-Engine Developer to Expand Functionality of HP's Imaging for the Internet; TruesSpectra's ColorWave to Add Groundbreaking Capabilities to HP's Imaging for Internet," Business Wire, p. 9170271 (Sep. 17, 1997).
"Finally, Graphics Power for OS/2 Users," Kevin Linfield, Computing Canada, p. 28 (Oct. 14, 1997).
"Grubb & Ellis Uses TrueSpectra Image Server to Enhance Intranet Capabilities," Business Wire (Dec. 2, 1998).

# US 8,612,515 B2

Page 6

## (56) References Cited

### OTHER PUBLICATIONS

"TrueSpectra Debuts Iris Image Server Solutions; New Technology Addresses Critical Visual Requirements for Making E-commerce the Dominant Selling Medium," Business Wire, p. 0161 (Apr. 14, 1999).

"TrueSpectra Announces Support for Sun's Java Advanced Imaging API; Imaging Solution for E-commerce Embraces Java Technology," Business Wire, p. 0246 (Jun. 15, 1999).

"PictureWorks Technology Inc. Aggressively Develops Imaging Intensive E-commerce Solutions Using IIP and FlashPix Technologies," Business Wire, p. 6250179, (Jun. 25, 1998).

"Internet: PictureWorks Builds Imaging for E-Commerce," Network Briefing (Jun. 29, 1998).

"Getting Started with RealPublisherTM Version 5.1," RealNetworks, Inc. (1998).

"Getting Started with RealPublisherTM Premiere Plug-in Version 5.0," RealNetworks, Inc. (1997).

"RealFlash and RealAudio Content Creation Guide Beta 5.0," RealNetworks, Inc. (1997).

http://web.archive.org/web/19980215082307/http://www8.real.com/publisher/hpindex.html#webpages "Add Audio and Video to Your Web Pages with RealPublisherTM," RealNetworks, Inc. (Feb. 15, 1998).

http://web.archive.org/web/19980215084737/http://www8.real.com/publisher/resources.html "RealPublisher Resources," RealNetworks, Inc. (Feb. 15, 1998).

http://web.archive.org/web/19980215093245/http://www8.real.com/publisher/quickstart.html "Quick Start Online Guide," RealNetworks, Inc. (Feb. 15, 1998).

http://web.archive.org/web/19980211180507/http://service.real.com/help/faq/rpub5faqa1.htm "RealPublisher 5.0 & 5.1 Frequently Asked Questions, Encoding Questions," RealNetworks, Inc. (Feb. 11, 1998).

http://web.archive.org/web/19980211180513/http://service.real.com/help/faq/rpub5faqa2.htm "RealPublisher 5.0 & 5.1 Frequently Asked Questions, Publishing Questions," RealNetworks, Inc. (Feb. 11, 1998).

http://web.archive.org/web/19980211180520/http://service.real.com/help/faq/rpub5faqa4.htm "RealPublisher 5.0 & 5.1 Frequently Asked Questions, Special Topics Questions," RealNetworks, Inc. (Feb. 11, 1998).

http://web.archive.org/web/19980211180539/http://service.real.com/help/faq/rpub5faqa4.htm "RealPublisher 5.0 & 5.1 Frequently Asked Questions, RealPublisher 5.1 Specific Questions," RealNetworks, Inc. (Feb. 11, 1998).

"Pictra first to make publishing and sharing photo albums over the Internet a snap for PC uses; award-winning software offers easy, fun way to create digital photo albums to share over Internet," Business Wire (May 12, 1997).

"Pictra Puts Your Photo Album on the Web for Free," Glenn McDonald, PCWorld (Jun. 13, 1997).

"Put Your Photo Album on the Web," Glenn McDonald, PCWorld, p. 128 (Sep. 1997).

"Software and CD-ROM Reviews on File," p. 537 (Sep. 1997, vol. 13, Issue 9).

Stan Miastkowski, "WinFax Pro takes the pain out of sharing fax/ modems," Infoworld, Oct. 11, 1993.

Announcing WinFax Pro, Version 2.0, Aug. 26, 1991.

Claim Construction Order, Civil Action No. 3:11-cv-367-O, May 21, 2012.

Info Access, Inc., HTML Transit—HTML Conversion Tool, Jan. 12, 1998.

Nebel et al., Form-Based File Upload in HTML, Nov. 1995.

Nebel, Ernesto, File Upload in HTML Forms, Sep. 23, 1994.

Point2 Internet Systems, Inc., Point2 Equipment Exchange, Making the World a Smaller Place.

HTML 4.0 Specification, Dec. 18, 1997.

Point2 Internet Systems, Inc. website screen shots, 1996-2000.

PictureWorks Technology, Inc. website screen shots, 1996-1998.

Transcript of Trial, vol. 1, 3:11-cv-00367-o, Dallas, TX, Mar. 29, 2013.

Transcript of Trial, vol. 2, 3:11-cv-00367-o, Dallas, TX, Mar. 29, 2013.

Transcript of Trial, vol. 1, 3:11-cv-00367-o, Dallas, TX, Apr. 1, 2013.

Transcript of Trial, vol. 2, 3:11-cv-00367-o, Dallas, TX, Apr. 1, 2013.

Transcript of Trial, vol. 3, 3:11-cv-00367-o, Dallas, TX, Apr. 1, 2013.

Transcript of Trial, vol. 1, 3:11-cv-00367-o, Dallas, TX, Apr. 2, 2013.

Transcript of Trial, vol. 2, 3:11-cv-00367-o, Dallas, TX, Apr. 2, 2013.

Transcript of Trial, vol. 4A, 3:11-cv-00367-o, Dallas, TX, Apr. 3, 2013.

Transcript of Trial, vol. 2, 3:11-cv-00367-o, Dallas, TX, Apr. 3, 2013.

Transcript of Trial, vol. 1, 3:11-cv-00367-o, Dallas, TX, Apr. 4, 2013.

Transcript of Trial, vol. 1, 3:11-cv-00367-o, Dallas, TX, Apr. 5, 2013.

Part 2 of Appendix to Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Post-Trial Brief Regarding Unenforceability of the '482 Patent Due to Inequitable Conduct, Civil Action No. 3:11-cv-367-O, May 20, 2013.

Part 3 of Appendix to Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Post-Trial Brief Regarding Unenforceability of the '482 Patent Due to Inequitable Conduct, Civil Action No. 3:11-cv-367-O, May 20, 2013.

Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Reply Brief in Support of Their Motion to Strike Summit 6's Trial Exhibit PX-1003, Civil Action No. 3:11-cv-367-O, Jun. 5, 2013.

Appendix to Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Reply Brief in Support of Their Motion to Strike Summit 6's Trial Exhibit PX-1003, Civil Action No. 3:11-cv-367-O, Jun. 5, 2013.

Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Reply in Support of Their Renewed Motion for Judgment as a Matter of Law No. 3: Invalidity, Civil Action No. 3:11-cv-367-O, Jun. 17, 2013.

Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Reply Brief in Support of Their Renewed Motion for Judgment as a Matter of Law No. 3: Invalidity, Civil Action No. 3:11-cv-367-O, Jun. 17, 2013.

Appendix to Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Reply Brief in Support of Their Renewed Motion for Judgment as a Matter of Law No. 3: Invalidity, Civil Action No. 3:11-cv-367-O, Jun. 17, 2013.

Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Reply Post-Trial Brief Regarding Unenforceability of the '482 Patent Due to Inequitable Conduct, Civil Action No. 3:11-cv-367-0, Jun. 17, 2013.

Appendix to Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Reply Post-Trial Brief Regarding Unenforceability of the '482 Patent Due to Inequitable Conduct, Civil Action No. 3:11-cv-367-O, Jun. 17, 2013.

Memorandum Opinion and Order, Civil Action No. 3:11-cv-367-O, Jun. 26, 2013.

Final Judgment, Civil Action No. 3:11-cv-367-O, Jun. 26, 2013.

Report on the Filing or Determination of an Action Regarding a Patent or Trademark, Civil Action No. 3:11-cv-367-O, Jun. 27, 2013.

Appendix to Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Brief in Support of Their Renewed Motion for Judgment as a Matter of Law No. 3: Invalidity, Civil Action No. 3:11-cv-367-O, May 20, 2013.

Part 2 of Appendix to Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Brief in Support of Their Renewed Motion for Judgment as a Matter of Law No. 3: Invalidity, Civil Action No. 3:11-cv-367-O, May 20, 2013.

Part 4 of Appendix to Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Post-Trial Brief Regarding Unenforceability of the '482 Patent Due to Inequitable Conduct, Civil Action No. 3:11-cv-367-O, May 20, 2013.

Part 5 of Appendix to Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Post-Trial Brief Regarding Unenforceability of the '482 Patent Due to Inequitable Conduct, Civil Action No. 3:11-cv-367-O, May 20, 2013.

Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Renewed Motion for Judgment as a Matter of Law No. 3: Invalidity, Civil Action No. 3:11-cv-367-O, May 20, 2013.

(56)          **References Cited**

OTHER PUBLICATIONS

Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Brief in Support of Their Renewed Motion for Judgment as a Matter of Law No. 3: Invalidity, Civil Action No. 3:11-cv-367-O, May 20, 2013.

Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Motion to Strike Plaintiff's Trial Exhibit PX-1003, May 9, 2013.

Order Granting Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Motion to Strike Plaintiff's Trial Exhibit PX-1003, May 9, 2013.

Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Brief in Support of Their Motion to Strike Plaintiff's Trial Exhibit PX-1003, May 9, 2013.

Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Post-Trial Brief Regarding Unenforceability of the '482 Patent Due to Inequitable Conduct, May 20, 2013.

Appendix to Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Post-Trial Brief Regarding Unenforceability of the '482 Patent Due to Inequitable Conduct, May 20, 2013.

*Summit 6 LLC* v. *Research In Motion Corp.*, Civil Action No. 3:11-cv-367-O, Bench Trial Transcript vol. 1, May 6, 2013.

*Summit 6 LLC* v. *Research In Motion Corp.*, Civil Action No. 3:11-cv-367-O, Bench Trial Transcript vol. 2, May 8, 2013.

*Summit 6 LLC* v. *Research In Motion Corp.*, Civil Action No. 3:11-cv-367-O, Bench Trial Transcript vol. 3, May 13, 2013.

Request for Ex Parte Reexamination for U.S. Patent No. 7,765,482, Sep. 10, 2013.

* cited by examiner

# Homes    Realtor Services

Getting Started | Send Photos | Homes | Financing | Offer & Closing | Help

## Today's Rates

| | |
|---|---|
| 30-Year Fixed | 6.75% |
| 15-Year Fixed | 6.45% |
| 1-Year Adjustable | 5.6% |

*National average rates

[Find a Loan]  [Rate News]

## Highlights

Welcome to Homes!
We hope you enjoy our site
Please send us your
feedback

## Home & Rate Trackers

Receive free e-mail updates

## Adding Photos to your listings

Get better exposure for your listings by including some pictures of the
property. Its easy! Just locate the folder on your computer containing
your photos, and then drag them into the boxes below. Select a
descriptive caption for each photo and then click the "Send Photos"
button.

Listing Name _____

| Drag Photo Here | Drag Photo Here | Drag Photo Here | Drag Photo Here |
|---|---|---|---|
| Front View ▽ | Front View ▽ | Front View ▽ | Front View ▽ |

Frequently Asked Questions ①

[Send Photos]

## FIG. 1

A0059



*FIG. 2*

PWImageControl Interface:

| Interface Name | Type | Definition | Signature |
|---|---|---|---|
| ScaleImage | function | Scales an image in place or to a temporary file | ScaleImage(<br>destinationType as String,<br>changeDimensions as Integer,<br>destWidth As Integer,<br>destHeight As Integer,<br>destQuality As Integer, '0-100<br>generateOutputFilename As Boolean ' create tempfile<br>) As String |
| DelTempFile | sub | Deletes temporary file created with ScaleImage | DelTempfile() |
| fileName | String property | Name of file shown in image well | fileName as String |
| imageName | String property | String value from image caption box | imageName as String |
| ClearImage | sub | Clears the image from the display and redisplays the logo and instructional text | ClearImage() |
| backgroundColor | String property | Hexideciaml RGB string value in format "FFFFFF" or "#FFFFFF" | backgroundColor as String |
| textColor | String property | Hexideciaml RGB string value in format "FFFFFF" or "#FFFFFF" | textColor as String |

*FIG. 3*