**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | |
|---|---|
| SUMMIT 6 LLC, § <br> § <br> Plaintiff, § <br> v. § <br> § <br> HTC CORPORATION, HTC AMERICA, § <br> INC., LG ELECTRONICS, INC., LG § <br> ELECTRONICS U.S.A., INC., LG § <br> ELECTRONICS MOBILECOMM U.S.A., § <br> INC., MOTOROLA MOBILITY LLC, and § <br> TWITTER INC., § <br> § <br> Defendants. § | Civil Action No. 7:14-CV-00014-O <br><br> JURY TRIAL DEMANDED |
| SUMMIT 6 LLC, § <br> § <br> Plaintiff, § <br> v. § <br> § <br> APPLE INC., § <br> § <br> Defendant § | Civil Action No. 7:14-CV-00106-O <br><br> JURY TRIAL DEMANDED |

**DEFENDANTS' NOTICE OF
SERVING THEIR FIRST AMENDED PRELIMINARY INVALIDITY CONTENTIONS**

Defendants HTC Corporation; HTC America, Inc.; LG Electronics, Inc.; LG Electronics USA, Inc.; LG Electronics MobileComm USA, Inc.; Motorola Mobility LLC; Apple Inc.; and Twitter, Inc. hereby give notice that they have complied with the Court's Order, Dkt. 220, by serving Plaintiff's counsel with their First Amended Preliminary Invalidity Contentions (attachments to this notice) on January 12, 2015.

Dated:  January 12, 2015

Respectfully submitted,

By: s/  *Hsiwen Lo*
Deborah L. Sterling
Texas Bar No. 19170950
QUILLING SELANDER LOWNDS
  WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone:  214-871-2111
Facsimile:   214-871-2111
*dsterling@qslwm.com*

Steven J. Routh (*pro hac vice*)
ORRICK HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Tel.: (202) 339-8400
Fax: (202) 339-8500

Robert M. Isackson (*pro hac vice*)
ORRICK HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY 10103-0001
Tel.: (212) 506-5000
Fax: (212) 506-5151

Stacey E. Stillman (*pro hac vice*)
ORRICK HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Tel: (650) 614-7400
Fax: (650) 614-7401

Hsiwen Lo (*pro hac vice*)
ORRICK HERRINGTON & SUTCLIFFE LLP
2050 Main Street
Suite 1100
Irvine, CA 92614-8255
Tel: (949) 567-6700
Fax: (949) 567-6710

*Attorneys for Defendants LG ELECTRONICS, INC., LGE ELECTRONICS U.S.A., INC., AND LG ELECTRONICS MOBILECOMM U.S.A., INC.*

By:  *s/ Mark D. Selwyn*
Mark D. Selwyn  (*pro hac vice*)
Jason Kipnis (*pro hac vice*)
Katherine D. Prescott (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  650 858 6000
Facsimile:   650 858 6100
mark.selwyn@wilmerhale.com
jason.kipnis@wilmerhale.com
katherine.prescott@wilmerhale.com

Kevin S. Prussia (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  617 526 6000
Facsimile:   617 526 5000
kevin.prussia@wilmerhale.com

Russell Emerson
HAYNES & BOONE
2323 Victory Avenue, Suite 700
Dallas, TX  75219
Telephone:  214 651 5328
Facsimile:   214 200 0884
russ.emerson@haynesboone.com

*Attorneys for Defendant APPLE INC.*

 *s/ D. Clay Holloway*
Steven D. Moore (*pro hac vice*)
smoore@kilpatricktownsend.com
KILPATRICK TOWNSEND LLP
Eighth Floor

By:  *s/ David J. Silbert*
David J. Silbert  (*pro hac vice*)
Leo L. Lam (*pro hac vice*)
Julie A. Duncan (*pro hac vice*)
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188
dsilbert@kvn.com
llam@kvn.com
jduncan@kvn.com

Brett C. Govett
FULBRIGHT & JAWORSKI
2200 Ross Ave., Suite 2800
Dallas, TX 75201-2784
Telephone:  214.855.8118
Facsimile:   214.855.8200
brett.govett@nortonrosefulbright.com

*Attorneys for Defendant TWITTER, INC.*

*s/ Philip Ou*
Yar R. Chaikovsky
Bryan K. James (*pro hac vice*)
Philip Ou (*pro hac vice*)
MCDERMOTT WILL & EMERY LLP

-3-

| | |
|---|---|
| Two Embarcadero Center<br>San Francisco, CA 94111<br>(415) 576.0200 (telephone)<br>(415) 576.0300 (facsimile)<br><br>D. Clay Holloway (*pro hac vice*)<br>dholloway@kilpatricktownsend.com<br>Bonnie M. Grant (Tex. Bar No. 24067634)<br>bgrant@kilpatricktownsend.com<br>Akarsh P. Belagodu (*pro hac vice*)<br>abelagodu@kilpatricktownsend.com<br>Shayne E. O'Reilly (*pro hac vice*)<br>soreilly@kilpatricktownsend.com<br>KILPATRICK TOWNSEND LLP<br>Suite 2800<br>1100 Peachtree Street<br>Atlanta, Georgia 30309-4530<br>(404) 815-6500 (Telephone)<br>(404) 815-6555 (Facsimile)<br><br>GRUBER HURST JOHANSEN HAIL SHANK<br>MICHAEL K. HURST (Bar No. 10316310)<br>mhurst@ghjhlaw.com<br>JOSHUA M. SANDLER (Bar No. 24053680)<br>jsandler@ghjhlaw.com<br>1445 Ross Avenue<br>Suite 2500<br>Dallas, Texas 75202<br>Telephone: 214 855 6800<br>Facsimile:  214 855 6808<br><br>*Attorneys for Defendant MOTOROLA MOBILITY LLC* | 275 Middlefield Road, Suite 100<br>Menlo Park, California  94025-4004<br>Telephone: +1 650 815 7400<br>Facsimile: +1 650 815 7401<br>Email: ychaikovsky@mwe.com<br>Email: bjames@mwe.com<br>Email: pou@mwe.com<br>Email: djong@mwe.com<br><br>E. Leon Carter (Texas Bar No. 03914300)<br>Linda R. Stahl (Texas Bar No. 00798525)<br>CARTER SCHOLER ARNETT HAMADA & MOCKLER, PLLC<br>Campbell Centre II<br>8150 N. Central Expressway, 5th Floor<br>Dallas, Texas 75206<br>Telephone: +1 214 550 8160<br>Facsimile: +1 214 550 8185<br>Email: lcarter@carterscholer.com<br><br>*Attorneys for Defendants*<br>*HTC CORPORATION and HTC AMERICA, INC.* |

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document was filed electronically on January 12, 2015 in compliance with Local Rules LR 5.1. As such, this document was served on all counsel deemed to have consented to electronic service per Local Rule LR 5.1 (d).

                                                *s/ Hsiwen Lo*
                                                Hsiwen Lo