IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| SUMMIT 6 LLC,<br><br>    Plaintiff,<br><br>v.<br><br>HTC CORPORATION et al.,<br><br>    Defendants. | § § § § § § § § § § § § | Civil Action No. 7:14-cv-00014-O |
| SUMMIT 6 LLC,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC.<br><br>    Defendant. | § § § § § § § § § § § § § | Civil Action No. 7:14-cv-00106-O |

**ORDER**

Before the Court are the parties' claim construction briefs. Having considered the briefing, the Court finds that oral argument is necessary to resolve this matter.

Accordingly, the Court sets this matter for a hearing on **March 4, 2015**, at **9:00 a.m.**[1] Counsel for Plaintiff and Defendants are **ORDERED** to attend and to be prepared to address all issues relating to the claim construction briefing in this case. This hearing will convene in the United

---

[1] In setting a date for the hearing, the Court has endeavored to accommodate the parties' schedules. However, the Court will be presiding over a trial in Wichita Falls earlier in the week of March 4, 2015. In the event trial extends to March 4, 2015, this hearing will be rescheduled for a later date. The parties are instructed to notify the Court if their schedules change such that they are available for a hearing on March 5, 2015.

States Courthouse, **Courtroom Second Floor, 501 West 10th Street, Fort Worth, Texas**.

**SO ORDERED** on this **19th day** of **February, 2015**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**