## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

| | |
|---|---|
| SUMMIT 6 LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HTC CORPORATION,<br>HTC AMERICA, INC.,<br>LG ELECTRONICS, INC.,<br>LG ELECTRONICS U.S.A., INC.,<br>LG ELECTRONICS MOBILECOMM<br>U.S.A., INC.,<br>MOTOROLA MOBILITY LLC, and<br>TWITTER INC.,<br><br>　　　　Defendants.<br><br><br>SUMMIT 6 LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC.<br><br>　　　　Defendant. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § §<br><br>CIVIL ACTION NO.  7:14-cv-00014<br><br><br>JURY TRIAL DEMANDED<br><br><br><br><br>CIVIL ACTION NO.  7:14-cv-00106<br><br><br>JURY TRIAL DEMANDED |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Summit 6 LLC ("Summit 6") and Defendants LG Electronics, Inc., LG

Electronics U.S.A., Inc. and LG Electronics MobileComm U.S.A., Inc. (collectively "LG")

hereby notify the Court that they have reached a final settlement of all claims between them in

the form of a binding Memorandum of Understanding. The form of the agreed dismissal has

been agreed upon but, under the terms of the settlement, certain contractual performances must

occur before the parties can file a joint motion to dismiss.  Summit 6 and LG estimate that dismissal papers will be filed on or before April 1, 2015, assuming all performances required under the settlement agreement occur.

Dated:  February 20, 2015                Respectfully submitted,


**MCKOOL SMITH, P.C.**

By:  /s/ Douglas A. Cawley
Douglas A. Cawley
Lead Attorney
Texas State Bar No. 04035500
dcawley@mckoolsmith.com
Theodore Stevenson III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Phillip M. Aurentz
Texas State Bar No. 24059404
paurentz@mckoolsmith.com
Ashley N. Moore
Texas State Bar No. 24074748
amoore@mckoolsmith.com
Mitchell R. Sibley
Texas State Bar No. 24073097
msibley@mckoolsmith.com
Richard A. Kamprath
Texas State Bar No. 24078767
rkamprath@mckoolsmith.com
Cory McAnelly
Iowa State Bar No. 28601
cmcanelly@mckoolsmith.com
Collen Bloss
Texas State Bar No. 24082160
cbloss@mckoolsmith.com
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Bradley W. Caldwell
Texas State Bar No. 24040630
bcaldwell@caldwellcc.com
Caldwell Cassady & Curry
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Telephone: (214) 888-4848
Telecopier: (214) 888-4849

**ATTORNEYS FOR PLAINTIFF
SUMMIT 6 LLC**

By: s/   *Robert M. Isackson*
Deborah L. Sterling
Texas Bar No. 19170950
QUILLING SELANDER LOWNDS
    WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone:  214-871-2111
Facsimile:  214-871-2111
*dsterling@qslwm.com*

Steven J. Routh (*pro hac vice*)
ORRICK HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Tel.: (202) 339-8400
Fax: (202) 339-8500

Robert M. Isackson (*pro hac vice*)
ORRICK HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY 10103-0001
Tel.: (212) 506-5000
Fax: (212) 506-5151

Stacey E. Stillman (*pro hac vice*)
ORRICK HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Tel: (650) 614-7400
Fax: (650) 614-7401

Hsiwen Lo (*pro hac vice*)
ORRICK HERRINGTON & SUTCLIFFE LLP
2050 Main Street
Suite 1100
Irvine, CA 92614-8255
Tel: (949) 567-6700
Fax: (949) 567-6710

***Attorneys for Defendants LG ELECTRONICS, INC., LGE ELECTRONICS U.S.A., INC., AND LG ELECTRONICS MOBILECOMM U.S.A., INC.***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was filed electronically through the Court's ECF system.  As such, this document was served on all counsel who have consented to electronic service on this, the 20th day of February, 2015.

 s/ Phillip M. Aurentz        
Phillip M. Aurentz