# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

|  | § |  |
|---|---|---|
| _____ | § |  |
| *Plaintiff* | § |  |
|  | § |  |
|  | § |  |
| v. | § | Case No. _____ |
|  | § |  |
|  | § |  |
| _____ | § |  |
| *Defendant* | § |  |

## APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.**     Applicant is an attorney and a member of the law firm of (or practices under the name of)

_____, with offices at

_____

(Street Address)

_____     _____     _____

(City)                                    (State)            (Zip Code)

_____.

(Telephone No.)

**II.**    Applicant will sign all filings with the name _____.

*OPTIONAL:* Applicant wants this form to serve as applicant's registration for electronic case filing and

consents under FED.R.CIV.P. 5(b) to accept service electronically at the following e-mail address:

_____.

(E-mail Address)

**III.**   Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

to provide legal representation in connection with the above-styled matter now pending before the United
States District Court for the Northern District of Texas.

**IV.**    Applicant is a member in good standing of the bar of the highest court of the state of

_____, where Applicant regularly practices law.

Bar license number:_____   Admission date:_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., the State Bar of Texas).**

> For Court Use Only.
> Bar Status Verified:
>
> _____

**V.**    Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**VI.**    Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

**VII.**    Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

**VIII.**    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

**IX.**     Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:                    Case No. And Style:

_____          _____

_____          _____

_____          _____

(If necessary, attach statement of additional applications.)

**X.**     Local counsel of record associated with Applicant in this matter is

_____ who has offices at

_____
(Street Address)

_____          _____          _____
(City)                                                (State)                    (Zip Code)

_____.
(Telephone No.)

**XI.**     Check the appropriate box below.

   For Application in a **Civil Case**

   ☐   Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

   For Application in a **Criminal Case**

   ☐   Applicant has read and will comply with the local criminal rules of this court.

**XII.**     Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the _____ day of_____, _____.

_____
Printed Name of Applicant

_____
Signature

V.  Applicant has also been admitted to practice before the following courts: (cont.)

| Court | Admission Date | Active or Inactive |
|-------|----------------|--------------------|
| Fifth Circuit Court of Appeals | 3/27/2014 | Active |
| U.S. Court of Appeals for the Federal Circuit | 3/23/2011 | Active |
| U.S. District Court for District of Columbia | 5/7/2012 | Active |
| U.S. District Court, Eastern District of Texas | 8/09/2013 | Active |
| U.S. District Court, Eastern District of California | 2/10/2015 | Active |

# THE STATE BAR
# OF CALIFORNIA

**MEMBER RECORDS & COMPLIANCE**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1617          TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

February 27, 2015

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JIMMY TUAN ANH DOAN, #271448 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 2010; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Membership Records

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | | | |
|---|---|---|---|
| _____ | § | | |
| *Plaintiff* | § | | |
| | § | | |
| | § | | |
| v. | § | Case No. | _____ |
| | § | | |
| | § | | |
| _____ | § | | |
| *Defendant* | § | | |

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court has considered the Application for Admission *Pro Hac Vice* of

_____.

It is ORDERED that:

          the application is granted.  The Clerk of Court shall deposit the admission fee to the account of the Non-Appropriated Fund of this Court.  It is further ORDERED that, if the Applicant has not already done so, the Applicant must register as an ECF User within 14 days.  See LR 5.1(f) and LCrR 49.2(g).

          the application is denied.  The Clerk of Court shall return the admission fee to the Applicant.

_____

DATE

_____

PRESIDING JUDGE