Case 7:14-cv-00014-O   Document 253   Filed 03/06/15   Page 1 of 6   PageID 15129

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| SUMMIT 6 LLC, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 7:14-cv-00014 |
| HTC CORPORATION, HTC AMERICA, INC., LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., LG ELECTRONICS MOBILECOMM USA, INC., MOTOROLA MOBILITY LLC, and TWITTER INC., | § § § § § § § § § § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |
| SUMMIT 6 LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | CIVIL ACTION NO. 7:14-cv-00106 |
| APPLE INC. | § § § | |
| Defendant. | § § | JURY TRIAL DEMANDED |

**JOINT STIPULATION FOR EXTENSION OF EXPERT REPORT DEADLINES AND DEADLINES FOR THE REDUCTION OF ASSERTED CLAIMS AND PRIOR ART REFERENCES**

After having met and conferred regarding the current deadlines for opening expert reports, rebuttal expert reports, Summit 6's service of its Second Election of Asserted Claims, and Defendants'[1] service of their Second Election of Asserted Prior Art, the parties, through their attorneys of record, and in accordance with paragraph 17 of the Scheduling Order (Dkt. No. 93), hereby stipulated and agree as follows:

---

[1] For purposes of this stipulation, HTC Corporation and HTC America, Inc. count as a single defendant.

1

1. On or before April 8, 2015, Summit 6 will serve each defendant with a Second Election of Asserted Claims, which shall assert no more than 8 of the claims that were identified in the Preliminary Election of Asserted Claims for each patent-in-suit.

2. On or before April 22, 2015, each defendant will serve Summit 6 with a Second Election of Asserted Prior Art, which shall assert no more than 10 of the prior art references that were identified in the Preliminary Election of Asserted Prior Art for each patent-in-suit.

3. The remaining provisions in the parties' October 1, 2014 Joint Stipulation Regarding Reducing the Number of Asserted Claims and Prior Art References (Dkt. No. 148) will remain the same.

4. The date for expert reports on issues for which a party bears the burden of proof as set forth in Paragraph I.9.a. of the Scheduling Order (Dkt. No. 93) shall be extended to May 6, 2015.

5. The date for rebuttal expert reports as set forth in Paragraph I.9.b. of the Scheduling Order (Dkt. No. 93) shall be extended to June 5, 2015.

6. No other deadlines are altered by this stipulation.

IT IS SO STIPULATED

March 6, 2015

**MCKOOL SMITH, P.C.**

By: */s/ Douglas A. Cawley*
Douglas A. Cawley
Lead Attorney
Texas State Bar No. 04035500
dcawley@mckoolsmith.com
Theodore Stevenson III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Phillip M. Aurentz

Texas State Bar No. 24059404
paurentz@mckoolsmith.com
Ashley N. Moore
Texas State Bar No. 24074748
amoore@mckoolsmith.com
Mitchell R. Sibley
Texas State Bar No. 24073097
msibley@mckoolsmith.com
Richard A. Kamprath
Texas State Bar No. 24078767
rkamprath@mckoolsmith.com
Cory McAnelly (*Pro Hac Vice*)
Iowa State Bar No. 28601
cmcanelly@mckoolsmith.com
Collen Bloss
Texas State Bar No. 24082160
cbloss@mckoolsmith.com
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Bradley W. Caldwell
Texas State Bar No. 24040630
bcaldwell@caldwellcc.com
Caldwell Cassady & Curry
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Telephone: (214) 888-4848
Telecopier: (214) 888-4849

**ATTORNEYS FOR PLAINTIFF SUMMIT 6 LLC**

By: *s/ David J. Silbert*
David J. Silbert (*pro hac vice*)
Leo L. Lam (*pro hac vice*)
Julie A. Duncan (*pro hac vice*)
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188
dsilbert@kvn.com
llam@kvn.com
jduncan@kvn.com

Brett C. Govett
FULBRIGHT & JAWORSKI
2200 Ross Ave., Suite 2800
Dallas, TX 75201-2784
Telephone: 214.855.8118
Facsimile: 214.855.8200
brett.govett@nortonrosefulbright.com
***Attorneys for Defendant TWITTER, INC.***

*s/ Steven D. Moore*
Steven D. Moore (*pro hac vice*)
smoore@kilpatricktownsend.com
KILPATRICK TOWNSEND LLP
Eighth Floor
Two Embarcadero Center
San Francisco, CA 94111
(415) 576.0200 (telephone)
(415) 576.0300 (facsimile)
D. Clay Holloway (*pro hac vice*)
dholloway@kilpatricktownsend.com
Akarsh P. Belagodu (*pro hac vice*)
abelagodu@kilpatricktownsend.com
Shayne E. O'Reilly (*pro hac vice*)
soreilly@kilpatricktownsend.com
KILPATRICK TOWNSEND LLP
Suite 2800
1100 Peachtree Street
Atlanta, Georgia 30309-4530
(404) 815-6500 (Telephone)
(404) 815-6555 (Facsimile)

GRUBER HURST JOHANSEN HAIL SHANK
MICHAEL K. HURST (Bar No. 10316310)
mhurst@ghjhlaw.com
JOSHUA M. SANDLER (Bar No.24053680)
jsandler@ghjhlaw.com
1445 Ross Avenue
Suite 2500
Dallas, Texas 75202
Telephone: 214 855 6800
Facsimile: 214 855 6808
***Attorneys for Defendant MOTOROLA MOBILITY LLC***

4

*s/ Philip Ou*
Yar R. Chaikovsky (*pro hac vice*)
Bryan K. James (*pro hac vice*)
Philip Ou (*pro hac vice*)
MCDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, California 94025-4004
Telephone: +1 650 815 7400
Facsimile: +1 650 815 7401
Email: ychaikovsky@mwe.com
Email: bjames@mwe.com
Email: pou@mwe.com

EE. Leon Carter (Texas Bar No. 03914300)
Linda R. Stahl (Texas Bar No. 00798525)
CARTER SCHOLER ARNETT HAMADA &
MOCKLER, PLLC
Campbell Centre II
8150 N. Central Expressway, 5th Floor
Dallas, Texas 75206
Telephone: +1 214 550 8160
Facsimile: +1 214 550 8185
Email: lcarter@carterscholer.com

***Attorneys for Defendants***
***HTC CORPORATION and HTC***
***AMERICA, INC.***

*/s/ John R. Emerson*
Mark D. Selwyn (*pro hac vice*)
Jason Kipnis (*pro hac vice*)
Katherine D. Prescott (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
mark.selwyn@wilmerhale.com
jason.kipnis@wilmerhale.com
katherine.prescott@wilmerhale.com

Kevin Prussia (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109

Telephone: (617) 526-6000
Facsimile: (617) 526-5000
kevin.prussia@wilmerhale.com
John R. Emerson (Texas Bar No. 24002053)
HAYNES AND BOONE LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219
Telephone: (214) 651-5328
Facsimile: (214) 200-0884
russ.emerson@haynesboone.com
***Attorneys for Defendant APPLE INC.***