IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| SUMMIT 6 LLC, | § | Civil Action No. 7:14-cv-00014-O |
| | § | |
| Plaintiff, | § | JURY TRIAL DEMANDED |
| | § | |
| v. | § | |
| | § | |
| HTC CORPORATION, HTC AMERICA, INC., LG ELECTRONICS INC., LG ELECTRONICS USA, INC., LG ELECTRONICS MOBILECOMM USA, INC., MOTOROLA MOBILITY LLC, APPLE INC., and TWITTER INC., | § | |
| | § | |
| Defendants. | § | |
| SUMMIT 6 LLC, | § | Civil Action No. 7:14-cv-00106-O |
| | § | |
| Plaintiff, | § | JURY TRIAL DEMANDED |
| v. | § | |
| | § | |
| APPLE, INC., | § | |
| | § | |
| Defendant. | § | |

**[PROPOSED] ORDER GRANTING DEFENDANTS UNOPPOSED MOTION TO JOIN DEFENDANTS APPLE INC. AND TWITTER, INC.'S OPPOSED MOTION TO STAY PENDING *INTER PARTES* REVIEW OF THE PATENTS-IN-SUIT**

Having considered the papers submitted by counsel, the Court concludes that Defendants Motorola Mobility LLC, HTC Corporation, and HTC America, Inc.'s Motion to Join Defendants Apple Inc. and Twitter, Inc.'s Opposed Motion to Stay Pending *Inter Partes* Review of the Patents-in-Suit should be and hereby is GRANTED.

IT IS SO ORDERED.

Dated: _____, 2014

⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀Hon. Reed O'Connor