IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| SUMMIT 6 LLC,<br><br>    Plaintiff,<br><br>v.<br><br>HTC CORPORATION et al.,<br><br>    Defendants. | Civil Action No. 7:14-cv-00014-O |
| SUMMIT 6 LLC,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC.<br><br>    Defendant. | Civil Action No. 7:14-cv-00106-O |

## ORDER

Before the Court is Defendants Motorola Mobility, LLC ("Motorola"), HTC Corporation, and HTC America, Inc.'s ("HTC") Unopposed Motion to Join Defendants Apple Inc. ("Apple") and Twitter, Inc.'s ("Twitter") Opposed Motion to Stay Pending *Inter Partes* Review of the Patents-in-Suit (ECF No. 256), filed March 9, 2015. Having considered the motion, the Court finds that it should be and is hereby **GRANTED**. Accordingly, the Court **ORDERS** that Motorola and HTC are joined in Apple and Twitter's Motion to Stay. The Court will rule on the Motion to Stay at a later date.

**SO ORDERED** on this **10th day** of **March, 2015**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE