**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | |
|---|---|
| SUMMIT 6 LLC,<br><br>Plaintiff,<br><br>v.<br><br>HTC CORPORATION, HTC AMERICA, INC., LG ELECTRONICS INC., LG ELECTRONICS USA, INC., LG ELECTRONICS MOBILECOMM USA, INC., MOTOROLA MOBILITY LLC, and TWITTER, INC.,<br><br>Defendants. | Case Action No. 7:14-cv-00014-O<br><br>JURY TRIAL DEMANDED |
| SUMMIT 6 LLC,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.<br><br>Defendant. | Case Action No. 7:14-cv-00106-O<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants hereby submit this Notice of Supplemental Authority in support of their positions regarding the indefiniteness of the terms "code means" and "media object identifier." Attached hereto as Exhibit A is the March 10, 2015 decision of the United States District Court for the District of Utah in *Dreissen v. Sony Music Entertainment*, No. 2:09-cv-0140-CW (Dkt. No. 228). The relevant analysis may be found on pages 5-21.

Dated: March 13, 2015

By: */s/ Julie A. Duncan*
David Silbert *Pro Hac Vice*
Leo Lam *Pro Hac Vice*
Julie A. Duncan *Pro Hac Vice*
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188
dsilbert@kvn.com
llam@kvn.com
jduncan@kvn.com

Brett C. Govett
Norton Rose Fulbright US LLP
2200 Ross Ave., Suite 3600
Dallas, TX 75201-7932
Telephone: 214.855.8118
Facsimile: 214.855.8200
brett.govett@nortonrosefulbright.com

***Attorneys for Defendant* TWITTER, INC.**

*s/ Mark D. Selwyn*
Jason Kipnis (admitted *Pro Hac Vice)*
Katherine D. Prescott (admitted *Pro Hac Vice)*
Mark D. Selwyn (admitted *Pro Hac Vice)*
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: 650.858.6000
Facsimile: 650.858.6100
jason.kipnis@wilmerhale.com
katherine.prescott@wilmerhale.com
mark.selwyn@wilmerhale.com

Kevin S. Prussia (admitted *Pro Hac Vice)*
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: 617.526.6243
Facsimile: 617.526.5000

*s/ Philip Ou*
Yar R. Chaikovsky
Bryan K. James (*pro hac vice*)
Philip Ou (*pro hac vice*)
MCDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, California 94025-4004
Telephone: +1 650 815 7400
Facsimile: +1 650 815 7401
Email: ychaikovsky@mwe.com
Email: bjames@mwe.com
Email: pou@mwe.com

E. Leon Carter (Texas Bar No. 03914300)
Linda R. Stahl (Texas Bar No. 00798525)
CARTER SCHOLER ARNETT HAMADA & MOCKLER, PLLC
Campbell Centre II
8150 N. Central Expressway, 5th Floor
Dallas, Texas 75206
Telephone: +1 214 550 8160

kevin.prussia@wilmerhale.com

***Attorneys for Defendant APPLE INC.***

*s/ Steven D. Moore*
Steven D. Moore (pro hac vice)
smoore@kilpatricktownsend.com
KILPATRICK TOWNSEND LLP
Eighth Floor
Two Embarcadero Center
San Francisco, CA 94111
(415) 576.0200 (telephone)
(415) 576.0300 (facsimile)

D. Clay Holloway (pro hac vice)
dholloway@kilpatricktownsend.com
Shayne E. O'Reilly (pro hac vice)
soreilly@kilpatricktownsend.com
KILPATRICK TOWNSEND LLP
Suite 2800
1100 Peachtree Street
Atlanta, Georgia 30309-4530
(404) 815-6500 (Telephone)
(404) 815-6555 (Facsimile)

GRUBER HURST JOHANSEN HAIL SHANK
MICHAEL K. HURST (Bar No. 10316310)
mhurst@ghjhlaw.com
JOSHUA M. SANDLER (Bar No. 24053680)
jsandler@ghjhlaw.com
1445 Ross Avenue
Suite 2500
Dallas, Texas 75202
Telephone: 214 855 6800
Facsimile: 214 855 6808

***Attorneys for Defendant MOTOROLA MOBILITY LLC***

Facsimile: +1 214 550 8185
Email: lcarter@carterscholer.com

***Attorneys for Defendants HTC CORPORATION and HTC AMERICA, INC.***

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 13th day of March, 2015, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule 5.1(d). Any other counsel of record will be served by a facsimile transmission and/or first class mail.

/s/ *Julie A. Duncan*
Julie A. Duncan