IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| SUMMIT 6 LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 7:14-cv-00014-O |
| HTC CORPORATION et al., | § § § | |
| Defendants. | § § | |
| SUMMIT 6 LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 7:14-cv-00106-O |
| APPLE INC. | § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is Twitter, Inc.'s ("Twitter") Unopposed Motion to Sever (ECF No. 266), filed March 27, 2015. Having considered the motion, the Court finds that it should be and is hereby **GRANTED**. Accordingly, it is **ORDERED** that:

1. Summit 6's claims against Twitter shall be severed into a separate action;

2. The newly severed action shall be coordinated for pre-trial proceedings with the original action, Cause No. 7:14-cv-0014-O, which is the lead case;

3. The Court's Scheduling Order (ECF No. 93) shall continue to govern the newly severed action;

4.  All other prior orders in this case shall also apply in the newly severed action to the same degree that they would if the actions had not been severed; and

5.  All parties shall file any future filings in the lead case.

**SO ORDERED** on this **30th day** of **March, 2015**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**