**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| **Summit 6 LLC,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| vs. | § | CASE ACTION NO. 7:14-cv-00014-O |
| | § | |
| HTC CORPORATION, HTC | § | |
| AMERICA, INC., LG ELECTRONICS | § | JURY TRIAL DEMANDED |
| INC., LG ELECTRONICS USA, INC., | § | |
| LG ELECTRONICS MOBILECOMM | § | |
| USA, INC., MOTOROLA MOBILITY | § | CASE ACTION NO. 7:14-cv-00106-O |
| LLC, and TWITTER, INC.,, | § | |
| | § | |
| **Defendant.** | § | **JURY TRIAL DEMANDED** |
| | § | |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Yar R. Chaikovsky, counsel for HTC Corporation and HTC America, Inc., formerly with McDermott Will & Emery LLP, has moved to/is now with Paul Hastings LLP effective March 30, 2015. The firm's address, telephone number and facsimile number is listed below:

> Paul Hastings LLP
> 1117 S. California Avenue
> Palo Alto, CA 94304
> Telephone: (650) 820-1800
> Facsimile: (650) 820-1900

Yar R. Chaikovsky's email address has changed to yarchaikovsky@paulhastings.com.

Please update your records accordingly.

Dated: April 2, 2015 Respectfully submitted,

*/s/ Yar R. Chaikovsky*
Yar R. Chaikovsky, Bar No. 175421
Philip Ou, Bar No. 259896
Paul Hastings LLP
1117 S. California Avenue
Palo Alto, CA  94304-1106

Attorneys for Defendants
HTC Corporation and HTC America, Inc.