# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **Summit 6 LLC,** | § | |
| **Plaintiff** | § § § | |
| vs. | § § | CASE ACTION NO. 7:14-cv-00014-O |
| HTC CORPORATION, HTC AMERICA, INC., LG ELECTRONICS INC., LG ELECTRONICS USA, INC., LG ELECTRONICS MOBILECOMM USA, INC., MOTOROLA MOBILITY LLC, and TWITTER, INC.,, | § § § § § § § | JURY TRIAL DEMANDED  CASE ACTION NO. 7:14-cv-00106-O |
| **Defendant.** | § § § | **JURY TRIAL DEMANDED** |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Philip Ou, counsel for HTC Corporation and HTC America, Inc., formerly with McDermott Will & Emery LLP, has moved to/is now with Paul Hastings LLP effective March 30, 2015.  The firm's address, telephone number and facsimile number is listed below:

> Paul Hastings LLP
> 1117 S. California Avenue
> Palo Alto, CA 94304
> Telephone: (650) 820-1800
> Facsimile: (650) 820-1900

Philip Ou's email address has changed to philipou@paulhastings.com.

Please update your records accordingly.

Dated: April 2, 2015						Respectfully submitted,

						*/s/ Philip Ou*
						Yar R. Chaikovsky, Bar No. 175421
						Philip Ou, Bar No. 259896
						Paul Hastings LLP
						1117 S. California Avenue
						Palo Alto, CA  94304-1106

						Attorneys for Defendants
						HTC Corporation and HTC America, Inc.