**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | |
|---|---|
| SUMMIT 6 LLC,<br><br>                    Plaintiff,<br><br>   v.<br><br>HTC CORPORATION, HTC AMERICA, INC., LG ELECTRONICS INC., LG ELECTRONICS USA, INC., LG ELECTRONICS MOBILECOMM USA, INC., and MOTOROLA MOBILITY LLC,<br><br>                  Defendants. | Case Action No. 7:14-cv-00014-O<br><br><br><br>JURY TRIAL DEMANDED |
| SUMMIT 6 LLC,<br><br>                    Plaintiff,<br><br>   v.<br><br>APPLE INC.,<br><br>                  Defendant. | Case Action No. 7:14-cv-00106-O<br><br><br><br>JURY TRIAL DEMANDED |
| SUMMIT 6 LLC,<br><br>                    Plaintiff,<br><br>   v.<br><br>TWITTER, INC.,<br><br>                  Defendant. | Case Action No. 7:15-cv-00062-O<br><br><br><br>JURY TRIAL DEMANDED |

## STIPULATION FOR EXTENSION OF EXPERT
## REPORT DEADLINES

WHEREAS, Mr. Matt Lewis was designated as Defendant Twitter, Inc.'s ("Twitter")

30(b)(6) witness on many technical topics, and was scheduled to be deposed on April 7-8, 2015;

WHEREAS, Mr. Lewis's child was born on April 6, 2015, several weeks earlier than the anticipated due date, and Mr. Lewis was therefore unable to testify as scheduled;

WHEREAS, Mr. Lewis will make himself available to testify, but it will be approximately four weeks later than originally anticipated; and

WHEREAS, Twitter and Plaintiff Summit 6 LLC ("Summit 6"), through their attorneys of record, met and conferred regarding extending the current deadlines for Summit 6's infringement and damages expert reports as to Twitter, as well as Twitter's expert reports regarding non-infringement and  damages, in light of the rescheduling of Mr. Lewis's deposition;

NOW, THEREFORE, Twitter and Summit 6, through their attorneys of record, and in accordance with paragraphs I.9.a. and I.9.b. of the Scheduling Order (Dkt. No. 93), hereby stipulate and agree as follows:

1.      The date by which Summit 6 must serve its infringement and damages expert reports as to Twitter, as set forth in Paragraph I.9.a. of the Scheduling Order (Dkt. No. 93), shall be extended to June 5, 2015.

2.      The date by which Twitter must serve its expert report regarding non-infringement, as set forth in Paragraph I.9.b. of the Scheduling Order, shall be 30 days after Summit 6 serves its infringement expert report as to Twitter, provided, however, that Twitter shall not be required to serve its non-infringement report before June 22, 2015.

3.      The date by which Twitter must serve its expert report regarding damages, as set forth in Paragraph I.9.b. of the Scheduling Order, shall be 30 days after Summit 6 serves its damages expert report as to Twitter, provided, however, that Twitter shall not be required to serve its damages report before June 22, 2015.

4.      No other deadlines are altered by this stipulation.

**IT IS SO STIPULATED:**

Dated:  April 10, 2015.

By:     */s/ Julie A. Duncan*_____

David Silbert *Pro Hac Vice*
Leo Lam *Pro Hac Vice*
Julie A. Duncan *Pro Hac Vice*
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111-1809
Tel:     415.391.5400
Fax::   415.397.7188
dsilbert@kvn.com
llam@kvn.com
jduncan@kvn.com

Brett C. Govett
NORTON ROSE FULBRIGHT US LLP
2200 Ross Ave., Suite 3600
Dallas, TX 75201-7932
Tel:     214.855.8118
Fax.    214.855.8200
brett.govett@nortonrosefulbright.com

*Attorneys for Defendant* **TWITTER, INC.**

Dated: April 10, 2015.

By:     */s/ Phillip M. Aurentz*_____

Douglas A. Cawley
Theodore Stevenson III
Phillip M. Aurentz
Ashley N. Moore
Mitchell R. Sibley
Richard A. Kamprath
Cory McAnelly
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas  75201
Telephone:     214.978.4000
Facsimile:     214.978.4044
mmckool@mckoolsmith.com

3

929990.01

dcawley@mckoolsmith.com
tstevenson@mckoolsmith.com
paurentz@mckoolsmith.com
amoore@mckoolsmith.com
msibley@mckoolsmith.com
rkamprath@mckoolsmith.com
cmcanelly@mckoolsmith.com

Bradley W. Caldwell
CALDWELL CASSADY & CURRY, P.C.
2101 Cedar Springs Road
Suite 1000
Dallas, TX  75201
Tel:    214.888.4848
Fax:    214.888.4849
bcaldwell@caldwellcc.com

***Attorneys for Plaintiff***
***SUMMIT 6 LLC***

929990.01

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 10th day of April, 2015, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule 5.1(d). Any other counsel of record will be served by a facsimile transmission and/or first class mail.

/s/ *Julie A. Duncan*
Julie A. Duncan

929990.01