IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| SUMMIT 6 LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | |
| HTC CORPORATION et. al, | § § | Civil Action No. 7:14-cv-00014-O |
| Defendants. | § § | |
| SUMMIT 6 LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | Civil Action No. 7:14-cv-00106-O |
| APPLE INC. | § § § | |
| Defendant. | § § § | |

# ORDER

Before the Court is Defendant Apple Inc.'s ("Apple") Unopposed Motion to Withdraw Katherine D. Prescott as Counsel of Record (ECF No. 273), filed April 14, 2015. Having reviewed the motion, the Court finds that Apple's motion should be and is hereby **GRANTED**. Accordingly, it is **ORDERED** that the Clerk shall terminate Katherine Prescott as counsel of record for Apple and discontinue CM/ECF notices to Katherine Prescott for this civil action.

**SO ORDERED** on this **15th day** of **April, 2015**.

_Reed O'Connor_
Reed O'Connor
UNITED STATES DISTRICT JUDGE