IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| SUMMIT 6 LLC, § | | |
| Plaintiff, § | | |
| v. § | | |
| HTC CORPORATION et. al, § | | Civil Action No. 7:14-cv-00014-O |
| Defendants. § | | |
| SUMMIT 6 LLC, § | | |
| Plaintiff, § | | |
| v. § | | Civil Action No. 7:14-cv-00106-O |
| APPLE INC. § | | |
| Defendant. § | | |

**ORDER**

Before the Court is the Joint Motion of Plaintiff Summit 6 LLC ("Summit 6") and Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Mobilecomm U.S.A., Inc. (collectively "LGE"), to Dismiss with Prejudice (ECF No. 276), filed April 22, 2015. Having reviewed the motion, the Court finds that the motion should be and is hereby **GRANTED**. Accordingly, it is **ORDERED** that all claims and counterclaims asserted between Summit 6 and LGE in this case are **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(2) and the parties' confidential License and Settlement Agreement. Each party shall bear their own fees and expenses.

**SO ORDERED** on this **23rd day** of **April, 2015**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**