IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| SUMMIT 6 LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> HTC CORPORATION, § <br> HTC AMERICA, INC., § <br> LG ELECTRONICS, INC., § <br> LG ELECTRONICS USA, INC., § <br> LG ELECTRONICS MOBILECOMM § <br> USA, INC., § <br> MOTOROLA MOBILITY LLC, and § <br> TWITTER INC., § <br> § <br> Defendants. § | CIVIL ACTION NO. 7:14-cv-00014 <br><br><br> JURY TRIAL DEMANDED |
| SUMMIT 6 LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> APPLE INC. § <br> § <br> Defendant. § | CIVIL ACTION NO. 7:14-cv-00106 <br><br> JURY TRIAL DEMANDED |
| SUMMIT 6 LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> TWITTER, INC. § <br> § <br> Defendant. § | CIVIL ACTION NO. 7:15-cv-0062 <br><br> JURY TRIAL DEMANDED |

**JOINT STIPULATION FOR EXTENSION OF EXPERT REPORT DEADLINES**

After having met and conferred regarding the current deadlines for opening expert reports and rebuttal expert reports, Summit 6, Apple, Twitter, Motorola and HTC, through their

1

attorneys of record, and in accordance with paragraph 17 of the Scheduling Order (Dkt. No. 93), hereby stipulated and agree as follows:

1. The date for expert reports on issues for which a party bears the burden of proof as set forth in Paragraph I.9.a. of the Scheduling Order (Dkt. No. 93) shall be extended to May 8, 2015.

2. The date for rebuttal expert reports as set forth in Paragraph I.9.b. of the Scheduling Order (Dkt. No. 93) that respond to reports served on May 8, 2015, shall be extended to June 8, 2015.

3. The above does not alter in any way the deadlines stated in the Stipulation entered in Dkt. No. 272 between Summit 6 and Twitter.

4. No other deadlines are altered by this stipulation.

IT IS SO STIPULATED

May 6, 2015

**MCKOOL SMITH, P.C.**

By: */s/ Douglas A. Cawley*
Douglas A. Cawley
Lead Attorney
Texas State Bar No. 04035500
dcawley@mckoolsmith.com
Theodore Stevenson III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Phillip M. Aurentz
Texas State Bar No. 24059404
paurentz@mckoolsmith.com
Ashley N. Moore
Texas State Bar No. 24074748
amoore@mckoolsmith.com
Mitchell R. Sibley
Texas State Bar No. 24073097
msibley@mckoolsmith.com
Richard A. Kamprath

Texas State Bar No. 24078767
rkamprath@mckoolsmith.com
Cory McAnelly (*Pro Hac Vice*)
Iowa State Bar No. 28601
cmcanelly@mckoolsmith.com
Collen Bloss
Texas State Bar No. 24082160
cbloss@mckoolsmith.com
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Bradley W. Caldwell
Texas State Bar No. 24040630
bcaldwell@caldwellcc.com
Caldwell Cassady & Curry
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Telephone: (214) 888-4848
Telecopier: (214) 888-4849

**ATTORNEYS FOR PLAINTIFF SUMMIT 6 LLC**

*s/ Steven D. Moore*
Steven D. Moore (*pro hac vice*)
smoore@kilpatricktownsend.com
KILPATRICK TOWNSEND LLP
Eighth Floor
Two Embarcadero Center
San Francisco, CA 94111
(415) 576.0200 (telephone)
(415) 576.0300 (facsimile)
D. Clay Holloway (*pro hac vice*)
dholloway@kilpatricktownsend.com
Akarsh P. Belagodu (*pro hac vice*)
abelagodu@kilpatricktownsend.com
Shayne E. O'Reilly (*pro hac vice*)
soreilly@kilpatricktownsend.com
KILPATRICK TOWNSEND LLP
Suite 2800
1100 Peachtree Street
Atlanta, Georgia 30309-4530
(404) 815-6500 (Telephone)
(404) 815-6555 (Facsimile)

GRUBER HURST JOHANSEN HAIL SHANK
MICHAEL K. HURST (Bar No. 10316310)
mhurst@ghjhlaw.com
JOSHUA M. SANDLER (Bar No.24053680)
jsandler@ghjhlaw.com
1445 Ross Avenue
Suite 2500
Dallas, Texas 75202
Telephone: 214 855 6800
Facsimile: 214 855 6808
*Attorneys for Defendant MOTOROLA MOBILITY LLC*

*s/ Philip Ou*
Yar R. Chaikovsky (*pro hac vice*)
Bryan K. James (*pro hac vice*)
Philip Ou (*pro hac vice*)
MCDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, California 94025-4004
Telephone: +1 650 815 7400
Facsimile: +1 650 815 7401
Email: ychaikovsky@mwe.com
Email: bjames@mwe.com
Email: pou@mwe.com

EE. Leon Carter (Texas Bar No. 03914300)
Linda R. Stahl (Texas Bar No. 00798525)
CARTER SCHOLER ARNETT HAMADA & MOCKLER, PLLC
Campbell Centre II
8150 N. Central Expressway, 5th Floor
Dallas, Texas 75206
Telephone: +1 214 550 8160
Facsimile: +1 214 550 8185
Email: lcarter@carterscholer.com

*Attorneys for Defendants HTC CORPORATION and HTC AMERICA, INC.*

*/s/ John R. Emerson*
Mark D. Selwyn (*pro hac vice*)
Jason Kipnis (*pro hac vice*)
Katherine D. Prescott (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP

4

950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
mark.selwyn@wilmerhale.com
jason.kipnis@wilmerhale.com
katherine.prescott@wilmerhale.com

Kevin Prussia (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
kevin.prussia@wilmerhale.com
John R. Emerson (Texas Bar No. 24002053)
HAYNES AND BOONE LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219
Telephone: (214) 651-5328
Facsimile: (214) 200-0884
russ.emerson@haynesboone.com
***Attorneys for Defendant APPLE INC.***

By: /s/ David Silbert
David Silbert Pro Hac Vice
Leo Lam Pro Hac Vice
Julie A. Duncan Pro Hac Vice
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111-1809
Tel: 415.391.5400
Fax:: 415.397.7188
dsilbert@kvn.com
llam@kvn.com
jduncan@kvn.com

Brett C. Govett
NORTON ROSE FULBRIGHT US LLP
2200 Ross Ave., Suite 3600
Dallas, TX 75201-7932
Tel: 214.855.8118
Fax. 214.855.8200
brett.govett@nortonrosefulbright.com
***Attorneys for Defendant* TWITTER, INC.**

5