**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | |
|---|---|
| **SUMMIT 6 LLC,** | |
| Plaintiff, | |
| | **CIVIL ACTION NO. 7:14-cv-00014** |
| v. | |
| **HTC CORPORATION, HTC AMERICA, INC., LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., LG ELECTRONICS MOBILECOMM USA, INC., and MOTOROLA MOBILITY LLC,** | **JURY TRIAL DEMANDED** |
| Defendants. | |
| **SUMMIT 6 LLC,** | |
| Plaintiff, | **CIVIL ACTION NO. 7:14-cv-00106** |
| v. | |
| **APPLE INC.** | **JURY TRIAL DEMANDED** |
| Defendant. | |
| **SUMMIT 6 LLC,** | |
| Plaintiff, | **CIVIL ACTION NO. 7:15-cv-00062** |
| v. | |
| **TWITTER, INC.** | **JURY TRIAL DEMANDED** |
| Defendant. | |

**JOINT STIPULATION FOR EXTENSION OF
REBUTTAL EXPERT REPORT DEADLINES**

1

After having met and conferred regarding the current deadlines for rebuttal expert reports, Summit 6 LLC and Apple Inc., through their attorneys of record, and in accordance with paragraph 17 of the Scheduling Order (Dkt. No. 93), hereby stipulate and agree as follows:

1. The date by which Apple must serve its rebuttal expert reports as set forth in Paragraph I.9.b. of the Scheduling Order (Dkt. No. 93) shall be extended to June 22, 2015.

2. The date by which Summit 6 must serve its rebuttal expert reports as to Apple and as set forth in Paragraph I.9.b. of the Scheduling Order (Dkt. No. 93) shall be extended to June 22, 2015.

3. No other deadlines are altered by this stipulation.

IT IS SO STIPULATED

May 20, 2015

By: */s/ Douglas A. Cawley*
Douglas A. Cawley
Lead Attorney
Texas State Bar No. 04035500
dcawley@mckoolsmith.com
Theodore Stevenson III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Phillip M. Aurentz
Texas State Bar No. 24059404
paurentz@mckoolsmith.com
Ashley N. Moore
Texas State Bar No. 24074748
amoore@mckoolsmith.com
Mitchell R. Sibley
Texas State Bar No. 24073097
msibley@mckoolsmith.com
Richard A. Kamprath
Texas State Bar No. 24078767
rkamprath@mckoolsmith.com
Cory McAnelly (*Pro Hac Vice*)
Iowa State Bar No. 28601
cmcanelly@mckoolsmith.com
Colleen Bloss
Texas State Bar No. 24082160
cbloss@mckoolsmith.com

McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Bradley W. Caldwell
Texas State Bar No. 24040630
bcaldwell@caldwellcc.com
Caldwell Cassady & Curry
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Telephone: (214) 888-4848
Telecopier: (214) 888-4849

*Attorneys for Plaintiff SUMMIT 6 LLC*

*/s/ John R. Emerson*
Mark D. Selwyn (*pro hac vice*)
Jason Kipnis (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
mark.selwyn@wilmerhale.com
jason.kipnis@wilmerhale.com

Kevin Prussia (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
kevin.prussia@wilmerhale.com

John R. Emerson (Texas Bar No. 24002053)
HAYNES AND BOONE LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219
Telephone: (214) 651-5328
Facsimile: (214) 200-0884
russ.emerson@haynesboone.com

*Attorneys for Defendant APPLE INC.*

3

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 20th day of May 2015, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system pursuant to Local Rule 5.1(d).

      *s/ Matthew P. Chiarizio*
      Matthew P. Chiarizio