**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| SUMMIT 6 LLC, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| HTC CORPORATION, HTC AMERICA, INC., | § | Civil Action No. 7:14-CV-00014-O |
| LG ELECTRONICS, INC., LG ELECTRONICS | § | |
| U.S.A., INC., LG ELECTRONICS | § | JURY TRIAL DEMANDED |
| MOBILECOMM U.S.A., INC., and MOTOROLA | § | |
| MOBILITY LLC, | § | |
| | § | |
| Defendants. | § | |
| | § | |
| SUMMIT 6 LLC, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 7:14-CV-00106-O |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| APPLE INC., | § | |
| | § | |
| Defendant | § | |
| | § | |
| SUMMIT 6 LLC, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 7:15-cv-00062-O |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| TWITTER INC., | § | |
| | § | |
| Defendant | § | |
| | § | |

**JOINT STIPULATION FOR EXTENSION OF
REBUTTAL EXPERT REPORT DEADLINES**

After having met and conferred regarding the current deadlines for rebuttal expert reports, Summit 6 LLC ("Summit 6") and Motorola Mobility LLC ("Motorola"), through their attorneys of record, and in accordance with paragraph 17 of the Scheduling Order (Dkt. No. 93), hereby stipulate and agree as follows:

1. The date by which Motorola must serve its rebuttal expert reports as set forth in Paragraph I.9.b. of the Scheduling Order (Dkt. No. 93) shall be extended to June 22, 2015.

2. The date by which Summit 6 must serve its rebuttal expert reports as to Motorola and as set forth in Paragraph I.9.b. of the Scheduling Order (Dkt. No. 93) shall be extended to June 22, 2015.

3. No other deadlines are altered by this stipulation.

IT IS SO STIPULATED

May 20, 2015

**MCKOOL SMITH, P.C.**

By: */s/ Douglas A. Cawley*
Douglas A. Cawley
Lead Attorney
Texas State Bar No. 04035500
dcawley@mckoolsmith.com
Theodore Stevenson III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Phillip M. Aurentz
Texas State Bar No. 24059404
paurentz@mckoolsmith.com
Ashley N. Moore
Texas State Bar No. 24074748
amoore@mckoolsmith.com
Mitchell R. Sibley
Texas State Bar No. 24073097
msibley@mckoolsmith.com
Richard A. Kamprath

Texas State Bar No. 24078767
rkamprath@mckoolsmith.com
Cory McAnelly (*Pro Hac Vice*)
Iowa State Bar No. 28601
cmcanelly@mckoolsmith.com
Collen Bloss
Texas State Bar No. 24082160
cbloss@mckoolsmith.com
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Bradley W. Caldwell
Texas State Bar No. 24040630
bcaldwell@caldwellcc.com
Caldwell Cassady & Curry
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Telephone: (214) 888-4848
Telecopier: (214) 888-4849

**ATTORNEYS FOR PLAINTIFF SUMMIT 6 LLC**


*s/ Steven D. Moore*
KILPATRICK TOWNSEND & STOCKTON LLP
Steven D. Moore (*pro hac vice*)
smoore@kilpatricktownsend.com
Eighth Floor
Two Embarcadero Center
San Francisco, CA 94111
(415) 576.0200 (telephone)
(415) 576.0300 (facsimile)

D. Clay Holloway (*pro hac vice*)
cholloway@kilpatricktownsend.com
Akarsh P. Belagodu (*pro hac vice*)
abelagodu@kilpatricktownsend.com
Shayne E. O'Reilly (*pro hac vice*)
soreilly@kilpatricktownsend.com
Jonathan D. Olinger (*pro hac vice*)
Suite 2800
1100 Peachtree Street

Atlanta, Georgia 30309-4530
(404) 815-6500 (Telephone)
(404) 815-6555 (Facsimile)

Christopher Schenck (*pro hac vice*)
cschenck@kilpatricktownsend.com
Suite 4400
1420 Fifth Avenue
Seattle, WA 98101
(206) 516-3081 (Telephone)
(206) 374-8108 (Facsimile)

Jonathan E. Harris (*pro hac vice*)
jeharris@kilpatricktownsend.com
1001 West Fourth Street
Winston-Salem, NC 27101-2400
(336) 607-7390 (Telephone)
(336) 607-7500 (Facsimile)


GRUBER HURST JOHANSEN HAIL SHANK
MICHAEL K. HURST (Bar No. 10316310)
mhurst@ghjhlaw.com
JOSHUA M. SANDLER (Bar No.24053680)
jsandler@ghjhlaw.com
1445 Ross Avenue
Suite 2500
Dallas, Texas 75202
Telephone: 214 855 6800
Facsimile: 214 855 6808
***Attorneys for Defendant MOTOROLA MOBILITY LLC***

- 5 -

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.1(d) on May 20, 2015.

                                                     */s/ Jonathan E. Harris*
                                                     Jonathan E. Harris