# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| SUMMIT 6 LLC, | Civil Action No. 7:14-cv-00014 |
| Plaintiff, | JURY TRIAL DEMANDED |
| vs. | |
| HTC CORPORATION, HTC AMERICA, INC., LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., MOTOROLLA MOBILITY LLC, APPLE INC., and TWITTER INC., | |
| Defendants. | |

**JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS OF PLAINTIFF SUMMIT 6 LLC AND DEFENDANTS HTC CORPORATION, HTC AMERICA, INC.**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Summit 6 LLC, and Defendants HTC Corporation and HTC America, Inc. (collectively "HTC") hereby stipulate and agree as follows:

1. All of Summit 6's claims against HTC in this action are dismissed with prejudice.

2. All of HTC's claims or counterclaims against Summit 6 in this action are dismissed without prejudice.

3. The parties shall bear their own costs, attorneys' fees, and expenses incurred in connection with this litigation.

A proposed order is being filed herewith.

Dated:  June 1, 2015

By:  *s/ Philip Ou*_____
Yar R. Chaikovsky
Bryan K. James (*pro hac vice*)
Philip Ou (*pro hac vice*)
PAUL HASTINGS LLP
1117 California Avenue
Palo Alto, California 94304
Telephone: +1 650 320 1800
Facsimile: +1 650 320 1900
Email: yarchaikovsky@paulhastings.com
Email: bryanjames@paulhastings.com
Email: philipou@paulhastings.com


E. Leon Carter (Texas Bar No. 03914300)
Linda R. Stahl (Texas Bar No. 00798525)
CARTER SCHOLER ARNETT HAMADA &
MOCKLER, PLLC
Campbell Centre II
8150 N. Central Expressway, 5th Floor
Dallas, Texas 75206
Telephone: +1 214 550 8160
Facsimile: +1 214 550 8185
Email: lcarter@carterscholer.com

**ATTORNEYS FOR DEFENDANTS**
*HTC CORPORATION and HTC*
*AMERICA, INC.*

Respectfully submitted,

By: *s/ Douglas A. Cawley*___
Douglas A. Cawley
Lead Attorney
Texas State Bar No. 04035500
dcawley@mckoolsmith.com
Theodore Stevenson III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Phillip M. Aurentz
Texas State Bar No. 24059404
paurentz@mckoolsmith.com
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Bradley W. Caldwell
Texas State Bar No. 24040630
bcaldwell@caldwellcc.com
Caldwell Cassady & Curry
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Telephone: (214) 888-4848
Telecopier: (214) 888-4849

**ATTORNEYS FOR PLAINTIFF**
**SUMMIT 6 LLC**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____, 2015                                  _____

                                                                                                       Hon. Reed O'Connor
                                                                                                       United Stated District Court Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 1, 2015, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served in accordance with the Federal Rules of Civil Procedure.

>*/s/ Phillip Aurentz*
>Phillip Aurentz