**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | |
|---|---|
| **SUMMIT 6 LLC,** § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> HTC CORPORATION, § <br> HTC AMERICA, INC., § <br> LG ELECTRONICS, INC., § <br> LG ELECTRONICS USA, INC., § <br> LG ELECTRONICS MOBILECOMM § <br> USA, INC., § <br> MOTOROLA MOBILITY LLC, § <br> APPLE INC., and § <br> TWITTER INC., § <br> § <br> Defendants. § <br> **SUMMIT 6 LLC,** § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> **APPLE INC.** § <br> § <br> Defendant. § | **CIVIL ACTION NO. 7:14-cv-00014** <br><br><br><br> **JURY TRIAL DEMANDED** <br><br><br><br><br><br> **CIVIL ACTION NO. 7:14-cv-00106** <br><br><br> **JURY TRIAL DEMANDED** |

**JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS OF PLAINTIFF
SUMMIT 6 LLC AND DEFENDANT APPLE INC.**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Summit 6 LLC and Defendant Apple Inc. hereby stipulate and agree as follows:

1. All of Summit 6's claims against Apple in this action are dismissed with prejudice.

2. All of Apple's claims or counterclaims against Summit 6 in this action are dismissed without prejudice.

3. The parties shall bear their own costs, attorneys' fees, and expenses incurred in connection with this litigation.

A proposed order is being filed herewith.

Dated: June 8, 2015                                                  Respectfully submitted,

**Left column (Attorneys for Defendant Apple Inc.):**

*/s/ John R. Emerson*
Mark D. Selwyn (*pro hac vice*)
Jason Kipnis (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
mark.selwyn@wilmerhale.com
jason.kipnis@wilmerhale.com

Kevin Prussia (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
kevin.prussia@wilmerhale.com

John R. Emerson (Texas Bar No. 24002053)
HAYNES AND BOONE LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219
Telephone: (214) 651-5328
Facsimile: (214) 200-0884
russ.emerson@haynesboone.com
*Attorneys for Defendant APPLE INC.*

**Right column (Attorneys for Plaintiff Summit 6 LLC):**

By: */s/ Douglas A. Cawley*
Douglas A. Cawley
Lead Attorney
Texas State Bar No. 04035500
dcawley@mckoolsmith.com
Theodore Stevenson III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Phillip M. Aurentz
Texas State Bar No. 24059404
paurentz@mckoolsmith.com
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Bradley W. Caldwell
Texas State Bar No. 24040630
bcaldwell@caldwellcc.com
Caldwell Cassady & Curry
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Telephone: (214) 888-4848
Telecopier: (214) 888-4849

**ATTORNEYS FOR PLAINTIFF SUMMIT 6 LLC**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____, 2015                                            _____

                                                                                                                                   Hon. Reed O'Connor
                                                                                                                                   United Stated District Court Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 8, 2015, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served in accordance with the Federal Rules of Civil Procedure.

*/s/ Phillip Aurentz*
Phillip Aurentz